AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 5 - 4 1 3

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

JUN 2 0 2005

_____      _David Calabro_____
(Date forms issued)           (Signature of Party or their Representative)

                              _Heaven Sent Courier_____
                              (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action