OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: _7/26/05_

TO: _Scott A. Wagner, Esq. Coral Gables, FL_

RE: CA# _05-413-SLR_ CASE CAPTION: _ACF, et al. v. Varadam Foundation, et al._

DOCUMENT TITLE: _DI NOS. 2 & 3_

As noted below, a document or a courtesy copy has been filed in the above noted case which **does not conform** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices.

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

☒ Other: _See local Rule 83.5 attached. re: Time to obtain local counsel._

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc: Assigned Judge

_f. Jassra_
Deputy Clerk

(Rev. 5/05)

**RULE 83.5.    Bar Admission.**

(a) **The Bar of this Court.** The Bar of this Court shall consist of those persons heretofore admitted to practice in this Court and those who may hereafter be admitted in accordance with these Rules.

(b) **Admission.** Any attorney admitted to practice by the Supreme Court of Delaware may be admitted to the Bar of this Court on motion of a member of the Bar of this Court made in Open Court and upon taking the following oath and signing the roll:

"I, _____. _____, do solemnly swear (or affirm) that I will demean myself, as an attorney and counselor of this court, uprightly, and according to law; and that I will support the Constitution of the United States."

(c) **Admission Pro Hac Vice.** Attorneys admitted, practicing, and in good standing in another jurisdiction, who are not admitted to practice by the Supreme Court of Delaware may be admitted pro hac vice to the Bar of this Court in the discretion of the Court, such admission to be at the pleasure of the Court. However, unless authorized by the Constitution of the United States or acts of Congress, an applicant is not eligible for permission to practice pro hac vice if the applicant: (1) resides in Delaware; or (2) is regularly employed in Delaware; or (3) is regularly engaged in business, professional, or other similar activities in Delaware. Any judge of the Court may revoke upon hearing after notice and for good cause a pro hac vice admission.

(d) **Association with Local Counsel Required.** An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the case shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend proceedings before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court.

(e) **Time to Obtain Local Counsel.** A party not appearing pro se shall obtain representation by a member of the Bar of this Court or have its attorney associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within thirty days after:

(1) The filing of the first paper filed on its behalf; or

(2) The filing of a case transferred or removed to this Court.

Failure to timely obtain such representation, shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

*Source:  Former Delaware Local Rule 8.1 with revision.*