**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) | CIVIL ACTION NO. 05-413 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VARADAM FOUNDATION AND JAIME JALIFE | ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5, and the certification of Michael J. Maginnis, Esq. and José R. Cot, Esq., attached hereto as Exhibit "A", counsel moves the admission *pro hac vice* of Michael J. Maginnis, Esq. and José R. Cot, Esq. to represent Plaintiffs, ACE Capital and others underwriting at Lloyd's, severally subscribing to Policy No. A5BGLY170, each for itself and not for another, in this matter.

[Signature on Next Page]

Respectfully submitted,

/s/ Michael B. McCauley
Michael B. McCauley (Del. ID 2416)
PALMER BIEZUP & HENDERSON, LLP
1223 Foulk Road
Wilmington, DE 19803
Telephone: (302) 594-0895
Attorney for Plaintiffs

Dated: July 8, 2005