**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| VARADAM FOUNDATION AND JAIME JALIFE | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 05-413

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael J. Maginnis, Esq. certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

[Signature on Next Page]

Respectfully submitted,

*[signature]*

Michael J. Maginnis, Esq.
MAGINNIS & HURLEY
One Canal Place
365 Canal Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 524-5353
Telefax: (504) 524-5403
Email: m.maginnis@maginnis.gs.net

Dated: July 8, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) | CIVIL ACTION NO. 05-413 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VARADAM FOUNDATION AND JAIME JALIFE | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, José R. Cot, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Louisiana and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

[Signature on Next Page]

Respectfully submitted,

*[signature]*

José R. Cot, Esq.
MAGINNIS & HURLEY
One Canal Place
365 Canal Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 524-5353
Telefax: (504) 524-5403
Email: j.cot@maginnis.gs.net

Dated: July 8, 2005