UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) | CIVIL ACTION NO. 05-413-SLR |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VARADAM FOUNDATION and JAIME JALIFE, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I electronically filed Plaintiffs' "Brief in Opposition to Varadam Foundation's Motion to Transfer Venue Based on 28 U.S.C. § 1404" with the Clerk of Court using CM/ECF, and mailed a copy of same by United States Postal Service to the following non-registered participant:

Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

PALMER BIEZUP & HENDERSON LLP

Date: August 5, 2005

By:   /s/ Michael B. McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478 7625 (fax)
mccauley@pbh.com

PBH: 177509.1