UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) | CIVIL ACTION NO. 05-413-SLR |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VARADAM FOUNDATION and JAIME JALIFE, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant Varadam Foundation's Motion to Transfer Venue Based on 28 U.S.C. § 1404 (D.I. 3), and Plaintiffs' opposition thereto (D.I. 6),

It is hereby ORDERED that said Motion is DENIED.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE