**PALMER BIEZUP & HENDERSON LLP**

COUNSELORS AT LAW

| | | |
|---|---|---|
| **PENNSYLVANIA**<br>620 CHESTNUT STREET, SUITE 956<br>PHILADELPHIA, PENNSYLVANIA 191063409<br>215 625 9900<br>FAX: 215 625 0185 | **1223 FOULK ROAD**<br>**WILMINGTON, DELAWARE 19803**<br><br>302 594 0895 • 302 478 7443<br>FAX: 302 478 7625<br>pbh@pbh.com | **NEW YORK**<br>140 BROADWAY, 46TH FLOOR PMB 46030<br>NEW YORK, NEW YORK 10005<br>212 406 1855<br>FAX: 212 858 7651 |
| **MARYLAND**<br>222 PRINCE GEORGE STREET, SUITE 102<br>ANNAPOLIS, MARYLAND 21401<br>410 267 0010<br>FAX: 410 267 0020 | | **NEW JERSEY**<br>200 NORTH FIFTH STREET<br>CAMDEN, NEW JERSEY 08102-1204<br>856 428 7717<br>FAX: 856 338 1008 |
| MICHAEL B. MCCAULEY<br>PARTNER<br>mccauley@pbh.com | | |

August 5, 2005

Clerk of Court                                                                                                    Via Courier
U.S. District Court
844 N. King Street
4th floor, Room 4209
Wilmington, DE 19801

         Re:     *Ace Capital et al. v. Varadam Foundation et al.*
               No. 05-413-SLR
               <u>Our File No.: 5437-001</u>

Dear Sir/Madam:

       We enclose herewith a courtesy copy of Plaintiffs' "Brief in Opposition to Varadam Foundation's Motion to Transfer Venue Based on 28 U.S.C. § 1404," which has been filed electronically with the Court this date.

                                                    Very truly yours,

                                                    PALMER BIEZUP & HENDERSON LLP
                                                    By: *[signature]*
                                                      Michael B. McCauley

MMC:lr
Enclosure

    cc:    Scott A. Wagner, Esq. (w/ encl.)
               José R. Cot, Esq. (w/ encl.)

PBH: 177526.1