IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, <br><br> Plaintiffs, <br><br> v. <br><br> VARADAM FOUNDATION and JAIME JALIFE, <br><br> Defendants. | Case No. 1:05-cv-00413-SLR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Daniel K. Astin (#4068) and Peter B. Ladig (#3513) of The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899, hereby enter their appearance in the above-captioned litigation to represent defendants Varadam Foundation and Jaime Jalife.

Of Counsel:

Michael T. Moore, Esq.
Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle
Suite 1100
Coral Gables, Florida 33134
(786) 221-0600

Dated: August 8, 2005

THE BAYARD FIRM

_____
Daniel K. Astin (#4068)
dastin@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
    Attorneys for Defendants

597085v1

## **CERTIFICATE OF SERVICE**

I, Peter B. Ladig, hereby certify that on August 8, 2005, I caused the attached document to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Michael B. McCauley
Palmer, Biezup & Henderson
1223 Foulk Rd.
Wilmington, DE 19803
(302) 594-0895

_____
Peter B. Ladig (#3513)

597089v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>        Plaintiffs,<br><br>  v.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00413-SLR<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael T. Moore, Esq. and Scott A. Wagner, Esq., to represent defendants Varadam Foundation and Jaime Jalife in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for *pro hac vice* admission for Messrs. Moore and Wagner is being submitted in connection with this motion.

Of Counsel:

Michael T. Moore, Esq.
Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle
Suite 1100
Coral Gables, Florida 33134
(786) 221-0600


Dated: August 8, 2005

THE BAYARD FIRM

_____
Daniel K. Astin (#4068)
dastin@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
      Attorneys for Defendants

597089v1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>Plaintiffs,<br><br>vs.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>Defendants. | Case No. 1:05-cv-00413-SLR |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Scott A. Wagner, Esq. certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 8, 2005

        Respectfully submitted,

        Moore & Co., P.A.
        Counsel for Varadam
        355 Alhambra Circle
        Suite 1100
        Coral Gables, Florida 33134
        Telephone: (786) 221-0600
        Facsimile: (786) 221-0601
        Email: swagner@moore-and-co.net

        _____
        Scott A. Wagner, Esquire
        Florida Bar No. 10244

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS          )
UNDERWRITING AT LLOYD'S         )
SEVERALLY SUBSCRIBING TO        )
POLICY NO. A5BGLY170            )    Case No. 1:05-cv-00413-SLR
                                )
    Plaintiffs,                 )
                                )
    vs.                         )
                                )
VARADAM FOUNDATION              )
and                             )
JAIME JALIFE,                   )
                                )
    Defendants.                 )
                                )

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael T. Moore, Esq. certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

CASE NO.: 1:05-cv-00413-SLR

Dated: August 8, 2005

        Respectfully submitted,

        Moore & Co., P.A.
        Counsel for Varadam
        355 Alhambra Circle
        Suite 1100
        Coral Gables, Florida 33134
        Telephone: (786) 221-0600
        Facsimile: (786) 221-0601
        Email: mmoore@moore-and-co.net

        Michael T. Moore, Esquire
        Florida Bar No. 207845

## ORDER

IT IS HEREBY ORDERED this ___ day of August, 2005, that the motion for admission *pro hac vice* of Michael T. Moore and Scott A. Wagner is GRANTED.

_____
United States District Court Judge

597089v1

## CERTIFICATE OF SERVICE

I, Peter B. Ladig, hereby certify that on August 8, 2005, I caused the attached document to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Michael B. McCauley
Palmer, Biezup & Henderson
1223 Foulk Rd.
Wilmington, DE 19803
(302) 594-0895

_____
Peter B. Ladig (#3513)

597089v1