IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:05-cv-00413-SLR<br>) |
| VARADAM FOUNDATION and JAIME JALIFE, | )<br>)<br>) |
| Defendants. | ) |

**CORRECTED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Daniel K. Astin (#4068) and Peter B. Ladig (#3513) of The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899, hereby enter their appearance in the above-captioned litigation to represent defendant Varadam Foundation.

Of Counsel:

Michael T. Moore, Esq.
Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle
Suite 1100
Coral Gables, Florida 33134
(786) 221-0600

Dated: August 9, 2005

THE BAYARD FIRM

_____
Daniel K. Astin (#4068)
dastin@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
    Attorneys for Defendant Varadam Foundation

597085v1

## CERTIFICATE OF SERVICE

I, Peter B. Ladig, hereby certify that on August 9, 2005, I caused the attached document to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Michael B. McCauley
Palmer, Biezup & Henderson
1223 Foulk Rd.
Wilmington, DE 19803
(302) 594-0895

_____
Peter B. Ladig (#3513)

597210v1