IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05-cv-00413-SLR |
| VARADAM FOUNDATION and JAIME JALIFE, | ) ) ) ) | |
| Defendants. | ) | |

## CORRECTED MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael T. Moore, Esq. and Scott A. Wagner, Esq., to represent defendant Varadam Foundation in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for *pro hac vice* admission for Messrs. Moore and Wagner is being submitted in connection with this motion.

Of Counsel:

Michael T. Moore, Esq.
Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle
Suite 1100
Coral Gables, Florida 33134
(786) 221-0600


Dated: August 9, 2005

THE BAYARD FIRM

_/s/ Daniel K. Astin_
Daniel K. Astin (#4068)
dastin@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
    Attorneys for Defendant Varadam
    Foundation

597210v1

## ORDER

IT IS HEREBY ORDERED this ___ day of August, 2005, that the motion for admission *pro hac vice* of Michael T. Moore and Scott A. Wagner is GRANTED.

_____
United States District Court Judge

597210v1

## **CERTIFICATE OF SERVICE**

I, Peter B. Ladig, hereby certify that on August 9, 2005, I caused the attached document to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

      Michael B. McCauley
      Palmer, Biezup & Henderson
      1223 Foulk Rd.
      Wilmington, DE 19803
      (302) 594-0895

      _____
      Peter B. Ladig (#3513)

597210v1