UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>VARADAM FOUNDATION and JAIME JALIFE,  )<br><br>Defendants.  ) | Case No. 1:05-cv-00413-SLR |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael T. Moore, Esq. certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

CASE NO.: 1:05-cv-00413-SLR

Dated: August 8, 2005

        Respectfully submitted,

        Moore & Co., P.A.
        Counsel for Varadam
        355 Alhambra Circle
        Suite 1100
        Coral Gables, Florida 33134
        Telephone: (786) 221-0600
        Facsimile: (786) 221-0601
        Email: mmoore@moore-and-co.net

        _____
        Michael T. Moore, Esquire
        Florida Bar No. 207845