UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>Plaintiffs,<br><br>vs.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>Defendants. | CIVIL ACTION NO. 05-413-SLR |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY
TO VARADAM FOUNDATION'S REPLY BRIEF (D.I. 11)**

Plaintiffs respectfully request leave to file a surreply in response to the arguments raised for the first time in Varadam Foundation's Reply Brief (D.I. 11).

On July 21, 2005, Varadam filed a "Motion to Transfer Venue Based on 28 U.S.C. § 1404" (D.I. 3), seeking to have this action transferred to the Southern District of Florida. As its title reflects, the motion was premised on 28 U.S.C. § 1404(a). Plaintiffs filed their answering brief in opposition on August 5, 2005 (D.I. 6).

On August 15, 2005, Varadam filed a reply brief (D.I. 11), arguing that transfer was warranted because the insurance policy's "service of suit" provision was ambiguous and because Plaintiffs' filing of this action constituted improper "procedural fencing." Such arguments are not only without merit, but their inclusion in the reply brief violates Local Rule 7.1.3(c)(2).

D.I. 13
Filed August 22, 2005

PBH: 177753.1

1

A moving party "shall not reserve material for the reply brief which should have been included in a full and fair opening brief." D. Del. Civ. R. 7.1.3(c)(2). Nowhere in its "Motion to Transfer Venue Based on 28 U.S.C. § 1404" did Varadam assert that the service of suit clause was ambiguous or that Plaintiffs' initiation of this action was an improper use of the Declaratory Judgment Act justifying dismissal or transfer.

If the Court will decide the Motion to Transfer based on these newly raised arguments, Plaintiffs respectfully request the opportunity for full briefing and leave to file a surreply as to such matters.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: August 22, 2005

By: /s/ Michael B. McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478 7625 (fax)
mccauley@pbh.com
Attorneys for Plaintiffs,
ACE Capital *et al.*

Of Counsel:

Michael J. Maginnis, T.A.
 (La. Bar No. 8862)
José R. Cot
 (La. Bar No. 18852)
Maginnis & Hurley, APLC
365 Canal Street, Suite 2750
New Orleans, LA 70130
(504) 524-5353
(504) 524-5403 (fax)

PBH: 177753.1

2