## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) | CIVIL ACTION NO. 05-413-SLR |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VARADAM FOUNDATION and JAIME JALIFE, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2005, "Plaintiffs' Motion for Leave to File Surreply to Varadam Foundation's Reply Brief" was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to Daniel K. Astin, Esq. and Peter B. Ladig, Esq., and a true and correct copy of same was mailed by United States Postal Service to the following non-registered participant:

Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

PALMER BIEZUP & HENDERSON LLP

Date: August 22, 2005         By:   /s/ Michael B. McCauley
                                    Michael B. McCauley (ID 2416)
                                    1223 Foulk Road
                                    Wilmington, DE 19803
                                    (302) 594-0895
                                    (302) 478 7625 (fax)
                                    mccauley@pbh.com

PBH: 177753.1