IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>    Plaintiffs,<br><br>    v.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-413-SLR<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 6th day of October, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to transfer venue (D.I. 3) is denied.

                                                                    _____
                                                                    United States District Judge