UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED

DEC 27 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS        )
UNDERWRITING AT LLOYD'S  )
SEVERALLY SUBSCRIBING TO)
POLICY NO. A5BGLY170              )          Case No. 1:05-cv-00413-SLR
                                             )
         Plaintiffs,                         )
                                             )
         vs.                                 )
                                             )
VARADAM FOUNDATION           )
                                             )
         Defendant.                          )
                                             )

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the attorneys for the Defendant, Varadam Foundation, will take the following deposition:

| Name and Address | Date and Time | Location |
| --- | --- | --- |
| Captain Tomas Rodriguez Lomas Del Mirador No. 85 Colonia Lomas Del Valle Manzanillo, Colima, Mexico 28219 | **Wednesday, January 18, 2006 at 10:00 a.m**. | Moore & Co., P.A. 355 Alhambra Circle Suite 1100 Miami, Florida 33134 |

Upon oral examination before Taylor Jonovic White & Gendron, Notary Public, or any officer authorized by law to take Depositions in the State of Florida. This oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial or for such other purposes as are permitted under the applicable and governing rules of Court.

Case No. 1:05-cv-00413-SLR

Date: December 21, 2005

Respectfully Submitted,

**MOORE & COMPANY, P.A.**
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
(786) 221-0600 (Telephone)
(786) 221-0601 (Fax)
michael@moore-and-co.net

Michael T. Moore, Esq.
Fla. Bar No. 207845
Scott Wagner, Esq.
Fla. Bar No. 10244

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

US Mail on December 21, 2005, to all parties per the following service list:

Michael B. McCauley
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803

Michael J. Maginnis, T.A.
Jose J. Cot
Maginnis & Hurley, APLC
365 Canal Street, Suite 2750
New Orleans, LA 70130

STROUP & MARTIN, P.A.
*Attorneys for Defendants*
119 SE 12th Street (Davie Blvd.)
Fort Lauderdale, FL 33316

Scott Wagner, Esq.

cc:    Taylor Jonovic White & Gendron
       25 S.E. Second Avenue
       250 Ingraham Building
       Miami, Florida 33131
       Telephone: 305.358.9047
       Facsimile: 305.371.3460

2