# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>      Plaintiffs,<br>v.<br><br>VARADAM FOUNDATION and JAMIE JALIFE,<br><br>      Defendants. | C.A. 05-413 |

## ENTRY OF APPEARANCE

    Please enter the appearance of Julie M. Sebring, Esquire of Rawle and Henderson, LLP, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801 as attorney for the defendants.

                                            **RAWLE & HENDERSON LLP**

                                            */s/ Julie M. Sebring*

                                            Julie M. Sebring, Esq. – ID # 2259
                                            300 Delaware Avenue, Suite 1015
                                            P. O. Box 588
                                            Wilmington, DE 19899-0588
                                            302-778-1200
                                            Attorneys for Defendants

Dated: 1/13/06

1252239 v.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>      Plaintiffs,<br>v.<br><br>VARADAM FOUNDATION and JAMIE JALIFE,<br><br>      Defendants. | C.A. 05-413 |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esq. do hereby certify that on January 13, 2006, I have caused to be sent via the Clerk of the Court using CM/ECF and U.S. Mail copy of the **ENTRY OF APPEARANCE** to the following individual(s):

Michael B. McCauley  
Palmer, Biezup & Henderson  
1223 Foulk Rd.  
Wilmington, DE 19803

Michael T. Moore, Esquire  
Moore & Company, P.A  
355 Alhambra Circle, Suite 1100  
Coral Gables, FL 33134

**RAWLE & HENDERSON LLP**

  */s/ Julie M. Sebring*

Julie M. Sebring, Esq. – ID # 2259  
300 Delaware Avenue, Suite 1015  
P. O. Box 588  
Wilmington, DE 19899-0588  
302-778-1200  
Attorneys for Defendants

1252239 v.1