IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 05-413-SLR |
| VARADAM FOUNDATION and JAIME JALIFE, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 19th day of January, 2006, having reviewed the motion by The Bayard Firm to withdraw as counsel for defendant Varadam Foundation; and there having been no objection filed thereto;

IT IS ORDERED that said motion (D.I. 17) is granted.

IT IS FURTHER ORDERED that defendant Varadam Foundation inform the court, on or before **February 28, 2006**, whether it intends to actively defend itself in this litigation and, if so, through what counsel.[1]

_____
United States District Judge

---

[1] In Delaware, a corporation must be represented by an attorney. See James v. Daley and Lewis, et al., 406 F. Supp. 645, 648 (D. Del. 1976).