# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBIG TO POLICY NO. A5BGLY170, | : : : : | |
| Plaintiffs, | : | C.A. 05-413 |
| v. | : : | |
| VARADAM FOUNDATION and JAMIE JALIFE, | : : | |
| Defendants. | : | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Julie M. Sebring, Esquire of Rawle & Henderson, LLP and enter appearance of William J. Cattie, III, Esquire of Rawle & Henderson LLP for the defendants.

| RAWLE & HENDERSON, LLP | RAWLE & HENDERSON, LLP |
|---|---|
| */s/ Julie M. Sebring* | */s/ William J. Cattie, III* |
| Julie M. Sebring, Esquire – ID #2259<br>300 Delaware Ave., Suite 1015<br>P.O. Box 588<br>Wilmington, DE 19899<br>(302) 778-1200 | William J. Cattie, III, Esq. – ID #953<br>300 Delaware Ave., Suite 1015<br>P.O. Box 588<br>Wilmington, DE 19899<br>(302) 778-1200 |

Date: May 9, 2006

1301425 v.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBIG TO POLICY NO. A5BGLY170, | : : : : | |
| Plaintiffs, | : | C.A. 05-413 |
| v. | : : | |
| VARADAM FOUNDATION and JAMIE JALIFE, | : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on May 9, 2006, I have caused to be sent via the Clerk of the Court using CM/ECF and U.S. Mail copy of the **SUBSTITUTION OF COUNSEL** to the following individuals:

Michael B. McCauley  
Palmer, Biezup & Henderson  
1223 Foulk Road  
Wilmington, DE  19803

Michael T. Moore, Esquire  
Moore & Company, P.A.  
355 Alhambra Circle, Suite 1100  
Coral Gables, FL  33134

**RAWLE & HENDERSON** LLP

*/s/ William J. Cattie, III*

William J. Cattie, III, Esq. – ID #953  
300 Delaware Ave., Suite 1015  
P.O. Box 588  
Wilmington, DE  19899-0588  
(302) 778-1200  
Attorneys for Defendants

1301425 v.1