```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF DELAWARE


ACE CAPITAL AND OTHERS          )
UNDERWRITING AT LLOYD'S         )
SEVERALLY SUBSCRIBING TO        )
POLICY NO. A5BGLY170,           )
                                )
        Plaintiffs,             )
                                )
   v.                           )  Civ. No. 05-413-SLR
                                )
VARADAM FOUNDATION and          )
JAIME JALIFE,                   )
                                )
        Defendants.             )
```

## O R D E R

At Wilmington this 2d day of June, 2006, having reviewed the joint stipulation to consolidate the above captioned action with Civ. No. 05-868-KAJ filed on May 15, 2006;

IT IS ORDERED that said motion (D.I. 21) is granted.

IT IS FURTHER ORDERED that all future filings shall be made in the lead case only, Civ. No. 05-413-SLR, captioned in the following manner:

[remainder of this page intentionally left blank]

```
ACE CAPITAL AND OTHERS          )
UNDERWRITING AT LLOYD'S         )
SEVERALLY SUBSCRIBING TO        )
POLICY NO. A5BGLY170,           )
                                )
        Plaintiffs,             )
                                )
   v.                           )   Civ. No. 05-413-SLR
                                )   (Lead case)
VARADAM FOUNDATION and          )
JAIME JALIFE,                   )
                                )
        Defendants.             )
```

                                                  */s/ Sue L. Robinson*
United States District Judge