IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>Plaintiffs,<br><br>vs.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>Defendants. | )<br>)<br>) CIVIL ACTION NO. 05-413-SLR<br>)<br>) (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiffs ACE Capital *et al.* and defendants Varadam Foundation and Jaime Jalife respectfully request that the telephonic scheduling conference scheduled for June 28, 2006, at 8:30 a.m. be continued for a period of 90 days, as the parties are actively discussing settlement and believe the additional time may assist them in resolving this matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
William J. Cattie (ID 953)
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19801
(302) 778-1200
wcattie@rawle.com
Attorneys for Defendants

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
mccauley@pbh.com
Attorneys for Plaintiffs

PBH: 183759.1