IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | ) ) ) ) | CIVIL ACTION NO. 05-413-SLR |
| | ) | (Lead Case) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VARADAM FOUNDATION and JAIME JALIFE, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

AND NOW, this _____ day of June 2006, upon consideration of the parties' Joint Motion to Continue Scheduling Conference,

IT IS ORDERED that the telephonic scheduling conference scheduled for June 28, 2006, at 8:30 a.m. is hereby continued to _____, 2006 at _____. All other terms of the Court's Order for Scheduling Conference (D.I. 23) will remain in effect.

_____
UNITED STATES DISTRICT JUDGE