IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, <br><br> Plaintiffs, <br><br> vs. <br><br> VARADAM FOUNDATION and JAIME JALIFE, <br><br> Defendants. | CIVIL ACTION NO. 05-413-SLR <br><br> (Lead Case) |

## ORDER

AND NOW, this 28th day of June 2006, upon consideration of the parties' Joint Motion to Continue Scheduling Conference,

IT IS ORDERED that the telephonic scheduling conference scheduled for June 28, 2006, at 8:30 a.m. is hereby continued to September 28, 2006 at 8:30 am. All other terms of the Court's Order for Scheduling Conference (D.I. 23) will remain in effect.

_____
UNITED STATES DISTRICT JUDGE