## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, : : : : : | |
| Plaintiffs, : : | |
| v.   : : | Civil Action No. 05-413-SLR |
| VARADAM FOUNDATION and JAIME JALIFE, : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **7th** day of **June, 2007**,

IT IS ORDERED that the mediation conference scheduled for Monday, June 18, 2007 at 9:00 a.m. with Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE