UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO Policy No. A5BGLY170, | ) ) ) ) | Civ. No. 05-413-SLR (Lead Case) |
|     Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VARADAM FOUNDATION and JAIME JALIFE | ) ) ) | |
|     Defendants. | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, ACE Capital and Others Underwriting at Lloyd's, severally subscribing to Policy No. A5BGLY170 (hereinafter collectively referred to as "London Underwriters"), respectfully move this Honorable Court to grant summary judgment in their favor declaring that there is no coverage under the aforementioned policy for the loss and damages sustained by M/Y Mamma Mia at Puerto Venturas, Mexico on June 5, 2005.

As grounds in support of this Motion, London Underwriters state that the undisputed facts demonstrate that defendants, Varadam Foundation and Jaime Jalife, breached the navigation warranty contained in the policy, which required the M/Y Mamma Mia to be <u>north</u> of the Tropic of Cancer between June 1 and October 31, 2005. The yacht grounded <u>south</u> of the Tropic of Cancer while in violation of the navigation warranty.

As further grounds in support of this Motion, London Underwriters respectfully refer this Honorable Court to the accompanying Brief in Support, including the statement of undisputed material facts contained therein.

WHEREFORE, London Underwriters respectfully request that this Honorable Court enter an Order granting summary judgment in their favor declaring that there is no coverage under the policy for the grounding of the M/Y Mamma Mia at Puerto Venturas, Mexico on June 5, 2005, and that London Underwriters have no obligation to Varadam Foundation and Jaime Jalife arising out of this loss; and for any such other relief that the Court deems just and proper.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By: ___/s/ Michael B. McCauley_____
    Michael B. McCauley (ID 2416)
    1223 Foulk Road
    Wilmington, DE 19803
    (302) 594-0895
    (302) 478 7625 (fax)
    mccauley@pbh.com

Of counsel:

Michael J. Maginnis
José R. Cot
Maginnis & Hurley, APLC
One Canal Place
365 Canal Street, Suite 2750
New Orleans, LA 70130
(504) 524-5353
(504) 524-5403 (fax)

Attorneys for Plaintiffs Ace Capital et al.