UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ACE CAPITAL AND OTHERS** | ) | |
| **UNDERWRITING AT LLOYD'S,** | ) | |
| **SEVERALLY SUBSCRIBING TO** | ) | Civ. No. 05-413-SLR |
| **Policy No. A5BGLY170,** | ) | (Lead Case) |
|     Plaintiffs, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| **VARADAM FOUNDATION** | ) | |
| **and JAIME JALIFE** | ) | |
|     Defendants. | ) | |

## ORDER

    AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Motion for Summary Judgment, and Defendants' response thereto,

    IT IS HEREBY ORDERED that said Motion is GRANTED.

    SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE