**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2007, the foregoing Motion for Summary Judgment and accompanying Brief in Support were filed via CM/ECF, which will send notification to:

William J. Cattie, III, Esq.
wcattie@rawle.com
amhiggins@rawle.com
mbaio@rawle.com
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
Attorneys for Defendants

I further certify that on this same date true and correct copies of the foregoing were served by overnight courier to the following non-registered participant:

Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134

/s/ Michael B. McCauley