# AMERICAN YACHT FORM

R.12.

29

## WARRANTIES AND GENERAL CONDITIONS
### (Applicable to all coverages unless otherwise indicated)

**PRIVILEGES**

In port and at sea, under power or sail, in docks and graving docks, in hauling and launching, on ways, gridirons, pontoons, and on shore. With leave to sail with or without pilots to row and assist vessels or craft in all situations and to be rowed and to go on trial trips.

**PRIVATE PLEASURE WARRANTY**

Warranted to be used solely for private pleasure purposes and not to be hired or chartered unless approved and permission endorsed hereon.

**CONTINUATION CLAUSE**

If the vessel insured hereunder is at sea, at the expiration of this policy, the risk may be continued until the arrival of the vessel at her port of destination on her being moored therein twenty-four (24) hours in good safety, provided notice be given to the Assurers and additional premium paid as required.

**TRANSFER OF INTEREST**

This insurance shall be void in case this Policy or the interest insured thereby shall be sold, assigned, transferred or pledged without the previous consent in writing of these Assurers.

**PERSONAL NEGLIGENCE**

Personal negligence or fault of the Owner or Assured in the navigation of the yacht or privity or knowledge in respect thereto (excepting loss, damage or liability willfully or intentionally caused by the Owner or Assured) shall not relieve the Assurers of liability under this Policy.

**OTHER INSURANCE**

If a named Assured has other insurance against a loss covered by any section of this Policy, the Assurers shall not be liable under this Policy for a greater proportion of such loss than the applicable amount stated bears to the total amount of all valid and collectible insurance against such loss. If an Assured other than a named Assured has other insurance against a loss covered by any section of this Policy, this insurance shall be excess over other such insurance.

**NOTICE OF LOSS AND FILING OF PROOF**

It is agreed by the Assured to report immediately to the Assurers or to their representative who shall have issued this Policy every occurrence which may become a claim under this Policy, and shall also file with the Assurers or their representative, a detailed sworn proof of loss and proof of interest and/or receipted bills in case of a partial loss, within ninety (90) days from date of loss.

**PAYMENT OF LOSS**

In case of loss payable under this Policy, such loss to be paid within ninety (90) days after satisfactory proof of loss and proof of interest in the property insured, all indebtedness of the Assured being first deducted.

**SUBROGATION**

It is agreed that upon payment of any loss, damage, or expense the Assurers are to be subrogated to all the rights of the Assured to the extent of such payment.

**TIME FOR SUIT AGAINST THE ASSURERS**

No suit or action on this Policy for the recovery of any claim shall be sustainable in any court of law or equity unless the Assured shall have fully complied with all the requirements of this Policy, nor unless commenced within one (1) year from the date of the happening or the occurrence out of which the claim arose provided that where such limitation of time is prohibited by the laws of the state wherein this Policy is issued, then, and in that event, no suit or action under this Policy shall be sustainable unless commenced within the shortest limitation permitted under the laws of such state.

**ACTION AGAINST THE ASSURERS**

Any person or organization or the legal representative thereof who has secured judgement against the Assured shall be entitled to recover under this Policy to the extent of the insurance afforded by this Policy. Bankruptcy or insolvency of the Assured or of the Assured's estate shall not relieve the Assurers of any of their obligations thereunder.

**LEGAL REPRESENTATION AND CO-OPERATION CLAUSE**

The Assured shall co-operate with the Assurers and shall not assume any obligation, admit any liability or incur any expense for which the Assurers may be liable, without the written approval of the Assurers, except as may be necessary and permitted to safeguard the Yacht under the "SUE AND LABOR" clause in section "A" of this Policy. In case the liability of the Assured shall be contested with the written approval of the Assurers first obtained, the Assurers will pay the cost and expense of such defense, in which event the Assurers shall have the option of naming the attorneys who shall represent the Assured in said defense, and, if such option is exercised, shall have the direction and control thereof. The Assured shall whenever required, attend hearings and trial and shall assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses, and in the conduct of suits and limitations proceedings.

**EXAMINATION UNDER OATH**

The Assured, as often as may be reasonably required, shall exhibit to any person designated by the Assurers all that remains of any property herein described, and shall submit, and in so far as is within his or their power cause his or their employees, members of the household and others to submit to examinations under oath by any person named by the Assurers and subscribe the same; and as often as may be reasonably required, shall produce for examination all writings, books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, as such reasonable time and place as may be designated by the Assurers or their representative, and shall permit extracts and copies thereof to be made. No such examinations under oath or examination of books or documents, nor any other act of the Assurers or any of their employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which the Assurers might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to the Assurers' liability.

**MISREPRESENTATION OR FRAUD**

This entire Policy shall be void if the Assured or their representative has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the Assured therein, or in case of fraud or false swearing by the Assured touching any matter relating to this insurance or the subject thereof whether before or after a loss.

**NOTICE OF CANCELLATION AND RETURN PREMIUMS OR CANCELLATION**

This Policy may be cancelled by the Assured by surrender thereof to the Assurers or their representative by mailing to the Assurers or their representative written notice stating when thereafter such cancellation shall be effective. This Policy may be cancelled by the Assurers or their representative by mailing to the Assured at the address shown in this Policy or last known address, written notice stating when not less than ten (10) days thereafter such

EXHIBIT "A"

**30**

cancellation stated in the notice shall become the end of the Policy period.  Delivery of such written notice either by the Assured or by the Assurers or their representative shall be equivalent to mailing.

If the Assured cancels, earned premiums shall be computed in accordance with the customary short rate table and procedure.

If the Assurer cancels, earned premium shall be computed pro-rata.

Premium adjustment may be made at the time cancellation is effected and, if not then made, shall be made as soon as practicable after cancellation becomes effective.  The Assurers or their representative's check mailed or delivered as aforesaid shall be sufficient tender of any refund of premium due to the Assured.

## PREMIUM FULLY EARNED

There shall be no return of premium under any section of this policy if the insured yacht is a total or constructive total loss by a peril insured against.

## PARAMOUNT EXCLUSIONS

Any claim for loss, damage or expense caused by or resulting from capture, seizure, arrest, restraint or detainment or the consequences thereof or of any attempt thereat or any taking of the vessel, by requisition or otherwise, whether in time of peace or war and whether lawful or otherwise; also from all consequences of hostilities or warlike operations (Whether there be a declaration of war or not) but the foregoing shall not exclude collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the collision, any other vessel involved therein is performing) by a hostile act by or against a belligerent power, and for the purpose of this warranty "power" includes any authority maintaining naval, military or air forces in association with a power; also warranted free, whether in time of peace or war, from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or other fusion or other reaction or radioactive force or matter.

Further warranted free from the consequence s of civil war, revolution, rebellion, insurrection, or civil strife arising there from, or piracy.

This Policy is made and accepted subject to the foregoing stipulations and conditions, and to the conditions on the following pages which are hereby specially referred to and made a part of this Policy, it being understood and agreed that in the case of any conflict or inconsistency the foregoing provisions shall prevail over those which follow; provided, however, that with respect to any insurance under Section "E" of this policy the liability of the Assurers for the term above stated shall be in all respects as provided in such Section "E", unaffected by any other condition or provision of this Policy.

# SECTION "A" - HULL INSURANCE

## PROPERTY COVERED

Upon the Hull, Spars, Sails, Fittings, Gear and Equipment, Apparel, Provisions, Stores, Machinery, Boats and other Furniture and Furnishings of and in the yacht hereby insured, subject to all of the terms and conditions (including the Running Down Clause) of this Policy.

The foregoing does not include fishing tackle, moorings or personal property.

## COVERAGE

The insurance provided by this Section covers, subject to the exclusions and limitations of this Policy, against ALL RISKS of physical loss or damage to the property covered from any external cause, as well as physical loss or damage directly caused by fire, explosions, bursting of boilers, breakage of shafts, or any latent defect in the machinery or hull (excluding the cost and expense of repairing or replacing any defective part), provided such loss or damage has not resulted from want of due diligence or intentional damage by the owners of the Yacht or by the Assured; provided always that the amount recoverable hereunder shall not exceed the amount of insurance.

## DEDUCTIBLE CLAUSE

When a deductible amount is stated on this Policy, each claim for loss or damage covered under Section "A" shall be adjusted separately and from the aggregate amount of the adjusted claim, the sum so stated shall be deducted.  Such deduction shall not apply in the event of Total Loss or Constructive Total Loss of the vessel covered nor shall it apply with respect to claims under the Running Down Clause.

## EQUIPMENT SEPARATED AND ON SHORE

It is also agreed that should any part of the furniture, boats or other property of the said yacht be separated and laid up on shore during the life of this policy, then this Policy shall cover the same to an amount not exceeding 50% of the sum stated under the heading "Amount of Insurance".  The amount attaching on the said yacht shall be decreased by the amount so covered.

## VALUATION CLAUSE

The said yacht, for so much as concerns the Assured by agreement between the Assured and the Assurers is and shall be valued at the amount stated under the heading "Agreed Valuation".

## NEW FOR OLD

In the event of loss or damage, cost of repairs to be paid without deduction, new for old, except with respect to sails and covers of canvas or other like materials, the Assurers shall be liable for no more than the cost of repair or a reasonable value.

## CONSTRUCTIVE TOTAL LOSS

No recovery for a constructive total loss shall be had hereunder unless the expense of recovering and repairing the vessel shall exceed the amount of insurance on hull and machinery.

## UNREPAIRED DAMAGE

In no case shall the Assurers be liable for unrepaired damage in addition to a subsequent total loss sustained during the term covered by this Policy.

## PROPORTION OF LOSS COVERED

Where the amount of insurance as set forth is less than the agreed valuation stated herein, the Assurers shall be liable only for such proportion of any loss recoverable under this Section as the said amount of insurance bears to the said agreed valuation.

## STRIKES CLAUSE

This insurance also covers loss of or damage to the property hereby insured caused by strikers, locked out workmen or persons taking part in labor disturbances, riots, or civil commotions or caused by vandalism or persons acting maliciously.

## BOATS AND LAUNCHES

The boats and launches of the yacht are insured also while afloat, whether underway or not, subject to all of the terms and conditions, including the Running Down Clause of this Policy.

## RUNNING DOWN CLAUSE

And it is further agreed that if the yacht hereby insured shall come into collision with any other ship or vessel, and the Assured shall, in consequence thereof, become liable to pay, and shall pay by way of damages to any other person or persons, any sum or sums not exceeding in respect of any one such collision the value of the yacht hereby insured, we, the Assurers, will pay the Assured such sum or sums so paid up to the amount hereby insured.  And in cases where the liability of the Assured has been contested, with the consent, in writing, of the Assurers, we will also pay the costs thereby incurred or paid; but when both vessels are to blame, then unless the liability of the owners of one or both of such vessels limited by law, claims under

31

cancellation stated in the notice shall become the end of the Policy period. Delivery of such written notice either by the Assured or by the Assurers or their representative shall be equivalent to mailing.

If the Assurer cancels, earned premiums shall be computed in accordance with the customary short rate table and procedure.

If the Assurer cancels, earned premium shall be computed pro-rata.

Premium adjustment may be made at the time cancellation is effected and, if not then made, shall be made as soon as practicable after cancellation becomes effective. The Assurers or their representative's check mailed or delivered as aforesaid shall be sufficient tender of any refund of premium due to the Assured.

**PREMIUM FULLY EARNED**

There shall be no return of premium under any section of this policy if the insured yacht is a total or constructive total loss by a peril insured against.

**PARAMOUNT EXCLUSIONS**

Any claim for loss, damage or expense caused by or resulting from capture, seizure, arrest, restraint or detainment or the consequences thereof or of any attempt thereat or any taking of the vessel, by requisition or otherwise, whether in time of peace or war and whether lawful or otherwise; also from all consequences of hostilities or warlike operations (whether there be a declaration of war or not) but the foregoing shall not exclude collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the collision, any other vessel involved therein is performing) by a hostile act by or against a belligerent power, and for the purpose of this warranty "power" includes any authority maintaining naval, military or air forces in association with a power; also warranted free, whether in time of peace or war, from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or other fusion or other reaction or radioactive force of matter.

Further warranted free from the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising there from, or piracy.

This Policy is made and accepted subject to the foregoing stipulations and conditions, and to the conditions on the following pages which are hereby specially referred to and made a part of this Policy, it being understood and agreed that in the case of any conflict or inconsistency the foregoing provisions shall prevail over those which follow; provided, however, that with respect to any insurance under Section "E" of this policy the liability of the Assurers for the term above stated shall be in all respects as provided in such Section "E", unaffected by any other condition or provision of this Policy.

## SECTION "A" - HULL INSURANCE

**PROPERTY COVERED**

Upon the Hull, Spars, Sails, Fittings, Gear and Equipment, Apparel, Provisions, Stores, Machinery, Boats and other Furniture and Furnishings of and in the yacht hereby insured, subject to all of the terms and conditions (including the Running Down Clause) of this Policy.

The foregoing does not include fishing tackle, moorings or personal property.

**COVERAGE**

The insurance provided by this Section covers, subject to the exclusions and limitations of this Policy, against ALL RISKS of physical loss or damage to the property covered from any external cause, as well as physical loss or damage directly caused by fire, explosions, bursting of boilers, breakage of shafts, or any latent defect in the machinery or hull (excluding the cost and expense of repairing or replacing any defective part), provided such loss or damage has not resulted from want of due diligence or intentional damage by the owners of the Yacht or by the Assured; provided always that the amount recoverable hereunder shall not exceed the amount of insurance.

**DEDUCTIBLE CLAUSE**

When a deductible amount is stated on this Policy, each claim for loss or damage covered under Section "A" shall be adjusted separately and from the aggregate amount of the adjusted claim, the sum so stated shall be deducted. Such deduction shall not apply in the event of Total Loss or Constructive Total Loss of the vessel covered nor shall it apply with respect to claims under the Running Down Clause.

**EQUIPMENT SEPARATED AND ON SHORE**

It is also agreed that should any part of the furniture, boats or other property of the said yacht be separated and laid up on shore during the life of this policy, then this Policy shall cover the same to an amount not exceeding 50% of the sum stated under the heading "Amount of Insurance". The amount attaching on the said yacht shall be decreased by the amount so covered.

**VALUATION CLAUSE**

The said yacht, for so much as concerns the Assured by agreement between the Assured and the Assurers is and shall be valued at the amount stated under the heading "Agreed Valuation".

**NEW FOR OLD**

In the event of loss or damage, cost of repairs to be paid without deduction, new for old, except with respect to sails and covers of canvas or other like materials, the Assurers shall be liable for no more than the cost of repair or a reasonable value.

**CONSTRUCTIVE TOTAL LOSS**

No recovery for a constructive total loss shall be had hereunder unless the expense of recovering and repairing the vessel shall exceed the amount of insurance on hull and machinery.

**UNREPAIRED DAMAGE**

In no case shall the Assurers be liable for unrepaired damage in addition to a subsequent total loss sustained during the term covered by this Policy.

**PROPORTION OF LOSS COVERED**

Where the amount of insurance as set forth is less than the agreed valuation stated herein, the Assurers shall be liable only for such proportion of any loss recoverable under this Section as the said amount of insurance bears to the said agreed valuation.

**STRIKES CLAUSE**

This insurance also covers loss of or damage to the property hereby insured caused by strikers, locked out workmen or persons taking part in labor disturbances, riots, or civil commotions or caused by vandalism or persons acting maliciously.

**BOATS AND LAUNCHES**

The boats and launches of the yacht are insured also while afloat, whether underway or not, subject to all of the terms and conditions, including the Running Down Clause of this Policy.

**RUNNING DOWN CLAUSE**

And it is further agreed that if the yacht hereby insured shall come into collision with any other ship or vessel, and the Assured shall, in consequence thereof, become liable to pay, and shall pay by way of damages to any other person or persons, any sum or sums not exceeding in respect of any one such collision the value of the yacht hereby insured, we, the Assurers, will pay the Assured such sum or sums so paid up to the amount hereby insured. And in cases where the liability of the Assured has been contested, with the consent, in writing, of the Assurers, we will also pay the costs thereby incurred or paid; but when both vessels are to blame, then unless the liability of the owners of one or both of such vessels limited by law, claims under

of the other of such vessels one-half or other proportion of the latter's damages as may have been properly allowed in ascertaining the balance or sum payable by or to the Assured in consequence of such collision; and it is further agreed that the principles involved in this clause shall apply to the case where both vessels are the property, in part or in whole, of the same owners, all questions of responsibility and amount of liability as between the two vessels being left to the decision of a single Arbitrator, if the parties agree upon a single Arbitrator, or failing such agreement, to the decision of Arbitrators, one to be appointed by the managing owners of both vessels, and one to be appointed by the majority in amount of the Underwriters interested in each vessel; the two Arbitrators chosen to choose a third Arbitrator before entering upon the reference, and the decision of such single, or of any two of such three Arbitrators, appointed as above, to be final and binding.

Provided always that the foregoing clause shall in no case extend to any sum which the Assured may become liable to pay, or shall pay for removal of obstructions under statutory powers, for injury to harbours, wharves, piers, stages and similar structures, consequent on such collisions, or in respect of the cargo or engagements of the insured yacht, or for loss of life, or personal injury.

**MEMBER OF THE ASSURED'S FAMILY**

It is understood and agreed that the word "Assured" wherever used in the Running Down Clause in this Section shall include, in addition to the named Assured hereunder, irrespective of interest in the insured yacht, the members of the immediate family of the Assured, domiciled with the Assured, who may, at the time liability was incurred, be operating the yacht with the prior permission of the Assured.

**SUE AND LABOR CLAUSE**

And in case of any loss or misfortune, it shall be lawful and necessary for the Assured, their factors, servants and assigns, to sue, labor and travel for, in and about the defense, safeguard and recovery of the said yacht or any part thereof, without prejudice to this insurance; the charges whereof we, the Assurers, will pay. And it is especially declared and agreed that no acts of the Assurer or Assured in recovery, saving or preserving the property insured shall be considered as a waiver or acceptance of abandonment.

**EXCLUSIONS**

**THIS INSURANCE DOES NOT COVER**

1. Any loss or damage directly or indirectly caused by or resulting from wear and tear, gradual deterioration, inherent vice, marine borers, vermin or electrolysis.

2. Theft or mysterious disappearance of equipment or accessories, other than boats and launches and their motors, unless occurring in conjunction with theft of the entire yacht or unless there be visible evidence of forcible entry.

3. Any loss, damage or expense caused by or in consequence of Ice and/or freezing.

4. Any loss, damage or expense directly or indirectly caused by or in consequence of faulty construction and/or improper design.

5. Any loss or damage to electrical apparatus, including wiring, directly or indirectly caused by electricity, other than lightning, unless fire ensues and then only for loss or damage by such ensuing fire.

6. Wages and/or provisions whether the average be particular or general.

7. Mechanical breakdown or derangement of machinery.

8. Any loss of use, demurrage or charter hire to the yacht insured hereunder.

## SECTION "B" – PROTECTION AND INDEMNITY INSURANCE

If the Assured shall by reason of his interest in the insured yacht become liable to pay and shall pay any sum or sums in respect of any responsibility, claim, demand, damages, and/or expense or shall become liable for any other loss arising from or occasioned by any of the following matters or things during the currency of this Policy in respect of the yacht hereby insured, that is to say:-

**Property Damage (I)** Loss of or damage to any other ship or boat or goods, merchandise, freight or other things or interest whatsoever, on board such other ship or boat, caused proximately or otherwise by the yacht insured in so far as the same would not be covered by the Running Down Clause in Section "A" of this Policy;

Loss or damage to any goods, merchandise, freight or other things or interest whatsoever other than as aforesaid, whether on board said yacht or not, which may arise from any cause whatever;

Loss or damage to any harbor, dock (graving or otherwise), slipway, way, gridiron, pontoon, pier, quay, jetty, stage, buoy, telegraph cable, or other fixed or movable thing whatsoever, or to any goods or property in or on the same, however caused;

Any attempted or actual raising, removal or destruction of the wreck of the insured ship or the cargo thereof, or any neglect or failure to raise, remove or destroy the same;

The Assurers will pay the Assured such sum or sums so paid, or which may be required to indemnify the Assured for such loss; PROVIDED always that the amount recoverable hereunder in respect to any one accident or series of accidents arising out of the same event shall not exceed the sum stated under Limit of Protection and Indemnity Insurance.

**Bodily Injury (II)** Loss of life, illness, or bodily injury and payments made on account of life salvage;

The assurers will pay the Assured such sum or sums so paid or which may be required to indemnify the Assured for such loss; PROVIDED always that the liability of these Assurers is limited to the sum stated under Limit of Protection and Indemnity Insurance, and subject to the same limit for each person, it being understood that this limit applies to any one accident or series of accidents arising out of the same event.

**Costs (III)** And in case the liability of the Assured shall be contested in any suit or action with the consent in writing of these Assurers, we will also pay such ensuing costs as the Assured may incur as a result of such suit or action.

**AGGREGATE LIMIT**

The total amount recoverable under the Protection and Indemnity Insurance coverage of this Policy, for all losses, including property damage, personal injury, loss of life, payments made on account of life salvage, and costs, resulting from any accident or series of accidents arising out of the same event, shall not exceed, in the aggregate, the sum stated under Limit of Protection and Indemnity Insurance.

**POLLUTION**

This policy does not insure against any loss, damage, cost, liability, or expense, imposed on the Assured, arising out of the discharge, dispersal, release, or escape of oil, fuel, chemicals, waste materials, or other pollutants, but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

33

It is understood and agreed that the word "ASSURED" whenever used in this Section shall include, in addition to the named Assured hereunder, irrespective of interest in the insured yacht, the members of the immediate family of the Assured, domiciled with the Assured, who may, at the time liability was incurred, be operating the yacht with the prior permission of the Assured.

**PROPORTION OF LOSSES COVERED**

Where the amount of insurance as set forth is less than the agreed valuation stated therein, the Assurers shall be liable only for such proportion of any loss recoverable under this Section as the said amount of insurance bears to the said agreed valuation.

**EXCLUSIONS**

**THE ASSURERS WILL NOT BE LIABLE FOR:**

Any fine, or penalty or assessment against the Assured or yacht named herein, by any national, state, or local government;

Liability of any charterer of the yacht named herein;

Any liability assumed by the Assured under any contract or agreement unless specifically endorsed hereon.

## SECTION "C" - OMNIBUS CLAUSE

It is understood and agreed that the word "Assured" whenever used in the Running Down Clause in Section "A" - Hull Insurance, of this policy, and whenever used in Section "B" - Protection and Indemnity Insurance of this Policy, includes in addition to the named Assured any person, firm, corporation or other legal entity who may be operating the vessel with the prior permission of the named Assured, but does not include a charterer or a paid Master or a paid member of the crew of the insured vessel or a person, firm, corporation or other legal entity, or any agent or employee thereof, operating a shipyard, boat repair yard, marina, yacht club, sales agency, boat service station, or similar organization. Notwithstanding anything combined herein, the insurance provided by this clause does not cover liability of such additional Assureds to the Assured and/or Assureds named in this Policy. This insurance is conditioned upon compliance by an Assured with all the terms, conditions, and warranties applicable to the named Assured. Nothing contained herein shall be construed to increase the limits of the Assurers' liability as stated in this policy.

## SECTION "D" - MEDICAL PAYMENTS INSURANCE

The Assurers agree to pay to or for each person who sustains bodily injury caused by accident occurring during the Policy period, while in or upon, boarding or leaving the yacht insured hereunder, the reasonable expense of necessary medical, surgical, ambulance, hospital and professional nursing services and, in the event of death resulting from such injury, the reasonable funeral expense, all incurred within one (1) year from the date of accident, subject to the following conditions.

**LIMIT OF LIABILITY**

Not withstanding the foregoing, the Assurers shall not be liable hereunder for any expense or combined expense incurred in excess of that stated, as a result of any one accident or series of accidents arising out of the same event.

**EXCLUSIONS**

**THE COVERAGE AFFORDED SHALL NOT APPLY**

1. To bodily injury to or death of any person:
   a) To or for whom benefits are payable under any Workmen's Compensation or under the Federal Longshoremen's and Harbor Workers' Compensation Act;
   b) Who is a trespasser in or upon or boarding or leaving the insured yacht;
   c) Who is an employee of the Assured while engaged in the employment of the Assured except those in domestic service for whom no benefits are payable or required to be provided under any Workmen's Compensation Law.
2. To liability assumed by the Assured under any contract or agreement.
3. While the yacht is being used for other than private pleasure purposes.
4. To death of the Assured or registered owner of the yacht.
5. To bodily injury to the Assured or registered owner of the yacht, unless in excess of any other medical payments insurance collectible.

**MEDICAL REPORTS, PROOF AND PAYMENT OF CLAIM**

As soon as practicable, the injured person or someone on his behalf shall give the Assurers written proof of claim, under oath if required, and shall, after each request from the Assurers, execute authorization to enable the Assurers to obtain medical reports and copies of records.

The injured person shall submit to physical examination by physicians selected by the Assurers when and as often as the Assurers may reasonably require.

The Assurers may pay the injured person or any persons or organizations rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute admission of liability of the Assured, or, except hereunder, of the Assurers.

## SECTION "E" - FEDERAL LONGSHOREMEN'S AND HARBOR WORKERS' COMPENSATION INSURANCE

The Assurers agree to insure under this Section for the term of the policy as stated, any liability of the Assured in respect of the insured yacht which shall arise under the United States Longshoremen's and Harbor Workers' Compensation Act, U.S. Code (1946) Title 33, Sections 901-49, and all laws amendatory thereof or supplementary thereto which may be or become effective while this Section of the Policy is in force.

07 Jul 00 02:29p    Tey Vision                    03110540

1/10/83

# INSTITUTE ADDITIONAL PERILS CLAUSES — HULLS

### (For use only with the American Institute Hull Clauses)

| | | |
|---|---|---|
| 1 | In consideration of an additional premium this insurance is extended to cover | 1<br>2 |
| | 1.1    the cost of repairing or replacing | 3 |
| | 1.1.1    any boiler which bursts or shaft which breaks | 4 |
| | 1.1.2    any defective part which has caused loss or damage to the Vessel covered by the peril 'any latent defect in the machinery or hull' as it appears in lines 79/80 of the American Institute Hull Clauses (June 2, 1977) | 5<br>6 |
| | 1.2    loss of or damage to the Vessel caused by any accident or by negligence, incompetence or error of judgement of any person whatsoever. | 7<br>8 |
| 2 | Except as provided in 1.1.1 and 1.1.2, nothing in these Additional Perils Clauses shall allow any claim for the cost of repairing or replacing any part found to be defective as a result of a fault or error in design or construction and which has not caused loss of or damage to the Vessel. | 9<br>10<br>11 |
| 3 | The cover provided in Clause 1 is subject to all other terms, conditions and exclusions contained in this insurance and subject to the proviso that the loss or damage has not resulted from want of due diligence by the Assured, Owners or Managers. Master Officers Crew or Pilots not to be considered Owners within the meaning of this Clause should they hold shares in the Vessel. | 12<br>13<br>14<br>15 |

CL. 301  *Sold by Witherby & Co. Ltd., London*

07 Jul 05 06:20p    To ivision          55110745                    p.7

35

878-108

**American Institute**
Hull War Risks and Strikes Clauses
(including Automatic Termination and Cancellation Provisions)
For Attachment to American Institute Hull Clauses
December 1, 1977

To be attached to and form a part of Policy No. ............................................ of the.....................   1

........................................................................................................................   2

This insurance, subject to the exclusions set forth herein, covers only those risks which would be covered by the   3
attached Policy (including collision liability) in the absence of the WAR, STRIKES AND RELATED EXCLUSIONS clause   4
contained therein but which are excluded thereby and which risks shall be construed as also including:   5
    1. Any mine, bomb or torpedo not carried as cargo on board the Vessel;   6
    2. Any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force   7
       or matter;   8
    3. Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom;   9
    4. Strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military or usurped power;   10
    5. Malicious acts or vandalism to the extent only that such risks are not covered by the attached Policy;   11
    6. Hostilities or warlike operations (whether there be a declaration of war or not) but this paragraph (6) shall not   12
       include collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object, or strand-   13
       ing, heavy weather, fire or explosion unless caused directly by a hostile act by or against a belligerent power   14
       which act is independent of the nature of the voyage or service which the Vessel concerned or, in the case of   15
       a collision, any other vessel involved therein, is performing. As used herein, "power" includes any authority   16
       maintaining naval, military or air forces in association with a power.   17

**EXCLUSIONS**   18
    This insurance does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence   19
                                                                                                                        20
of:
    a. Any hostile detonation of any weapon of war described above in paragraph (2);   21
    b. Outbreak of war (whether there be a declaration of war or not) between any of the following countries: United   22
       States of America, United Kingdom, France, the Union of Soviet Socialist Republics or the People's Republic   23
       of China;   24
    c. Delay or demurrage;   25
    d. Requisition or preemption;   26
    e. Arrest, restraint or detainment under customs or quarantine regulations and similar arrests, restraints or detain-   27
       ments not arising from actual or impending hostilities;   28
    f. Capture, seizure, arrest, restraint, detainment, or confiscation by the Government of the United States or of the   29
       country in which the Vessel is owned or registered.

**HELD COVERED AND OTHER PROVISIONS**   30
    The held covered clause appearing under the heading ADVENTURE in the attached Policy is deleted and the follow-   31
ing clause substituted therefore—   32
    "Subject to the provisions of the Automatic Termination and Cancellation Clauses below, held covered in the   33
    event of any breach of conditions as to loading or discharging of cargo at sea, or towage or salvage activities   34
    provided (a) notice is given to the Underwriters immediately following receipt of knowledge thereof by the   35
    Assured, and (b) any amended terms of cover and any additional premium required by the Underwriters are   36
    agreed to by the Assured."

    If at the natural expiry time of this insurance the Vessel is at sea, this insurance will be extended, provided previous   37
notice be given to the Underwriters, for an additional premium at a rate to be named by the Underwriters, until midnight   38
Local Time of the day on which the Vessel enters the next port to which she proceeds and for 24 hours thereafter, but   39
in no event shall such extension affect or postpone the operation of the Automatic Termination and Cancellation Clauses   40
below.   41

    Warranted not to abandon in case of capture, seizure or detention, until after condemnation of the property insured.   42
    The provisions of the attached Policy with respect to constructive Total Loss shall apply only to claims arising from   43
physical damage to the Vessel.   44

07 Jul 05 08:36p    Te  ivision                    5311034S                    p.8

36

## AUTOMATIC TERMINATION AND CANCELLATION CLAUSES

45   A. This insurance and any extension thereof; unless sooner terminated by the provisions of section B or C, shall terminate
46     automatically upon and simultaneously with the occurence of any hostile detonation of any nuclear weapon of war
47     as defined above, wheresoever or whensoever such detonation may occur and whether or not the Vessel may be
48     involved.

49   B. This insurance and any extension thereof, unless sooner terminated by the provisions of section A or C, shall termi-
50     nate automatically upon and simultaneously with the outbreak of war, whether there be a declaration of war or not,
51     between any of the following countries: United States of America, United Kingdom, France, the Union of Soviet
52     Socialist Republics or the People's Republic of China.

53   C. This insurance and any extension thereof, unless sooner terminated by section A or B, shall terminate automatically
54     if and when the Vessel is requisitioned, either for title or use.

55   D. This insurance and any extension thereof may be cancelled at any time at the Assured's request, or by Underwriters
56     upon 14 days' written notice being given to the Assured, but in no event shall such cancellation affect or postpone
57     the operation of the provisions of sections A, B or C. Written or telegraphic notice sent to the Assured at his (its)
58     last known address shall constitute a complete notice of cancellation and such notice mailed or telegraphed to
59     the said Assured, care of the broker who negotiated this insurance, shall have the same effect as if sent to the
60     said Assured direct. The mailing of notice as aforesaid shall be sufficient proof of notice and the effective date
61     and hour of cancellation shall be 14 days from midnight Local Time of the day on which such notice was mailed or
62     telegraphed as aforesaid. Underwriters agree, however, to reinstate this insurance subject to agreement between
63     Underwriters and the Assured prior to the effective date and hour of such cancellation as to new rate of premium
64     and/or conditions and/or warranties.

### RETURNS OF PREMIUM

65     The RETURNS OF PREMIUM clause of the attached Policy is deleted and the following substituted therefore:—
66       "In the event of an automatic termination or cancellation of this insurance under the provisions of sections
67       A, B, C or D above, or if the Vessel be sold, pro rata net return of premium will be payable to the Assured,
68       provided always that a Total Loss of the Vessel has not occurred during the currency of this Policy, in no
69       other event shall there be any return of premium."

70 THIS INSURANCE SHALL NOT BECOME EFFECTIVE IF, PRIOR TO THE INTENDED TIME OF ITS ATTACHMENT, THERE
71 HAS OCCURRED ANY EVENT WHICH WOULD HAVE AUTOMATICALLY TERMINATED THIS INSURANCE UNDER THE
72 PROVISIONS OF SECTIONS A, B, OR C HEREOF HAD THIS INSURANCE ATTACHED PRIOR TO SUCH OCCURRENCE.

CLA339.    Sold by Witherby & Co. Ltd., London.

37

# AMERICAN HULL INSURANCE SYNDICATE

**ADDENDUM TO**
**AMERICAN INSTITUTE HULL WAR RISKS**
**AND STRIKES CLAUSES — DECEMBER 1, 1977**
**(APRIL 1, 1984)**

It is understood and agreed that the American Institute Hull War Risks and Strikes Clauses of December 1, 1977, for attachment to American Institute Hull Clauses (June 2, 1977), and to which this Addendum is attached are amended as follows:

1. For the purpose of this Addendum only, line 241 of the American Institute Hull Clauses (June 2, 1977) — EXCLUSION (a) — shall be deemed amended by adding "confiscation or expropriation."

2. In addition to the risks enumerated in the above described War Risks and Strikes Clauses, the following is added: "7. Confiscation or expropriation."

3. In the event that the Vessel shall have been the subject of capture, seizure, arrest, restraint, detainment, confiscation or expropriation, and the Assured, by reason thereof, has lost the free use and disposal of the Vessel for a continuous period of twelve (12) months (even though condemnation has not occurred), then for the purposes of ascertaining whether the Vessel is a constructive Total Loss, the Assured shall be deemed to have been deprived of the possession of the Vessel without any likelihood of recovery.

    "Restraint" as used in this paragraph 3 shall be deemd to include the inability of the Vessel to sail from any port or place to the high seas becouse of closure of the connecting waterway to all vessels of similar size or draft due to blockage of such waterway caused by hostilities or warlike operations.

4. Clause (f) of the EXCLUSIONS shall be amended to read as follows: "Capture, seizure, arrest, restraint, detainment, confiscation or expropriation by the Government of the United States or of the country in which the Vessel is owned or registered."

5. The Warranty at line 42 shall be amended to read: "Warranted not to abandon in case of capture, seizure, arrest, restraint, detainment, confiscation or expropriation until after condemnation of the property insured, or, in circumstances set forth in 3. above, after twelve (12) months, whichever first occurs."

6. The period of fourteen (14) days provided for in subparagraph "D" of the AUTOMATIC TERMINATION AND CANCELLATION Clauses, shall be amended to seven (7) days wherever appearing therein.

**ALL OTHER TERMS, LIMITATIONS,**
**CONDITIONS AND EXCEPTIONS**
**REMAINING UNCHANGED.**

Addendum 1/4/84 to CL. A237   *Sold by Witherby & Co. Ltd., London*

38

**American Institute**                                                129-P

INCREASED VALUE AND EXCESS LIABILITIES CLAUSES
(November 3, 1977)

To be attached to and form a part of Policy No. ...................... of the ......................

The terms and conditions of the following clauses are to be regarded as substituted for those of the policy form to which they are attached, the latter being hereby waived, except provisions required by law to be inserted in the Policy. All captions are inserted only for purposes of reference and shall not be used to interpret the clauses to which they apply.

**ASSURED**                                                              1
   This Policy insures ......................                                2
   ...................... hereinafter referred to as the Assured.    3

   If claim is made under this Policy by anyone other than the Owner of the Vessel, such person shall not be entitled to recover to a greater    4
extent than would the Owner, had claim been made by the Owner as an Assured named in this Policy.    5
   Underwriters waive any right of subrogation against affiliated, subsidiary or interrelated companies of the Assured, provided that such waiver    6
shall not apply in the event of a collision between the Vessel and any vessel owned, demise chartered or otherwise controlled by any of the    7
aforesaid companies, or with respect to any loss, damage or expense against which such companies are insured.    8
   This insurance shall not be prejudiced by reason of any contract limiting in whole or in part the liability of pilots, tugs, towboats, or their    9
owners when the Assured or the Agent of the Assured accepts such contract in accordance with established local practice.    10

**LOSS PAYEE**                                                            11
   Loss, if any, payable to ......................                        12
   ...................... or order.    13
   ......................    14
   Provided, however, Underwriters shall pay claims to others as set forth in the Collision Liability clause and may make direct payment to persons    14
providing security for the release of the Vessel in Salvage cases.    15

On **INCREASED VALUE AND EXCESS LIABILITIES** of the Vessel called the ......................    16
(or by whatsoever name or names the said Vessel is or shall be called).    17

**AMOUNT INSURED HEREUNDER** ...................... Dollars.    18

**DURATION OF RISK**                                                      19
   From the ...................... day of ...................... 19...... time    19
   to the ...................... day of ...................... 19...... time.    20
   Should the Vessel at the expiration of this Policy be at sea, or in distress, or at a port of refuge or of call, she shall, provided previous notice    21
be given to the Underwriters, be held covered at a pro rata monthly premium to her port of destination.    22
   In the event of payment by the Underwriters for Total Loss of the Vessel this Policy shall thereupon automatically terminate.    23

**PREMIUM**                                                               24
   The Underwriters to be paid in consideration of this insurance ......................    24
   ...................... Dollars being at the annual rate of ...................... per cent, which    25
premium shall be due on attachment. If the Vessel is insured under this Policy for a period of less than one year at pro rata of the annual rate,    26
full annual premium shall be considered earned and immediately due and payable in the event of Total Loss of the Vessel.    27

**RETURNS OF PREMIUMS**                                                   28
Premium returnable as follows:                                            29
   Pro rata daily net in the event of termination under the Change of Ownership clause;    30
   Pro rata monthly net for each uncommenced month if it be mutually agreed to cancel this Policy;    31
   For each period of 30 consecutive days the Vessel may be laid up in port for account of the Assured,    32
   ...................... cents per cent. net not under repair, or    33
   ...................... cents per cent. net under repair:    34
provided always that:    35
   (a) A Total Loss of the Vessel has not occurred during the currency of this Policy;    36
   (b) In no case shall a return for lay-up be allowed when the Vessel is lying in exposed or unprotected waters or in any location not approved by    37
   the Underwriters;    38
   (c) In the event of any amendment of the annual rate, the above rates of return shall be adjusted accordingly;    39
   (d) In no case shall a return be allowed when the Vessel is used as a storage ship or for lightering purposes.    40
   If the Vessel is laid up for a period of 30 consecutive days, a part only of which attaches under this Policy, the Underwriters shall pay such    41
proportion of the return due in respect of a full period of 30 days as the number of days attaching hereto bears to 30. Should the lay-up period    41
exceed 30 consecutive days, the Assured shall have the option to elect the period of 30 consecutive days for which a return is recoverable.    42

**NON-PAYMENT OF PREMIUM**                                                43
   In event of non-payment of premium 30 days after attachment, or of any additional premium when due, this Policy may be cancelled by the    43
Underwriters upon 10 days written or telegraphic notice sent to the Assured at his last known address or in care of the broker who negotiated this    44
Policy. Such proportion of the premium, however, as shall have been earned up to the time of cancellation shall be payable. In the event of Total Loss of    45
the Vessel occurring prior to any cancellation or termination of this Policy full annual premium shall be considered earned.    46

07 Jul 05 0E:40p    Te  ivision                     53110545                    p.11

39

## ADVENTURE

Beginning the adventure upon the Vessel, as above, and so shall continue and endure during the period aforesaid, as employment may offer, in port or at sea, in docks and graving docks, and on ways, gridirons and pontoons, at all times, in all places, and on all occasions, services and trades; with leave to sail or navigate with or without pilots, to go on trial trips and to assist and tow vessels or craft in distress, but the Vessel may not be towed, except as is customary or when in need of assistance, nor shall the Vessel render assistance or undertake towage or salvage services under contract previously arranged by the Assured, the Owners, the Managers or the Charterers of the Vessel, nor shall the Vessel, in the course of trading operations, engage in loading or discharging cargo at sea, from or into another vessel other than a barge, lighter or similar craft used principally in harbors or inland waters. The phrase "engage in loading or discharging cargo at sea" shall include while approaching, leaving or alongside, or while another vessel is approaching, leaving or alongside the Vessel.

The Vessel is held covered in case of any breach of conditions as to cargo, trade, locality, towage or salvage activities, date of sailing, or loading or discharging cargo at sea, provided (a) notice is given to the Underwriters immediately following receipt of knowledge thereof by the Assured, and (b) any amended terms of cover and any additional premium required by the Underwriters are agreed to by the Assured.

## COVERAGE

This Insurance covers only:

(1) TOTAL LOSS (ACTUAL OR CONSTRUCTIVE) OF THE VESSEL directly caused by Perils of the Seas, Men-of-War, Fire, Lightning, Earthquake, Enemies, Pirates, Rovers, Assailing Thieves, Jettisons, Letters of Mart and Counter-Mart, Surprisals, Takings at Sea, Arrests, Restraints and Detainments of all Kings, Princes and Peoples, of what nation, condition or quality soever, Barratry of the Master and Mariners and of all other like Perils, Losses and Misfortunes that have or shall come to the Hurt, Detriment or Damage of the Vessel, or any part thereof, excepting, however, such of the foregoing perils as may be excluded by provisions elsewhere in the Policy or by endorsement thereon. It shall also cover Total Loss (actual or constructive) directly caused by the following:

Accidents in loading, discharging or handling cargo, or in bunkering;

Accidents in going on or off, or while on drydocks, graving docks, ways, gridirons or pontoons;

Explosions on shipboard or elsewhere;

Breakdown of motor generators   ..

08 JUl 05 09:12a    Ier Ivision                    53110945              p.7

40

**NOTICE OF CLAIM**

When it becomes evident that any accident or occurrence could give rise to a claim under this Policy, prompt notice thereof shall be given to the Underwriters. — 112 / 113

**CHANGE OF OWNERSHIP**

In the event of any change, voluntary or otherwise, in the ownership or flag of the Vessel, or if the Vessel be placed under new management, or be chartered on a bareboat basis or requisitioned on that basis, or if the Classification Society of the Vessel or her class therein be changed, cancelled or withdrawn, then, unless the Underwriters agree thereto in writing, this Policy shall automatically terminate at the time of such change of ownership, flag, management, charter, requisition or classification; provided however, that: — 114 / 115 / 116 / 117

(a) if the Vessel has cargo on board and has already sailed from her loading port, or is at sea in ballast, such automatic termination shall, if required, be deferred until arrival at final port of discharge if with cargo, or at port of destination if in ballast; — 118 / 119

(b) in the event of an involuntary temporary transfer by requisition or otherwise, without the prior execution of a written agreement by the Assured, such automatic termination shall occur fifteen days after such transfer. — 120 / 121

This insurance shall not inure to the benefit of any transferee or charterer of the Vessel and, if a loss payable hereunder should occur between the time of change or transfer and any deferred automatic termination, the Underwriters shall be subrogated to all of the rights of the Assured against the transferee or charterer in respect of all or part of such loss as is recoverable from the transferee or charterer, and in the proportion which the amount insured hereunder bears to the Agreed Value. — 122 / 123 / 124 / 125

The term "new management" as used above refers only to the transfer of the management of the Vessel from one firm or corporation to another, and it shall not apply to any internal changes within the offices of the Assured. — 126 / 127

**WAR, STRIKES AND RELATED EXCLUSIONS**

The following conditions shall be paramount and shall supersede and nullify any contrary provisions of the Policy. — 128

This Policy does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence of: — 129

(a) Capture, seizure, arrest, restraint or detainment, or any attempt thereat; or — 130

(b) Any taking of the Vessel, by requisition or otherwise, whether in time of peace or war and whether lawful or otherwise; or — 131

(c) Any mine, bomb or torpedo not carried as cargo on board the Vessel; or — 132

(d) Any weapon of war employing atomic or nuclear fission and or fusion or other like reaction or radioactive force or matter; or — 133

(e) Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or piracy; or — 134

(f) Strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military or usurped power; or — 135

(g) Malicious acts or vandalism, unless committed by the Master or Mariners and not excluded elsewhere under this War Strikes and Related Exclusions clause; or — 136 / 137

(h) Hostilities or warlike operations (whether there be a declaration of war or not) but this subparagraph (h) not to exclude collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object, or stranding, heavy weather, fire or explosion unless caused directly by a hostile act or by against a belligerent power which act is independent of the nature of the voyage or service which the Vessel concerned or, in the case of a collision, any other vessel involved therein, is performing. As used herein "power" includes any authority maintaining naval, military or air forces in association with a power. — 138 / 139 / 140 / 141 / 142

If war risks or other risks excluded by this clause are hereafter insured by endorsement on this Policy, such endorsement shall supersede the above conditions only to the extent that the terms of such endorsement are inconsistent therewith and only while such endorsement remains in force. — 143 / 144

07 Jul 05 02:52p    Te   vision              5311034S              p.1

41

10/11/2003

INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE

This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith

1.    In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from

1.1    ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel

1.2    the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof

1.3    any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter

1.4    the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter.   The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes

1.5    any chemical, biological, bio-chemical, or electromagnetic weapon.

CL 370...

07 Jul 05 02:52p    Te: vision    53110346    p.2

42

## U.S.A. & CANADA ENDORSEMENT FOR THE
## INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL,
## BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS
## EXCLUSION CLAUSE 10/11/03

This policy is subject to the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical And Electromagnetic Weapons Exclusion Clause 10/11/03 (RACCBE). The inclusion of RACCBE in this policy is material to underwriters' willingness to provide coverage at the quoted terms, conditions and rates.

It is the intent of the parties to give maximum effect to RACCBE as permitted by law.

In the event that any portion of RACCBE may be found to be unenforceable in whole or in part under the law of any state, territory, district, commonwealth or possession of the U.S.A., or any province or territory of Canada, the remainder shall remain in full force and effect under the laws of that state, territory, district, commonwealth or possession, province or territory. Further, any such finding shall not alter the enforceability of RACCBE under the laws of any other state, territory, district, commonwealth or possession of the U.S.A., or any province or territory of Canada, to the fullest extent permitted by applicable law.

USCAN B
29/01/04

07 Jul 05 02:52p    Tel: Vision    59110945    p.9

4 3

## INSTITUTE SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of the Underwriters severally subscribing this insurance (the Underwriters) to pay any amount claimed to be due hereunder, the Underwriters, at the request of the Assured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America.

Notwithstanding any provision elsewhere in this insurance relating to jurisdiction, it is agreed that the Underwriters have the right to commence an action in any court of competent jurisdiction in the United States of America, and nothing in this clause constitutes or should be understood to constitute a waiver of the Underwriter's rights to remove an action to a United States Federal District Court or to seek remand therefrom or to seek a transfer of any suit to any other court of competent jurisdiction as permitted by the laws of the United States of America or any state therein.

Subject to the Underwriters' rights set forth above:

(a)    It is further agreed that the Assured may serve process upon any senior partner in the firm of:
    MENDES & MOUNT (Attorneys), 750 Seventh Avenue, New York, N.Y. 10016

(b)    The above named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Assured to give a written undertaking to the Assured that they will enter a general appearance upon the Underwriters' behalf in the event such a suit shall be instituted.

(c)    The right of the Assured to bring suit as provided herein shall be limited to a suit brought in its own name and for its own account. For the purpose of suit as herein provided the word Assured includes any mortgagee under a ship mortgage which is specifically named as a loss payee in this insurance and any person succeeding to the rights of any such mortgagee.

(d)    Further, pursuant to any statute of any state, territory or district of the United States of America which makes provision therefor, Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office (the Officer), as their true and lawful attorney upon whom may be served any lawful process in any action, suit of proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above named as the person to whom the Officer is authorized to mail such process or a true copy thereof.

If this clause is attached to a contract of reinsurance the terms insurance and Assured shall mean reinsurance and Reassured respectively.

CL. 355

07 Jul 05 02:52p    Te    1v1s1on    59110345    p.4

44

10/11/03

## INSTITUTE CYBER ATTACK EXCLUSION CLAUSE

1.1    Subject only to clause 1.2 below, in no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus or process or any other electronic system.

1.2    Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, Clause 1.1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

CL 380

07 Jul 05 02:59p     Re:   Vision                          53110945                    p.1

45

10/11/2003

INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-
CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE

This clause shall be paramount and shall override anything contained in this insurance
inconsistent therewith

1.      In no case shall this insurance cover loss damage liability or expense directly or indirectly
        caused by or contributed to by or arising from

        1.1     ionising radiations from or contamination by radioactivity from any nuclear fuel or
                from any nuclear waste or from the combustion of nuclear fuel

        1.2     the radioactive, toxic, explosive or other hazardous or contaminating properties of
                any nuclear installation, reactor or other nuclear assembly or nuclear component
                thereof

        1.3     any weapon or device employing atomic or nuclear fission and/or fusion or other like
                reaction or radioactive force or matter

        1.4     the radioactive, toxic, explosive or other hazardous or contaminating properties of
                any radioactive matter.  The exclusion in this sub-clause does not extend to
                radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared,
                carried, stored, or used for commercial, agricultural, medical, scientific or other
                similar peaceful purposes

        1.5     any chemical, biological, bio-chemical, or electromagnetic weapon.

CL 370...

46

## U.S.A. & CANADA ENDORSEMENT FOR THE
## INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL,
## BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS
## EXCLUSION CLAUSE 10/11/03

This policy is subject to the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical And Electromagnetic Weapons Exclusion Clause 10/11/03 (RACCBE). The inclusion of RACCBE in this policy is material to underwriters' willingness to provide coverage at the quoted terms, conditions and rates.

It is the intent of the parties to give maximum effect to RACCBE as permitted by law.

In the event that any portion of RACCBE may be found to be unenforceable in whole or in part under the law of any state, territory, district, commonwealth or possession of the U.S.A., or any province or territory of Canada, the remainder shall remain in full force and effect under the laws of that state, territory, district, commonwealth or possession, province or territory. Further, any such finding shall not alter the enforceability of RACCBE under the laws of any other state, territory, district, commonwealth or possession of the U.S.A., or any province or territory of Canada, to the fullest extent permitted by applicable law.

USCAN B
29/01/04

47

10/11/03

## INSTITUTE CYBER ATTACK EXCLUSION CLAUSE

1.1   Subject only to clause 1.2 below, in no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus or process or any other electronic system.

1.2   Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, Clause 1.1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

CL 380

07 Jul 05 03:00p    Textinion                    S3110345                    p.4

48

# BENFIELD ↗

Alliance Marina Risk Managers Inc                    **Cover Note No**
1400 Old Country Road                                 A5BGYP084
Suite 307
Westbury                                              **Contact**
N.Y. 11590                                            Anette Stople
USA
                                                      31st May, 2005

## Cover Note

In accordance with your instructions, we have effected the following insurance. Please carefully examine the terms, conditions and security shown on this Cover Note. If the cover does not comply with your requirements or the security is unacceptable, please notify us immediately.

| | |
|---|---|
| **Type** | Marine (P and I) |
| **Form** | MAR 01 |
| **Assured** | Varadam Foundation and/or Mr. Jaime Jalife. |
| **Additional Assured** | As Underlying policy. |
| **Vessel** | "MAMMA MIA" 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| **Period** | Twelve months at noon, 20th May, 2005. Local Standard Time. |
| **Limit** | Excess Protection & Indemnity, including Excess Uninsured Boaters. |
| | USD1,000,000 Any One Person or Any One Accident. |
| | Excess of |
| | USD1,000,000 Any One Person or Any One Accident. |
| **Sum insured** | 100% of limits |
| **Conditions** | As Underlying as far as applicable. Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03. U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (CL. 370 - 10/11/03) USCAN B 29/01/04. Institute Cyber Attack Exclusion Clause CL. 380 10/11/03. Warranted no known or reported losses as at 27th May, 2005. |
| **Premium** | USD780 in full, of which USD39 per annum and pro rata is in respect of U.S. Terrorism Risk Insurance Act – 2002, per the NMA 2969A and Extension Endorsement. |

Page 1 of 4

49

### U.S. Terrorism Risk Insurance Act of 2002 New & Renewal Business Endorsement

*This Endorsement is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002" as summarized in the disclosure notice.*

In consideration of an additional premium of US$39 paid, being for the period up to December 31, 2005, it is hereby noted and agreed with effect from inception that the Terrorism exclusion to which this insurance is subject, shall not apply to any "insured loss" directly resulting from any "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002" ("TRIA").

The coverage afforded by this Endorsement is only in respect of any "insured loss" of the type insured by this Insurance directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002". The coverage provided by this Endorsement shall expire at 12:00 midnight December 31, 2005, the date on which the TRIA Program is scheduled to terminate, and shall not cover any losses or events which arise after that date. The Terrorism exclusion, to which this Insurance is subject, applies in full force and effect to any other losses and any act or events that are not included in said definition of "act of terrorism".

This Endorsement only affects the Terrorism exclusion to which this Insurance is subject. All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

Furthermore the Underwriter(s) will not be liable for any amounts for which they are not responsible under the terms of the U.S. Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on the Underwriter's liability for payment for terrorism losses.

NMA2969A
25/11/04
Form approved by Lloyd's Market Association [Non-Marine]

**TRIA Extension Period Endorsement**

Notwithstanding that the coverage afforded by the NMA2969A expires at 12.00 midnight December 31, 2005, in the event that the TRIA program is extended then in consideration of an additional premium of US$39 per annum and pro rata paid, the expiry date of the coverage provided by the NMA2969A is amended to the earliest of either:

1.  The expiry of the Policy to which this clause attaches; or

2.  The date to which the TRIA program is extended.

All other terms and conditions remain unaltered.

Security

| | |
|---|---|
| 13.462% | M.C. Watkins and Others Syndicate No. 457 (WTK) |
| 13.461% | Liberty Syndicate Management Syndicate No 4472 (LIB) |
| 11.539% | Millennium Syndicate No. 1221 (MLM) |
| 11.538% | XL Brockbank Syndicate No. 1209 (XL) |
| 9.615% | Chaucer Syndicate No. 1084 (CSL) |
| 9.616% | Atrium Underwriting Syndicate No. 609 (AUW) |
| 9.615% | Aegis Energy Syndicate No. 1225 (AES) |
| 9.616% | Ace Underwriting Managing Agencies Limited Syndicate No. 2468 (AGM) |
| 11.538% | Talbot Underwriting Syndicate No. 1183 (TAL) |

100.000%

Yours faithfully
BENFIELD LIMITED

Authorised Signatory

Authorised Signatory

### DUTY OF DISCLOSURE

Every proposer when seeking new insurance or renewing an existing policy must disclose any information which might influence the underwriters in deciding whether or not to accept the risk, what the terms should be, or what premiums to charge. Insurance contracts being subject to a duty of the utmost good faith, failure to make full disclosure may render the insurance voidable from inception and entitle the underwriters to repudiate liability.

This cover note is our advice to you that a contract of insurance has been effected with the underwriters shown using the information which you have provided or agreed.

Please examine this cover note carefully to confirm that cover has been arranged in accordance with your requirements and that the security shown is acceptable. If not, please advise us immediately. This risk may have been placed under a Benfield Limited facility.

07 Jul 05 03:13p    Textiv_ion                     53110345                    p.1

52

# BENFIELD
↗

Allance Marine Risk Managers, Inc.
1400 Old Country Road, Suite 307
Westbury
New York 11590
U.S.A.

31 May 2005

POLICY NUMBER:    A5BGLY170

ASSURED:          Varadam Foundation and/or Mr. Jaime Jalife

PERIOD:           Twelve months with effect from 20th May 2005

INTEREST:         Hull & Machinery

### Addendum Number:   1

In accordance with your instructions, we have effected the following amendment to the above captioned insurance. Please notify us immediately should the modified basis of cover not comply with your requirements.

We confirm having obtained Underwriters' agreement to the following

"MAMMA MIA"

It is hereby noted and agreed, effective inception, navigating limits hereon are amended to read as follows :-

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti.
Warranted not south of the Tropic of Cancer between 1st June and 31st October inclusive.

New Annual Rates : Hull : 0.95 % Cancelling Returns Only
                    I/V :  0.375 % Cancelling Returns Only

It is further noted and agreed, effective inception, the number of full-time paid crewmembers covered hereon is increased from three (3) to four (4).

Additional Premium : USD500 in full.

53

**BENFIELD**

All other terms and conditions remaining unaltered.

Subject otherwise to the terms, clauses and conditions of the above mentioned Cover Note.

Yours faithfully
BENFIELD LTD

Authorised Signatory                           Authorised Signatory

Please examine this addendum carefully and if the amendments to cover are not in accordance with your requirements and/or if there has been a security change and the security stated herein is not acceptable please advise us immediately. The cautionary comments stated in our original cover note also apply to this addendum.

54

# BENFIELD

↗

Alliance Marine Risk Managers Inc
1400 Old Country Road
Suite 307
Westbury
N.Y. 11590
USA

Cover Note No
A56GLY170

Contact
Anette Slople

24th May, 2005

## Cover Note

In accordance with your instructions, we have effected the following insurance. Please carefully examine the terms, conditions and security shown on this Cover Note. If the cover does not comply with your requirements or the security is unacceptable, please notify us immediately.

| | |
|---|---|
| **Type** | Marine Hull. |
| **Form** | MAR 91 |
| **Assured** | Vanadam Foundation and/or Mr. Jaime Jalife. |
| **Additional Assured** | To be advised and agreed by Underwriters. |
| **Loss Payee** | To be advised and agreed by Underwriters. |
| **Vessel** | "MAMMA MIA" 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| **Period** | Twelve months at noon, 20th May, 2005, Local Standard Time. |
| **Interest** | Hull Machinery & Equipment valued: USD2,280,000 including personal effects valued total USD10,000; including Zodiac Projet 420 tender with 2001 70 h.p. Yamaha outboard valued total USD18,500; including electronics.<br>Increased Value: USD750,000<br>Protection & Indemnity USD1,000,000 Any One Person/Any One Accident.<br>Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident. (Including Named Assured).<br>Uninsured Boaters USD1,000,000 Any One Accident. |
| **Sum Insured** | 100% of Value and Limits. |
| **Order Hereon** | Hull, Machinery & Equipment; Increased Value; War Risks Hull : 100% of values and amounts.<br>Protection & Indemnity; Medical Payments; Uninsured Boaters; War Risks P&I : 100% of limits and amounts. |

55

**Conditions**

American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted.

Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111.

Warranted Private Pleasure use only.

Omnibus Clause amended to include a paid Master or a paid member of the crew of the Insured vessel while acting in their capacity as Captain and Crew of the insured vessel.

Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance.

This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any Government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of USD500,000.

Section "D" – Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured and signed onto the Yacht, ashore and afloat.

Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American Yacht Form R12.

Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the yacht.

Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found, without application of any deductible.

Uninsured Boaters Wording.

American Institute Hull War Risks Clauses dated 1st December, 1977 878-108 and Addendum dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht Form R.12. including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Deliberate Damage Clause 893CW00041.

War Protection and Indemnity Clause R.13 including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to current war risk trading warranties.

Personal Effects Clause 893CW00132.

American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175.

Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03.

U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (CL. 370 - 10/11/03) USCAN B 29/01/04.

Institute Cyber Attack Exclusion Clause CL. 380 10/11/03.

Cancelment Notice Clause 893CW00105.

Institute Service of Suit Clause (USA) CL. 355.

Including Master/Crew Endorsement 893CW00088.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.

Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:

a). towing to the nearest place where necessary repairs can be made;

b). delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.

The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.

56

Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured. U.S. Privacy Regulations Clause LSW1135A.

**Deductible**

USD30,000 as clauses; deductible in respect of Personal Effects USD100 as clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of Electronics, Communications and Navigation equipment USD5,000 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to insuring Underwriters.

Twelve months in-commission use.

**Navigating**

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Gulf of Mexico, the east coast of Mexico, Cancun, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti; thence trip to the west coast of Mexico via the Panama Canal; thence navigating Pacific coastal waters of Mexico and the U.S.A. including the Sea of Cortez until expiry.

**100% Premium**

Hull: 1.025 % Cancelling Returns Only.
I/V: 0.425 % Cancelling Returns Only.
Plus additional premium in respect of war risks: 0.05 % in full ( 0.005% being in respect of U.S. Terrorism Risk Insurance Act – 2002) on Total Sum insured USD3,010,000.
Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters, plus USD500 in full per full-time paid crewmember, plus USD250 in full per part-time paid crewmember.

**Information**

Coverage to include three (3) full-time paid crewmembers.

08 Jul 05 09:17a    Textiv; on    59110945    p.9

5 7

## STRIKES CLAUSES (INCLUDING VANDALISM) - HULLS - TIME

Subject always to the Exclusion hereinafter referred to, this Insurance also covers loss of or damage to the vessel caused by:-

(a)        Strikers, locked-out workmen or persons taking part in labour disturbances, riots or civil commotions;

(b)        Any terrorist or any person acting maliciously or from a political motive;

(c)        Vandalism.


## EXCLUSION

This Insurance excludes any claim for expenses arising from delay except such expenses as would be recoverable in principle in English Law and Practice under the York-Antwerp Rules 1974.

07 Jul 05 04:05p       Textiv       on                    S9110045                       P.1

59

## DELIBERATE DAMAGE CLAUSE

Subject to the conditions of this Policy, this insurance also covers loss of or damage to the Vessel directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard, or threat thereof, resulting directly from damage to the Vessel for which the Underwriters are liable under this Policy, provided such act of governmental authorities has not resulted from want of due diligence by the Assured, the Owners, or Managers of the Vessel or any of them to prevent or mitigate such hazard or threat. Masters, Officers, Crew or Pilots are not to be considered Owners within the meaning of this clause should they hold shares in the Vessel.

07 Jul 05 04.05p     Textiv   on              53110940              p.c

R13

### "WAR ETC." PROTECTION & INDEMNITY CLAUSE
### INCLUDING CONFISCATION & EXPROPRIATION

This Insurance is to cover in full (up to the amount of this policy in respect of any one occurrence but including costs as below in addition) such claims for Protection and Indemnity as per Clauses or Conditions of Protection and Indemnity Insurance and/or entry (with any Lloyd's Underwriters, Companies or Protection and Indemnity Associations) in connection with insured vessel, as are not and/or may not be recoverable under such insurance and/or entry by reason of any Clause or Clauses therein excluding capture, seizure, arrest, restraint or detainment confiscation, expropriation or the consequences thereof or any attempt thereof, hostilities, warlike operations or the consequences thereof whether there be a declaration of war or not, civil war, revolution, rebellion, insurrection or civil strife arising therefrom mines, torpedoes, bombs or other engines of war, piracy, strikes, lockout, political or labor disturbances, riots, civil commotions, military or usurped power or acts of persons acting maliciously, or any of them by reason of any conditions in such insurance and/or entry stating that the insured vessel shall be deemed to be entered in a "WAR RISKS ASSOCIATION".

Should the insurance and/or entry for Protection and Indemnity risks in connection with the insured vessel omit and/or exclude any of the protection granted by entry against all Protection and Indemnity risks with and/or under Hansen Yacht Form/G & M Yacht Form/R.12 Yacht Form/R.10 Yacht Form then for the purposes of this insurance such omitted and/or excluded protection shall be deemed to be included in such insurance and/or Club entry.

In the event of there being no insurance and/or Club entry against Protection and Indemnity risks it is agreed that for the purpose of this Clause the vessel shall be deemed to be entered for all Protection and Indemnity risks with and/or under Hansen Yacht Form/G & M Yacht Form/R.12 Yacht Form/R.10 Yacht Form.

Underwriters hereunder agree to waive any right they might have to disclosure of the terms of the insurance and/or Club entry against Protection and Indemnity risks.

All claims under this policy shall be paid in full and without deduction or franchise even though such claims might impliedly be subject to limit deduction or franchise by reason of the terms of the insurance and/or Club entry against Protection and Indemnity risks.

Any costs incurred, with the consent of the majority (in amount) of the Underwriters hereunder, in determining the liability of the Assured to any third party or of   any third-party (which expression shall include any other Underwriters) to the Assured or the Underwriters hereunder shall be payable by the latter without regard to any sum which may or may not be payable hereunder.

Underwriters liability under this Clause shall be limited to the amount insured hereunder any one accident or occurrence (including costs in addition) independently of all other claims arising hereunder.
Nevertheless these risks are subject to the Automatic Termination and Cancellation Provisions contained in the American Institute Hull War Risks and Strikes Clauses - December, 1 1977 including Addendum dated April 1, 1984.

07 Jul 05 04:40p    Textiv    on                    53110345                    P.1

61

11 August 2003

## WAR RISK TRADING WARRANTIES

**For use with Insurances on Vessels engaged in "World-Wide" Trade.**

1.   This coverage shall extend world-wide, but in the event of a vessel of craft insured hereunder sailing for, deviating towards, or being within the Territorial Waters of any of the Countries of places described in the Current Exclusions as set out below (including any port area that at the date of this notice constitutes part of such a country or place however it may hereafter be described) additional premium shall be paid at the discretion of Insurers hereon.

     Information of such voyage or deviation shall be given to Insurers as soon as practicable, and the absence of prior advice shall not affect the cover hereon.  In the event of the assured not requiring continuation of coverage for a vessel proceeding into or remaining with an excluded area, he shall so advise Insurers hereon before the commencement of such voyage, deviation or period, and it shall be at the Insurers' discretion whether and on what terms the Insurance shall be reinstated.

2.   **Current Exclusions**

     A)   Persian or Arabian Gulf and adjacent waters including the Gulf of Oman North of 24° N.
     B)   Angola (including Cabinda)
     C)   Israel
     D)   Lebanon
     E)   Libya (including Gulf of Sidra/Sirte)
     F)   Eritrea
     G)   Somalia
     H)   Congo, Democratic Republic of (formerly Zaire)
     I)   Liberia
     J)   Sri Lanka
     K)   Sierra Leone
     L)   Gulf of Aqaba and the Red Sea.
     M)   Republic of Yemen
     N)   Pakistan
     O)   Oman
     P)   Syria
     Q)   Algeria
     R)   Egypt
     S)   Indonesia excluding transiting vessels
     T)   Ivory Coast
     U)   Nigeria and the Bakassi Peninsular

62

7

## PERSONAL EFFECTS CLAUSE

It is hereby agreed that this Policy is extended, for the period stated hereunder, to cover the Personal Effects of the Assured and/or Assured's family and/or crew and/or passengers against all risks of whatsoever nature but excluding claims arising from;

1.    Damp, mould, mildew, moth, vermin, wear, tear and gradual deterioration.

2.    Breakages of articles of a brittle nature unless such is caused by burglars, thieves, fire, stress of weather, stranding, sinking or collision.

This cover only to operate whilst embarking/disembarking and on board, or used in connection with the insured vessel.

Total value to be insured USD 10,000 (Maximum value)

USD n/a any single article.

## AVERAGE CLAUSE

This insurance is subject to the conditions of average that is to say, if the property covered shall at the time of any loss be of greater value than the sum insured hereby, the Assured shall only be entitled to recover hereunder such proportion of the said loss as the sum insured bears to the total value of the said property.

## NON CONTRIBUTION CLAUSE

This insurance does not cover any loss or damage which at the time of the happening of such loss or damage is insured by or would but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

Subject to a deductible of USD 100 each and every loss.

63

## CANCELMENT NOTICE CLAUSE

Whereas (notwithstanding anything contained in this Policy to the contrary) credit has been given by BENFIELD LIMITED (hereinafter called the Brokers) for premium due to them hereon it is hereby agreed between the Assured and the Brokers that in the event of the premium or any instalment thereof not having been received by the Brokers as soon as it has become due to them and/or in the event of the Assured not having paid the premium or any instalment thereof prior to the expiry of the five days hereinafter mentioned the Brokers are hereby authorised by the Assured on the expiry of the five days from dispatch to the Assured of a telegram demanding payment to cancel risk under this Policy from expiry of the aforesaid five days or from any later date at the sole discretion of the Brokers and on such cancellation the Underwriters shall not be responsible for accidents that can be proved to have happened after such cancellation and the Brokers may collect and retain any return premium hereon. In such case Underwriters hereby agree to cancel and return to the Brokers any premium that may have been already received by the Underwriters in excess of pro-rata premium up to cancelling date or if the premium shall not then have been paid to the Underwriters they shall receive from the Brokers the balance of premium up to the said cancelling date. This clause shall not prejudice or affect the Brokers lien on this policy for any amount remaining due to them whether in connection with this Policy or otherwise or any right of the Brokers against the Assured.

## SEVERAL LIABILITY NOTICE

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscriptions of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

LSW 1001 (Insurance).

## MASTER/CREW ENDORSEMENT

The inclusion of the Master and/or Crew of the insured vessel as an additional assured under the Protection and Indemnity section of this policy, shall not affect their rights against any other named assured in this policy, nor will it affect any named assured's right of recovery under the terms of this insurance for any claim made by them or indemnification for any claim made against them.

07 Jul 05 04:41p    Textit    an                 53110345                    p.5

65

## LLOYD'S PRIVACY POLICY STATEMENT

### UNDERWRITERS AT LLOYD'S, LONDON

We, the Certain Underwriters at Lloyd's, London that have underwritten this insurance want you to understand how we protect the confidentiality of non-public personal information we collect about you.

### INFORMATION WE COLLECT

We collect non-public personal information about you from the following sources:

(a) Information we receive from you on applications or other forms;

(b) Information about your transactions with our affiliates, others or us; and

(c) Information we receive from a consumer-reporting agency.

### INFORMATION WE DISCLOSE

We do not disclose any non-public personal information about you to anyone except as is necessary in order to provide our products or services to you or otherwise as we are required or permitted by law (e.g., a subpoena, fraud investigation, regulatory reporting, etc.).

### CONFIDENTIALITY AND SECURITY

We restrict access to non-public personal information about you to our employees, our affiliates' employees or others who need to know that information to service your account. We maintain physical, electronic, and procedural safeguards to protect your non-public personal information.

### RIGHT TO ACCESS OR CORRECT YOUR PERSONAL INFORMATION

You have a right to request access to or correction of your personal information in our possession.

### CONTACTING US

If you have any questions about this privacy statement or would like to learn more about how we protect your privacy, please contact the agent/broker who handled this insurance. A more detailed statement of our information privacy practices is available upon request.

08/02
LSW1135A