IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS :
UNDERWRITING AT LLOYD'S :
SEVERALLY SUBSCRIBING TO :
POLICY NO. A5BGLY170 :
 :
v. : Case No. 1:05-cv-00413-SLR
 :
VARADAM FOUNDATION and :
JAIME JALIFE :

**MOTION FOR EXTENSION OF TIME TO
FILE MOTIONS FOR SUMMARY JUDGMENT**

Defendants, Varadam Foundation and Jaime Jalife, respectfully move this Court to extend the deadline for filing motions for summary judgment and state as grounds the following:

1. The deadline to file motions for summary judgment is June 30, 2007 [DE 28].

2. Defendants served a Request for Production upon the Plaintiffs on May 17, 2007.

3. Just this morning, Defendants finally received a response. .

4. Mediation was completed on June 18, 2007 resulting in an adjournment, pending some further discovery.

5. Discovery issues remain outstanding and counsel have agreed to proceed with the discovery matters, which consists of depositions.

6. Defendants believe the case will become ripe for summary judgment after this discovery is taken and therefore request a limited extension.

7. Counsels have conferred and agreed to move forward with the outstanding discovery but defense counsel has not received a response as to whether the Plaintiffs agree with extending the time for summary judgment.

8. Defendants will supplement this motion when said response from Plaintiffs' counsel is received indicating whether this motion is opposed.

WHEREFORE, Defendants respectfully move this Court to extend the time to file the motions for summary judgment.

Date: June 29, 2007                     Respectfully Submitted,

                                        RAWLE & HENDERSON, LLP

                                        /s/ William J. Cattie, III  #953
                                        William J. Cattie, III – I.D. No. 953
                                        300 Delaware Ave., Suite 1015
                                        P.O. Box 588
                                        Wilmington, DE  19899
                                        (302) 778-1200