IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS
UNDERWRITING AT LLOYD'S
SEVERALLY SUBSCRIBING TO
POLICY NO. A5BGLY170

v.   Case No. 1:05-cv-00413-SLR

VARADAM FOUNDATION and
JAIME JALIFE

## ORDER

**THIS CAUSE** is before the Court upon Defendants' Motion for Extension of Time to file motions for summary judgment. Upon review of the motion and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Extension of Time to file motions for summary judgment is **GRANTED**. The parties shall have until _____, 2007 to file the motions for summary judgment.

**DONE AND ORDERED** in Chambers, at Wilmington, Delaware, this ____ day of June, 2007.

_____
SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE