**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS | ) | |
| UNDERWRITING AT LLOYD'S, | ) | |
| SEVERALLY SUBSCRIBING TO | ) | Civ. No. 05-413-SLR |
| Policy No. A5BGLY170, | ) | (Lead Case) |
|     Plaintiffs, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| VARADAM FOUNDATION | ) | |
| and JAIME JALIFE | ) | |
|     Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION**
**TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**TO FILE MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs, ACE Capital and other participating Underwriters and Insurers, severally

subscribing to Policy No. A5BGLY170, file this Memorandum in Opposition to Defendants'

Motion for Extension of Time to File Motions for Summary Judgment (D.I. 34).

The deadlines for discovery and for the filing of Motions for Summary Judgment as

delineated in the Court's Scheduling Order (D.I. 28) were May 31, 2007 and June 30, 2007,

respectively.  Defendants seek an extension of time to file motions for summary judgment

purportedly based on "discovery issues which remain outstanding."  However, Defendants did

not move the Court for an extension of the discovery deadline and although Defendants did

indicate at the mediation session that they wished to take additional discovery, there was no

agreement reached with Plaintiffs in this regard, and indeed Plaintiffs advised that they would be

PBH: 191299.1

moving for summary judgment and did not believe that any additional discovery was warranted inasmuch as the case could be decided by the Court as a matter of law.

Fundamentally, Defendants do not establish that additional discovery would be material to the breach of warranty issue raised in Plaintiffs' Motion for Summary Judgment. The breach of warranty issue is dispositive of the case, and is based on an undisputed admission of fact as to the location of the vessel at the time of the loss. Therefore, Plaintiffs respectfully submit that the matter is ripe for adjudication at this time and that any additional discovery will not alter the undisputed facts supporting Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By:    /s/ Michael B. McCauley
      Michael B. McCauley (ID 2416)
      1223 Foulk Road
      Wilmington, DE 19803
      (302) 594-0895
      (302) 478 7625 (fax)
      mccauley@pbh.com


Of counsel:

Michael J. Maginnis
José R. Cot
Maginnis & Hurley, APLC
One Canal Place
365 Canal Street, Suite 2750
New Orleans, LA 70130
(504) 524-5353
(504) 524-5403 (fax)

Attorneys for Plaintiffs Ace Capital et al.

PBH: 191299.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, the foregoing Memorandum in Opposition to Defendants' Motion for Extension of Time was filed via CM/ECF, which will send notification to:

William J. Cattie, III, Esq.
wcattie@rawle.com
amhiggins@rawle.com
mbaio@rawle.com
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
Attorneys for Defendants

I further certify that on this same date a true and correct copy of the foregoing was served by overnight courier to the following non-registered participant:

Scott A. Wagner, Esq.
Moore & Co., P.A.
355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134


    /s/ Michael B. McCauley

PBH: 191299.1