IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170 | : : : : : |
| v. | :     Case No. 1:05-cv-00413-SLR |
| VARADAM FOUNDATION and JAIME JALIFE | : : : |

### DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants, Varadam Foundation and Jaime Jalife, respectfully move this Court to extend the deadline for filing their Response to Plaintiffs' Motion for Summary Judgment filed on June 29, 2007 and state as grounds the following:

1. The deadline to file motions for summary judgment was June 30, 2007 [DE 28].

2. As the Court is aware, Defendants served a Request for Production upon the Plaintiffs on May 17, 2007, with responses being received on June 29, 2007, the day before the motion deadline.

3. As a result of the production and in light of outstanding discovery issues, to include depositions that the parties agreed to conduct, a Motion for Extension of Time to File Motions for Summary Judgment was filed by counsel for the defendants on June 29, 2007. [DE 34].

4. As of the date of this motion, the Court has not ruled upon the previously filed Motion for Extension of Time to File Motions for Summary Judgment.

5. On June 29, 2007, Plaintiffs' filed their Motion for Summary Judgment [DE 32] and Brief in Support of Plaintiffs' Motion for Summary Judgment. [DE 33].

6. Pursuant to the scheduling order, the deadline for responding to the Motion and Brief is July 19, 2007.

7. In light of the above noted discovery issues and lead counsel for Defendants' involvement in another matter in which trial is scheduled to begin on Monday July 23, 2007, Defendants respectfully request an extension of the deadline to respond to Plaintiffs' motion until July 30, 2007.

8. Defendants' counsel has conferred with Plaintiffs' counsel regarding the request set forth in this motion. Plaintiffs' counsel has indicated that they do not oppose the relief requested.

WHEREFORE, Defendants respectfully move this Court to extend the time to file their Response to Plaintiffs' Motion for Summary Judgment.

Date: July 19, 2007

Respectfully Submitted,

RAWLE & HENDERSON, LLP

/s/ William J. Cattie, III  #953
William J. Cattie, III – I.D. No. 953
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200