IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS
UNDERWRITING AT LLOYD'S
SEVERALLY SUBSCRIBING TO
POLICY NO. A5BGLY170

v.                                           Case No. 1:05-cv-00413-SLR

VARADAM FOUNDATION and
JAIME JALIFE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic filing on July 19, 2007, to all parties per the following service list:

Michael T. Moore
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

Michael B. McCauley
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803

Michael J. Maginnis, T.A.
Jose J. Cot
Maginnis & Hurley, APLC
365 Canal Street, Suite 2750
New Orleans, LA 70130

RAWLE & HENDERSON, LLP

/s/ William J. Cattie, III  #953
William J. Cattie, III – I.D. No. 953
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200