IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS  :
UNDERWRITING AT LLOYD'S :
SEVERALLY SUBSCRIBING TO :
POLICY NO. A5BGLY170 :
  :
v. : Case No. 1:05-cv-00413-SLR
  :
VARADAM FOUNDATION and :
JAIME JALIFE :

## ORDER

**THIS CAUSE** is before the Court upon Defendants' Motion for Extension of Time to file Response to Plaintiffs' Motion for Summary Judgment. Upon review of the motion and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Extension of Time to file Response to Plaintiffs' Motion for Summary Judgment is **GRANTED.** The Defendants shall have until _____, 2007 to file the motions for summary judgment.

**DONE AND ORDERED** in Chambers, at Wilmington, Delaware, this \_\_\_\_ day of July, 2007.

_____
SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE