UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S, SEVERALLY SUBSCRIBING TO Policy No. A5BGLY170,<br>    Plaintiffs,<br><br>vs.<br><br>VARADAM FOUNDATION and JAIME JALIFE<br>    Defendants. | Civ. No. 05-413-SLR<br>(Lead Case) |

## STIPULATION TO AMEND CAPTION

It is hereby stipulated and agreed, by and through undersigned counsel, as follows:

1. The caption of this action is amended to read:

   **ACE CAPITAL AND OTHER PARTICIPATING UNDERWRITERS AND INSURERS SEVERALLY SUBSCRIBING TO Policy No. A5BGLY170,**
       **Plaintiffs,**

   vs.

   **VARADAM FOUNDATION**
   **and JAIME JALIFE**
       **Defendants.**

2. All prior references in this action to "ACE Capital and others Underwriting at Lloyd's Severally Subscribing to Policy No. A5BGLY170," "ACE Capital *et al.*", and "London Underwriters" are deemed modified so as to conform with the amended caption.

3. The Clerk of Court is directed to modify the official docket to reflect the amended caption.

1

Respectfully submitted,

| PALMER BIEZUP & HENDERSON LLP | RAWLE & HENDERSON |
|---|---|
| By: *Michael B. McCauley* (signature)<br>Michael B. McCauley (ID 2416)<br>1223 Foulk Road<br>Wilmington, DE 19803<br>(302) 594-0895<br>mccauley@pbh.com<br>Attorneys for ACE Capital and<br>Other Participating Underwriters<br>and Insurers Severally Subscribing<br>to Policy No. A5BGLY170 | By: (signature)<br>William J. Cattie, III (ID 953)<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801<br>(302) 654-0500<br>wcattie@rawle.com<br>Attorneys for Varadam Foundation<br>and Jaime Jalife |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2