

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**   April 12, 2002

**TO:**   Keith Tait
Benfield Greig

**FROM:**   Fredric A. Silberman

**RE:**   Varadam Foundation
M/Y "MAMMA MIA"
K679601CI274 & K679701CI274

**Number of pages including cover sheet:**   **1**

---

Dear Keith:

The captioned policies will renew on 20 May 2002. The assured has requested the following changes to coverage:

1. Hull value increased from $2,800,000 to $3,000,000 (due to addition of extensive electronics, etc.)

2. Deductible reduced from 1% to .5%. Note: the owner, Mr. Jaliffe, is a business partner of Mr. Rafael Cababie, owner of "ANDIAMO", currently insured under Cover Note A2BGYC051 (Las Olas, Inc.). Mr. Cababie also owns a one year older 80' Azimut valued $3,000,000 with a .5% deductible.

Navigation will be East Coast U.S., Bahamas, Caribbean and probably a Dockwise transit through canal and hence navigating Pacific coast of Mexico and U.S.A.

Please quote at your earliest.

Thanks and best regards,

Fredric A. Silberman

**EXHIBIT**

**F**

FLORIDA: 901 S.E. 17th Street, Suite 209. Ft. Lauderdale, FL 33316 • (954) 522-7755 • (800) 441-7755 • Fax (954) 522-7765

# B.

## BENFIELD GREIG

Alliance Marine Risk Managers, Inc.
1400 Old Country Road, Suite 307
Westbury
New York 11590
U.S.A.

Our Ref:      RPW
Contract No: A2BGYC094

29 May 2002

### Cover Note

In accordance with your instructions, we have effected the following insurance:

Type:        Marine Hull.

Form:        MAR 91

Assured:     Varadam Foundation and/or Mr. Jaime Jalife.

Vessel:      "MAMMA MIA" 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots.

Period:      Twelve months at noon, 20th May, 2002, Local Standard Time.

Interest:    Hull Machinery & Equipment valued: USD2,260,000 including personal effects valued total USD10,000; including tenders & outboards/watercraft valued to be advised; including electronics.
Increased Value:  USD750,000
Protection & Indemnity USD1,000,000 Any One Person/Any One Accident.
Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident.
(Including Named Assured).
Uninsured Boaters USD2,000,000 Any One Accident.

Sum Insured:  100% of Value and Limits.

Conditions:  American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted.
Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111.
Warranted Private pleasure use only.
Omnibus Clause amended to include a paid Master or a paid member of the crew of the insured vessel while acting in their capacity as Captain and Crew of the insured vessel.
Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance.

EXHIBIT

G

tables°

# B
## BENFIELD GREIG

**Conditions:**
**(continued)**

This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any Government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of USD500,000.

Section "D" - Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured and signed onto the Yacht, ashore and afloat.

Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American Yacht Form R12.

Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the yacht.

Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found, without application of any deductible.

Uninsured Boaters Wording.

American Institute Hull War Risks Clauses dated 1st December, 1977 87B-108 and Addendum dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht Form R.12. and extended to include claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Deliberate Damage Clause 893CW00041.

War Protection and Indemnity Clause R.13 extended to include claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to current war risk trading warranties.

Personal Effects Clause 893CW00132.

American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175.

Institute Radioactive Contamination Exclusion Clause (CL.356).

Cancelment Notice Clause 893CW00105.

Institute Service of Suit Clause (USA) CL 355.

Including Master/Crew Endorsement 893CW00088.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.

Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:

a. towing to the nearest place where necessary repairs can be made;

b. delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.

The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.

Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured.

It is hereby noted and agreed that vessel may be shipped as cargo

**B**

BENFIELD GREIG

**Conditions:**
**(continued)** and that such shipment shall be per Dockwise Yacht Transport and coverage hereon shall remain in force subject to the following terms and conditions:-
Subject to American Institute Cargo Clauses April 1966 32B-10 so far as they apply.
American Strikes, Riots and Civil Commotions Endorsement (Form No. 9) April 3 1980 87B-109B
Warranted cradled.
American Institute of War Risk only Open Policy (Cargo) 87B-110 February 5 1981.
General average and salvage charges payable as provided in the contract of affreightment. For the purpose of claims for general average contribution and salvage charges recoverable hereunder the subject matter insured shall be deemed to be insured for its full contributory value. General average deposits payable on production of general average receipts.
Institute Service of Suit Clause (U.S.A.) CL.355.
Institute Marine Policy General Provisions (Cargo) CL.269 1.10.82 with English Law and Practise Clause deleted.
American Classification Clause (893CW00025).
Including loading and unloading.
Provided that this insurance is renewed with the same Underwriters and upon receipt of written confirmation from the Assured that there are no claims attaching to this policy, it is agreed that there shall be payable at expiry a no claims bonus calculated at 5% of the current years premium paid by the Assured, after all adjustments for additional and/or return premiums.

**Deductible:** USD30,000 as clauses; deductible in respect of Personal Effects USD100 as Clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of electronics, communications and navigation equipment USD500 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to Insuring Underwriters.

Twelve months in-commission use.

**Navigating:** Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including the Bahamas and the Caribbean Sea, excluding Cuba, Colombia and Haiti; thence vessel to undertake trip to the west coast of Mexico via the Panama Canal, either under it's own power or as cargo aboard Dockwise Yacht Transport vessel; thence navigating Pacific coastal waters of U.S.A. and Mexico until expiry.

**Premium:** Hull: 0.825 % Cancelling Returns Only.
I/V:   0.375 % Cancelling Returns Only.
Plus additional premium in respect of War Risks coverage : 0.05% in full on Total Sum Insured USD3,010,000.
Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters plus USD250 in full per permanent paid crew member.

**Information:** Coverage to include three (3) permanent paid crew.

**B** .

## BENFIELD GREIG

### UNINSURED BOATER WORDING

Perils Insured Against:

Underwriters will pay the damages which, because of bodily injury received aboard your Yacht, you are legally entitled to recover from the uninsured owner or operator of another yacht.

"Uninsured Boater" and "Uninsured Owner or Operator" mean an owner or operator of a yacht other than the yacht named in this policy who is legally responsible for the accident, and;
a) to whom no liability policy applies; or
b) who cannot be identified (such as a hit and run operator).

Exclusions:

Underwriters do not provide Uninsured Boater coverage:
a) for claims settled without our written consent;
b) if the uninsured yacht is owned by governmental agency or unit;
c) for yachts owned by or furnished for the regular use of you, a member of your immediate family, or any person insured by this policy;
d) for an insured using a yacht without permission; or
e) when the yacht named in this policy is being chartered.
f) where no evidence of physical contact exists between your yacht and an unidentified yacht or where no evidence of physical contact exists between your yacht and an uninsured yacht.

This coverage will not apply directly or indirectly to the benefit of any insurer under any state or federal compensation law or act.

Payment made for this coverage to or for an insured person will reduce the amount that person is entitled to recover from the Liability coverage of this policy

Amount of Insurance:

The amount shown for Uninsured Boater Coverage on Policy Schedule is the most Underwriters will pay under this Insurance, regardless of the number of insured persons, claims made, or yachts involved in any one accident or series of accidents arising out of the same event.

**B** :
BENFIELD GREIG

R13

### "WAR ETC." PROTECTION & INDEMNITY CLAUSE
### INCLUDING CONFISCATION & EXPROPRIATION

This insurance is to cover in full (up to the amount of this policy in respect of any one occurrence but including costs as below in addition) such claims for Protection and Indemnity as per Clauses or Conditions of Protection and Indemnity Insurance and/or entry (with any Lloyd's Underwriters, Companies or Protection and Indemnity Associations) in connection with insured vessel, as are not and/or may not be recoverable under such insurance and/or entry by reason of any Clause or Clauses therein excluding capture, seizure, arrest, restraint or detainment confiscation, expropriation or the consequences thereof or any attempt thereat, hostilities, warlike operations or the consequences thereof whether there be a declaration of war or not, civil war, revolution, rebellion, insurrection or civil strife arising therefrom mines, torpedoes, bombs or other engines of war, piracy, strikes, lockout, political or labor disturbances, riots, civil commotions, military or usurped power or acts of persons acting maliciously, or any of them by reason of any conditions in such insurance and/or entry stating that the insured vessel shall be deemed to be entered in a "WAR RISKS ASSOCIATION".

Should the insurance and/or entry for Protection and Indemnity risks in connection with the insured vessel omit and/or exclude any of the protection granted by entry against all Protection and Indemnity risks with and/or under Hansen Yacht Form/G & M Yacht Form/R.12 Yacht Form/R.10 Yacht Form then for the purposes of this insurance such omitted and/or excluded protection shall be deemed to be included in such insurance and/or Club entry.

In the event of there being no insurance and/or Club entry against Protection and Indemnity risks it is agreed that for the purpose of this Clause the vessel shall be deemed to be entered for all Protection and Indemnity risks with and/or under Hansen Yacht Form/G & M Yacht Form/R.12 Yacht Form/R.10 Yacht Form.

Underwriters hereunder agree to waive any right they might have to disclosure of the terms of the insurance and/or Club entry against Protection and Indemnity risks.

All claims under this policy shall be paid in full and without deduction or franchise even though such claims might impliedly be subject to limit deduction or franchise by reason of the terms of the insurance and/or Club entry against Protection and Indemnity risks.

Any costs incurred, with the consent of the majority (in amount) of the Underwriters hereunder, in determining the liability of the Assured to any third party or of any third-party (which expression shall include any other Underwriters) to the Assured or the Underwriters hereunder shall be payable by the latter without regard to any sum which may or may not be payable hereunder.

Underwriters liability under this Clause shall be limited to the amount insured hereunder any one accident or occurrence (including costs in addition) independently of all other claims arising hereunder.
Nevertheless these risks are subject to the Automatic Termination and Cancellation Provisions contained in the American Institute Hull War Risks and Strikes Clauses - December, 1 1977 including Addendum dated April 1, 1984.

**B**
## BENFIELD GREIG

17 September 2001

### WAR RISK TRADING WARRANTIES

#### For use with Insurances on Vessels engaged in "World-Wide" Trade.

1.  This coverage shall extend world-wide, but in the event of a vessel of craft insured hereunder sailing for, deviating towards, or being within the Territorial Waters of any of the Countries of places described in the Current Exclusions as set out below (including any port area that at the date of this notice constitutes part of such a country or place however it may hereafter be described) additional premium shall be paid at the discretion of insurers hereon.

    Information of such voyage or deviation shall be given to insurers as soon as practicable, and the absence of prior advice shall not affect the cover hereon.  In the event of the assured not requiring continuation of coverage for a vessel proceeding into or remaining with an excluded area, he shall so advice insurers hereon before the commencement of such voyage, deviation or period, and it shall be at the insurers' discretion whether and on what terms the insurance shall be reinstated.

2.  **Current Exclusions**

    A) Persian or Arabian Gulf and adjacent waters including the Gulf of Oman North of 24° N.
    B) Angola (including Cabinda)
    C) Israel
    D) Lebanon
    E) Libya (including Gulf of Sidre/Sirte)
    F) Eritrea
    G) Somalia
    H) Congo, Democratic Republic of (formerly Zaire)
    I) Liberia
    J) Sri Lanka
    K) Sierra Leone
    L) Yugoslavia, Federal Republic of (Serbia & Montenegro)
    M) Gulf of Aqaba and the Red Sea.
    N) Yemen / Peoples Republic of Yemen (North and South Yemen)
    O) Pakistan
    P) Oman
    Q) Syria
    R) Algeria
    S) Egypt

**B**

## BENFIELD GREIG

### PERSONAL EFFECTS CLAUSE

It is hereby agreed that this Policy is extended, for the period stated hereunder, to cover the Personal Effects of the Assured and/or Assured's family and/or crew and/or passengers against all risks of whatsoever nature but excluding claims arising from:

1.  Damp, mould, mildew, moth, vermin, wear, tear and gradual deterioration.

2.  Breakages of articles of a brittle nature unless such is caused by burglars, thieves, fire, stress of weather, stranding, sinking or collision.

This cover only to operate whilst embarking/disembarking and on board, or used in connection with the insured vessel.

Total value to be insured USD 10,000 (Maximum value)

USD n/a any single article.

### AVERAGE CLAUSE

This insurance is subject to the conditions of average that is to say, if the property covered shall at the time of any loss be of greater value than the sum insured hereby, the Assured shall only be entitled to recover hereunder such proportion of the said loss as the sum insured bears to the total value of the said property.

### NON CONTRIBUTION CLAUSE

This insurance does not cover any loss or damage which at the time of the happening of such loss or damage is insured by or would but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

Subject to a deductible of USD 100 each and every loss.

**B**
BENFIELD GREIG

### CANCELMENT NOTICE CLAUSE

Whereas (notwithstanding anything contained in this Policy to the contrary) credit has been given by BENFIELD GREIG LIMITED (hereinafter called the Brokers) for premium due to them hereon it is hereby agreed between the Assured and the Brokers that in the event of the premium or any instalment thereof not having been received by the Brokers as soon as it has become due to them and/or in the event of the Assured not having paid the premium or any instalment thereof prior to the expiry of the five days hereinafter mentioned the Brokers are hereby authorised by the Assured on the expiry of the five days from dispatch to the Assured of a telegram demanding payment to cancel risk under this Policy from expiry of the aforesaid five days or from any later date at the sole discretion of the Brokers and on such cancellation the Underwriters shall not be responsible for accidents that can be proved to have happened after such cancellation and the Brokers may collect and retain any return premium hereon.  In such case Underwriters hereby agree to cancel and return to the Brokers any premium that may have been already received by the Underwriters in excess of pro-rata premium up to cancelling date or if the premium shall not then have been paid to the Underwriters they shall receive from the Brokers the balance of premium up to the said cancelling date.  This clause shall not prejudice or affect the Brokers lien on this policy for any amount remaining due to them whether in connection with this Policy or otherwise or any right of the Brokers against the Assured.

### SEVERAL LIABILITY NOTICE

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions.  The subscribing insurers are not responsible for the subscriptions of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

LSW 1001 (Insurance).

# B

## BENFIELD GREIG

Security:

| | |
|---|---|
| Ace Global Markets Syndicate No. 2488 (AGM) | 81.000% |
| AXIS Specialty Limited, Bermuda | 15.000% |
| J.D. Robinson and Others Syndicate No. 958 (GSC) | 4.000% |
| | -------- |
| | 100.000% |
| | -------- |

For and on behalf of
BENFIELD GREIG LIMITED

Authorised Signatory

E & O E

Authorised Signatory

**DUTY OF DISCLOSURE**

Every proposer when seeking new insurance or renewing an existing policy must disclose any information which might influence the underwriters in deciding whether or not to accept the risk, what the terms should be, or what premiums to charge. Insurance contracts being subject to a duty of the utmost good faith, failure to make full disclosure may render the insurance voidable from inception and entitle the underwriters to repudiate liability.

This cover note is our advice to you that a contract of insurance has been effected with the underwriters shown using the information which you have provided or agreed. The insurance contract is subject to all terms and conditions of the policy to be issued and in the event of any inconsistency between the policy and this cover note, the policy shall prevail.

Please examine this cover note carefully to confirm that cover has been arranged in accordance with your requirements and that the security shown is acceptable. If not, please advise us immediately. This risk may have been placed under a Benfield Greig Limited facility.



CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
RISK MANAGERS, INC.

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

1 7 APR 2003

**DATE:**   April 16, 2003

**TO:**   Keith Tait
Benfield Greig

**FROM:**   Fredric A. Silberman

**RE:**   Varadam Foundation &/or Jaime Jalife
M/Y "MAMMA MIA"
A2BGYC094 & A2BGYP074

**Number of pages including cover sheet:**   1

---

Dear Keith:

Captioned policy comes up for renewal 20 May 2003.

Please renew as expiring, but with Pacific coast navigation.

There have been no losses.

Best regards,

Fredric A. Silberman

EXHIBIT

tabbies'

H

FLORIDA: 901 S.E. 17th Street, Suite 209, Ft. Lauderdale, FL 33316 • (954) 522-7755 • (800) 441-7755 • Fax (954) 522-7765

# BENFIELD ↗

# **Facsimile**

| To: | Alliance Marine Risk Managers | From: | Keith Tait |
|---|---|---|---|
| Attention: | Fredric A. Silberman | Direct Telephone: | +44 [0]20 7712 8503 |
| Facsimile No: | 001 516 333 9529 | Direct Fax: | +44 [0]20 7578 7463 |
| Location: | New York, NY. | Email: | keith.tait@benfieldgroup.com |
| Date: | 17 April 2003 | Our Reference: | A2BGYC094 & A2BGYP074 |
| Message | | Total Pages: | 4 (including this page) |

**RE : Varadam Foundation and/or Mr. Jaime Jalife. : "MAMMA MIA" : 20th May renewal.**

Dear Fred,

Further to your fax dated 16th April.

Have noted the contents of your fax and have obtained Underwriters agreement to quote renewal with terms and conditions as per the attached.

Will await your further advices in due course.

Best regards,

Keith.

EXHIBIT

tabbies®

I

Benfield Limited is a member of the General Insurance Standards Council

If you have not received the total number of pages or need assistance, please telephone the number below.

CONTRACT NO:                                                               875 BGG

**BENFIELD**

Type:            Marine Hull.

Form:            MAR 91 (Slip Policy).

Assured:         Varadam Foundation and/or Mr. Jaime Jalife.

Additional
Assured:         To be advised and agreed by Underwriters.

Loss Payee:      To be advised and agreed by Underwriters.

Vessel:          **"MAMMA MIA"** 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines.
                 M.D.S. 28 Knots.

Period:          Twelve months at noon, 20th May, 2003, Local Standard Time.

Interest:        Hull Machinery & Equipment valued: USD2,260,000 including personal effects valued total
                 USD10,000; including tenders & outboards/watercraft valued to be advised; including
                 electronics.
                 Increased Value: USD750,000
                 Protection & Indemnity USD1,000,000 Any One Person/Any One Accident.
                 Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident.
                 (Including Named Assured).
                 Uninsured Boaters USD1,000,000 Any One Accident.

Sum Insured:     100% of Value and Limits.

Order hereon:    Hull, Machinery & Equipment; Increased Value; War Risks Hull : 100% of values
                 and amounts.
                 Protection & Indemnity; Medical Payments; Uninsured Boaters; War Risks P&I :
                 100% of limits and amounts.

Conditions:      American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted.
                 Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111.
                 Warranted Private Pleasure use only.
                 Omnibus Clause amended to include a paid Master or a paid member of the crew of the
                 insured vessel while acting in their capacity as Captain and Crew of the insured vessel.
                 Noted and agreed that in cases where the liability of the Assured shall be contested in any suit
                 or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs
                 as the Assured may incur as a result of such suit or action in addition to the applicable limits of
                 insurance coverage stated in the relevant Section(s) of this insurance.
                 This insurance does not cover any liability cost or expense arising in respect of fines penalties
                 punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty
                 assessed by any Government or agency thereof for damage to marine environment or pollution
                 to marine environment subject to a
                 maximum limit of USD500,000.
                 Section "D" - Medical Payments Insurance extended to include repatriation expenses and to
                 include captain and crew while in the employment of the Assured and signed onto the Yacht,
                 ashore and afloat.
                 Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American
                 Yacht Form R12.
                 Agreed provide cover for the act of any Governmental Authority or State Authority done for the
                 purpose of saving the yacht.
                 Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if
                 no damage be found, without application of any deductible.
                 Uninsured Boaters Wording.
                 American Institute Hull War Risks Clauses dated 1st December, 1977 87B-108 and Addendum
                 dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht

CONTRACT NO:                                                           875 BGG

Deliberate Damage Clause 893CW00041.

War Protection and Indemnity Clause R.13 including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to current war risk trading warranties.

Personal Effects Clause 893CW00132.

American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175.

Institute Extended Radioactive Contamination Exclusion Clause 1st November, 2002 (CL356A).

Institute Chemical, Biological, Bio-Chemical, Electromagnetic Weapons and Cyber Attack Exclusion Clause 1st November, 2002 (CL365).

Cancelment Notice Clause 893CW00105.

Institute Service of Suit Clause (USA) CL 355.

Including Master/Crew Endorsement 893CW00088.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.

Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:

a). towing to the nearest place where necessary repairs can be made;

b). delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.

The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.

Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured.

Deductible:       USD30,000 as clauses; deductible in respect of Personal Effects USD100 as clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of Electronics, Communications and Navigation equipment USD5,000 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to Insuring Underwriters.

                  Twelve months in-commission use.

Navigating:       Pacific coastal waters of the U.S.A. and Mexico, including the Sea of Cortez.

100% Premium:     Hull: 0.825 % Cancelling Returns Only.
                  I/V:  0.375 % Cancelling Returns Only.
                  Plus additional premium in respect of war risks: 0.05 % in full ( 0.005% being in respect of U.S. Terrorism Risk Insurance Act – 2002) on Total Sum Insured USD3,010,000.
                  Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters, plus USD500 in full per permanent paid crewmember.

Information:      Coverage to include three (3) permanent paid crew.

U.S. Classification : Non regulated.

CONTRACT NO:                                                         875    BGG

| | |
|---|---|
| <u>Type</u>: | Marine (Pandi) |
| <u>Form</u>: | MAR 91 (Slip Policy) |
| <u>Assured</u>: | Varadam Foundation and/or Mr. Jaime Jalife. |
| <u>Additional Assured</u>: | As Underlying policy. |
| <u>Vessel</u>: | **"MAMMA MIA"** 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| <u>Period</u>: | Twelve months at noon, 20th May, 2003, Local Standard Time. |
| <u>Limit</u>: | Excess Protection & Indemnity. |
| | USD2,000,000 Any One Person or Any One Accident. |
| | Excess of |
| | USD1,000,000 Any One Person or Any One Accident. |
| <u>Sum Insured</u>: | 100% of limits |
| <u>Conditions</u>: | As Underlying as far as applicable. |
| <u>Premium</u>: | USD1,450 in full, of which USD72.50 is applicable to U.S. Terrorism Risk Insurance Act - 2002. |

# BENFIELD

875 BGG

Policy No   A3B6LY110

Insured   *Varadam Foundation &/or Jaime Jalite*

Account

| Unique Market Reference |
|---|
| for Lloyd's use |
| for ILU use |
| for LIRMA use |

Policy No.

**EXHIBIT**

J

CONTRACT NO:                                                           875  BGG

## BENFIELD

Type:            Marine Hull.

Form:            MAR 91 (Slip Policy).

Assured:         Varadam Foundation and/or Mr. Jaime Jalife.

Additional
Assured:         To be advised and agreed by Underwriters.

Loss Payee:      To be advised and agreed by Underwriters.

Vessel:          **"MAMMA MIA"** 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines.
                 M.D.S. 28 Knots.

Period:          Twelve months at noon, 20th May, 2003, Local Standard Time.

Interest:        Hull Machinery & Equipment valued: USD2,260,000 including personal effects valued total
                 USD10,000; including tenders & outboards/watercraft valued to be advised; including
                 electronics.
                 Increased Value: USD750,000
                 Protection & Indemnity USD1,000,000 Any One Person/Any One Accident.
                 Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident.
                 (Including Named Assured).
                 Uninsured Boaters USD1,000,000 Any One Accident.

Sum Insured:     100% of Value and Limits.

Order hereon:    Hull, Machinery & Equipment; Increased Value; War Risks Hull : 100% of values
                 and amounts.
                 Protection & Indemnity; Medical Payments; Uninsured Boaters; War Risks P&I :
                 100% of limits and amounts.

Conditions:      American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted.
                 Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111.
                 Warranted Private Pleasure use only.
                 Omnibus Clause amended to include a paid Master or a paid member of the crew of the
                 insured vessel while acting in their capacity as Captain and Crew of the insured vessel.
                 Noted and agreed that in cases where the liability of the Assured shall be contested in any suit
                 or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs
                 as the Assured may incur as a result of such suit or action in addition to the applicable limits of
                 insurance coverage stated in the relevant Section(s) of this insurance.
                 This insurance does not cover any liability cost or expense arising in respect of fines penalties
                 punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty
                 assessed by any Government or agency thereof for damage to marine environment or pollution
                 to marine environment subject to a
                 maximum limit of USD500,000.
                 Section "D" - Medical Payments Insurance extended to include repatriation expenses and to
                 include captain and crew while in the employment of the Assured and signed onto the Yacht,
                 ashore and afloat.
                 Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American
                 Yacht Form R12.
                 Agreed provide cover for the act of any Governmental Authority or State Authority done for the
                 purpose of saving the yacht.
                 Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if
                 no damage be found, without application of any deductible.
                 Uninsured Boaters Wording.
                 American Institute Hull War Risks Clauses dated 1st December, 1977 87B-108 and Addendum
                 dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht

CONTRACT NO:                                                                875 BGG

> Deliberate Damage Clause 893CW00041.
> War Protection and Indemnity Clause R.13 including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.
> Subject to current war risk trading warranties.
> Personal Effects Clause 893CW00132.
> American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175.
> Institute Extended Radioactive Contamination Exclusion Clause 1st November, 2002 (CL356A).
> Institute Chemical, Biological, Bio-Chemical, Electromagnetic Weapons and Cyber Attack Exclusion Clause 1st November, 2002 (CL365).
> Cancelment Notice Clause 893CW00105.
> Institute Service of Suit Clause (USA) CL 355.
> Including Master/Crew Endorsement 893CW00088.
> Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.
> Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:
> a). towing to the nearest place where necessary repairs can be made;
> b). delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.
> The policy deductible does not apply to this coverage.
> Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.
> Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured.

Deductible:      USD30,000 as clauses; deductible in respect of Personal Effects USD100 as clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of Electronics, Communications and Navigation equipment USD5,000 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to Insuring Underwriters.

                 Twelve months in-commission use.

Navigating:      Pacific coastal waters of the U.S.A. and Mexico, including the Sea of Cortez.

100%
Premium:         Hull: 0.825 % Cancelling Returns Only.
                 I/V:  0.375 % Cancelling Returns Only.
                 Plus additional premium in respect of war risks: 0.05 % in full ( 0.005% being in respect of U.S. Terrorism Risk Insurance Act – 2002) on Total Sum Insured USD3,010,000.
                 Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters, plus USD500 in full per permanent paid crewmember.

Information:     Coverage to include three (3) permanent paid crew.

U.S. Classification : Non regulated.

All deductions including Brokerage : Less 25% plus tax if applicable.

mrwp\tait\jalife.2003



CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
RISK MANAGERS, INC.

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

— 8 APR 2004

**DATE:**    April 7, 2004

**TO:**    Keith Tait
Benfield Group

**FROM:**    Fredric A. Silberman

**RE:**    Varadam Foundation &/or Jaime Jalife
M/Y "MAMMA MIA"
A2BGYC094 & A3BGYP091

**Number of pages including cover sheet:**    1

───────────────────────────────────────────

Dear Keith:

Captioned Cover Notes will expire 20 May 2004.

There have been no losses.

Please renew with terms and conditions as expiring.

Thanks and best regards,

Fredric A. Silberman

**EXHIBIT**

**K**

FLORIDA: 901 S.E. 17th Street, Suite 209. Ft. Lauderdale, FL 33316 • (954) 522-7755 • (800) 441-7755 • Fax (954) 522-7785
NEWPORT: P.O. Box 239, Newport, RI 02840 • (401) 848-4500 • (800) 976-2676 • Fax (516) 333-9529

**BENFIELD** ↗

# Facsimile

| | | | |
|---|---|---|---|
| To: | **Alliance Marine Risk Managers** | From: | **Martin Green** |
| Attention: | **Fred Silberman** | Direct Telephone: | **+44 [0]207 712 8502** |
| Facsimile No: | **001 516 333 9529** | Direct Fax: | **+44 [0]207 578 7463** |
| Location: | **Westbury, New York** | Email: | **martin.green@benfieldgroup.com** |
| Date: | **9th April, 2004.** | Our Reference: | **A 3 BGLY 110 / A 3 BGYP 091** |
| | | Total Pages: **5** | (including this page) |
| Message | | | |

**RE : Varadam Foundation / Jaime Jalife : "MAMMA MIA" : 20th May rnwl.**

Further to your fax dated 7th April.

Can advise that we have now obtained some renewal terms under our Large Yacht Facility and our Excess P&I facility as requested and as attached.

We will now await your advices and instructions.

Best Regards,

Martin.

**EXHIBIT**

L

Benfield Limited is a member of the General Insurance Standards Council

If you have not received the total number of pages or need assistance, please telephone the number below.

CONTRACT NO:                                                                875 BEN

## BENFIELD

| | |
|---|---|
| **Type** | Marine Hull. |
| **Form** | MAR 91 |
| **Assured** | Varadam Foundation and/or Mr. Jaime Jalife. |
| **Additional Assured** | To be advised and agreed by Underwriters. |
| **Loss Payee** | To be advised and agreed by Underwriters. |
| **Vessel** | **"MAMMA MIA"** 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| **Period** | Twelve months at noon, 20th May, 2004, Local Standard Time. |
| **Interest** | Hull Machinery & Equipment valued: USD2,260,000 including personal effects valued total USD10,000; including Zodiac Projet 420 tender with 2001 70 h.p. Yamaha outboard valued total USD18,500; including electronics. <br> Increased Value: USD750,000 <br> Protection & Indemnity USD1,000,000 Any One Person/Any One Accident. <br> Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident. (Including Named Assured). <br> Uninsured Boaters USD1,000,000 Any One Accident. |
| **Sum Insured** | 100% of Value and Limits. |
| **Order Hereon** | Hull, Machinery & Equipment; Increased Value; War Risks Hull : 100% of values and amounts. <br> Protection & Indemnity; Medical Payments; Uninsured Boaters; War Risks P&I : 100% of limits and amounts. |
| **Conditions** | American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted. <br> Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111. <br> Warranted Private Pleasure use only. <br> Omnibus Clause amended to include a paid Master or a paid member of the crew of the insured vessel while acting in their capacity as Captain and Crew of the insured vessel. <br> Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance. <br> This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any Government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of USD500,000. <br> Section "D" - Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured and signed onto the Yacht, ashore and afloat. <br> Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American Yacht Form R12. <br> Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the yacht. <br> Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found, without application of any deductible. |

CONTRACT NO:                                                          875 BEN

American Institute Hull War Risks Clauses dated 1st December, 1977 87B-108 and Addendum dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht Form R.12. including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Deliberate Damage Clause 893CW00041.

War Protection and Indemnity Clause R.13 including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to current war risk trading warranties.

Personal Effects Clause 893CW00132.

American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175.

Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03.

U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (CL. 370 - 10/11/03) USCAN B 29/01/04.

Institute Cyber Attack Exclusion Clause CL. 380 10/11/03.

Cancelment Notice Clause 893CW00105.

Institute Service of Suit Clause (USA) CL 355.

Including Master/Crew Endorsement 893CW00088.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.

Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:

a). towing to the nearest place where necessary repairs can be made;

b). delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.

The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.

Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured.

U.S. Privacy Regulations Clause LSW1135A.

**Deductible**            USD30,000 as clauses; deductible in respect of Personal Effects USD100 as clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of Electronics, Communications and Navigation equipment USD5,000 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to Insuring Underwriters.

Twelve months in-commission use.

**Navigating**            Pacific coastal waters of the U.S.A. and Mexico, including the Sea of Cortez.

**100%**
**Premium**               Hull: 0.85 % Cancelling Returns Only.

IV: 0.375 % Cancelling Returns Only.

Plus additional premium in respect of war risks: 0.05 % in full ( 0.005% being in respect of U.S. Terrorism Risk Insurance Act – 2002) on Total Sum Insured USD3,010,000.

Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters, plus USD500 in full per permanent paid crewmember, plus USD250 in full per part-time paid crewmember.

CONTRACT NO:                                                    **875 BEN**

**Information**              Coverage to include three (3) permanent paid crew.

**U.S. Classification**      Non regulated.


Less 20 % commission to your office.


mrwp\tait\jalife.2004(email).doc

CONTRACT NO:                                                    875   BEN

| | |
|---|---|
| Type: | Marine (Pandi) |
| Form: | MAR 91 (Slip Policy) |
| Assured: | Varadam Foundation and/or Mr. Jaime Jalife. |
| Additional Assured: | As Underlying policy. |
| Vessel: | **"MAMMA MIA"** 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| Period: | Twelve months at noon, 20th May, 2004, Local Standard Time. |
| Limit: | Excess Protection & Indemnity, including Excess Uninsured Boaters. |
| | USD2,000,000 Any One Person or Any One Accident. |
| | Excess of |
| | USD1,000,000 Any One Person or Any One Accident. |
| Sum Insured: | 100% of limits |
| Conditions: | As Underlying as far as applicable. |
| Premium: | USD1,522 in full, of which USD76.10 is applicable to U.S. Terrorism Risk Insurance Act - 2002. |

Less 12 ½ % commission to your office.

mrwp\tait\jalife.xs.2004(email).doc



**BENFIELD**

IMAGE SCANNED &
DIGITALLY RECORDED

17 MAY 2004

BENFIELD LIMITED

Alliance Marine Risk Managers Inc
1400 Old Country Road
Suite 307
Westbury
N.Y. 11590
USA

**Cover Note No**
A4BGLY181

**Contact**
Anette Stople

13th May, 2004

# Cover Note

In accordance with your instructions, we have effected the following Insurance. Please carefully examine the terms, conditions and security shown on this Cover Note. If the cover does not comply with your requirements or the security is unacceptable, please notify us immediately.

| | |
|---|---|
| **Type** | Marine Hull. |
| **Form** | MAR 91 |
| **Assured** | Varadam Foundation and/or Mr. Jaime Jalife. |
| **Additional Assured** | To be advised and agreed by Underwriters. |
| **Loss Payee** | To be advised and agreed by Underwriters. |
| **Vessel** | **"MAMMA MIA"** 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| **Period** | Twelve months at noon, 20th May, 2004, Local Standard Time. |
| **Interest** | Hull Machinery & Equipment valued: USD2,260,000 including personal effects valued total USD10,000; including Zodiac Projet 420 tender with 2001 70 h.p. Yamaha outboard valued total USD18,500; including electronics.<br>Increased Value: USD750,000<br>Protection & Indemnity USD1,000,000 Any One Person/Any One Accident.<br>Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident. (Including Named Assured).<br>Uninsured Boaters USD1,000,000 Any One Accident. |
| **Sum Insured** | 100% of Value and Limits. |
| **Order Hereon** | Hull, Machinery & Equipment; Increased Value; War Risks Hull : 100% of values and amounts.<br>Protection & Indemnity; Medical Payments; Uninsured Boaters; War Risks P&I : 100% of limits and amounts. |

**EXHIBIT**

tabbies

M

**Conditions**

American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted.

Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111.

Warranted Private Pleasure use only.

Omnibus Clause amended to include a paid Master or a paid member of the crew of the insured vessel while acting in their capacity as Captain and Crew of the insured vessel.

Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance.

This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any Government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of USD500,000.

Section "D" - Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured and signed onto the Yacht, ashore and afloat.

Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American Yacht Form R12.

Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the yacht.

Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found, without application of any deductible.

Uninsured Boaters Wording.

American Institute Hull War Risks Clauses dated 1st December, 1977 87B-108 and Addendum dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht Form R.12. including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Deliberate Damage Clause 893CW00041.

War Protection and Indemnity Clause R.13 including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to current war risk trading warranties.

Personal Effects Clause 893CW00132.

American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175.

Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03.

U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (CL. 370 - 10/11/03) USCAN B 29/01/04.

Institute Cyber Attack Exclusion Clause CL. 380 10/11/03.

Cancelment Notice Clause 893CW00105.

Institute Service of Suit Clause (USA) CL 355.

Including Master/Crew Endorsement 893CW00088.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.

Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:

a). towing to the nearest place where necessary repairs can be made;

b). delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.

The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.

Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured. U.S. Privacy Regulations Clause LSW1135A.

**Deductible**

USD30,000 as clauses; deductible in respect of Personal Effects USD100 as clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of Electronics, Communications and Navigation equipment USD5,000 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to Insuring Underwriters.

Twelve months in-commission use.

**Navigating**

Pacific coastal waters of the U.S.A. and Mexico, including the Sea of Cortez.

**100% Premium**

Hull: 0.85 % Cancelling Returns Only.
I/V: 0.375 % Cancelling Returns Only.
Plus additional premium in respect of war risks: 0.05 % in full ( 0.005% being in respect of U.S. Terrorism Risk Insurance Act – 2002) on Total Sum Insured USD3,010,000.
Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters, plus USD500 in full per permanent paid crewmember, plus USD250 in full per part-time paid crewmember.

**Information**

Coverage to include three (3) permanent paid crew.



**STRIKES CLAUSES (INCLUDING VANDALISM) - HULLS - TIME**

Subject always to the Exclusion hereinafter referred to, this insurance also covers loss of or damage to the vessel caused by:-

(a)         Strikers, locked-out workmen or persons taking part in labour disturbances, riots or civil commotions;

(b)         Any terrorist or any person acting maliciously or from a political motive;

(c)         Vandalism.

## EXCLUSION

This insurance excludes any claim for expenses arising from delay except such expenses as would be recoverable in principle in English Law and Practice under the York-Antwerp Rules 1974.

## UNINSURED BOATER WORDING

**Perils Insured Against:**

Underwriters will pay the damages which, because of bodily injury received aboard your Yacht, you are legally entitled to recover from the uninsured owner or operator of another yacht.

"Uninsured Boater" and "Uninsured Owner or Operator" mean an owner or operator of a yacht other than the yacht named in this policy who is legally responsible for the accident, and;
a) to whom no liability policy applies; or
b) who cannot be identified (such as a hit and run operator).

**Exclusions:**

Underwriters do not provide Uninsured Boater coverage:
a) for claims settled without our written consent;
b) if the uninsured yacht is owned by governmental agency or unit;
c) for yachts owned by or furnished for the regular use of you, a member of your immediate family, or any person insured by this policy;
d) for an insured using a yacht without permission; or
e) when the yacht named in this policy is being chartered.
f) where no evidence of physical contact exists between your yacht and an unidentified yacht or where no evidence of physical contact exists between your yacht and an uninsured yacht.

This coverage will not apply directly or indirectly to the benefit of any insurer under any state or federal compensation law or act.

Payment made for this coverage to or for an insured person will reduce the amount that person is entitled to recover from the Liability coverage of this policy

**Amount of Insurance:**

The amount shown for Uninsured Boater Coverage on Policy Schedule is the most Underwriters will pay under this Insurance, regardless of the number of insured persons, claims made, or yachts involved in any one accident or series of accidents arising out of the same event.



## DELIBERATE DAMAGE CLAUSE

Subject to the conditions of this Policy, this insurance also covers loss of or damage to the Vessel directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard, or threat thereof, resulting directly from damage to the Vessel for which the Underwriters are liable under this Policy, provided such act of governmental authorities has not resulted from want of due diligence by the Assured, the Owners, or Managers of the Vessel or any of them to prevent or mitigate such hazard or threat. Masters, Officers, Crew or Pilots are not to be considered Owners within the meaning of this clause should they hold shares in the Vessel.

R13

## "WAR ETC." PROTECTION & INDEMNITY CLAUSE
## INCLUDING CONFISCATION & EXPROPRIATION

This insurance is to cover in full (up to the amount of this policy in respect of any one occurrence but including costs as below in addition) such claims for Protection and Indemnity as per Clauses or Conditions of Protection and Indemnity Insurance and/or entry (with any Lloyd's Underwriters, Companies or Protection and Indemnity Associations) in connection with insured vessel, as are not and/or may not be recoverable under such insurance and/or entry by reason of any Clause or Clauses therein excluding capture, seizure, arrest, restraint or detainment confiscation, expropriation or the consequences thereof or any attempt thereat, hostilities, warlike operations or the consequences thereof whether there be a declaration of war or not, civil war, revolution, rebellion, insurrection or civil strife arising therefrom mines, torpedoes, bombs or other engines of war, piracy, strikes, lockout, political or labor disturbances, riots, civil commotions, military or usurped power or acts of persons acting maliciously, or any of them by reason of any conditions in such insurance and/or entry stating that the insured vessel shall be deemed to be entered in a "WAR RISKS ASSOCIATION".

Should the insurance and/or entry for Protection and Indemnity risks in connection with the insured vessel omit and/or exclude any of the protection granted by entry against all Protection and Indemnity risks with and/or under Hansen Yacht Form/G & M Yacht Form/R.12 Yacht Form/R.10 Yacht Form then for the purposes of this insurance such omitted and/or excluded protection shall be deemed to be included in such insurance and/or Club entry.

In the event of there being no insurance and/or Club entry against Protection and Indemnity risks it is agreed that for the purpose of this Clause the vessel shall be deemed to be entered for all Protection and Indemnity risks with and/or under Hansen Yacht Form/G & M Yacht Form/R.12 Yacht Form/R.10 Yacht Form.

Underwriters hereunder agree to waive any right they might have to disclosure of the terms of the insurance and/or Club entry against Protection and Indemnity risks.

All claims under this policy shall be paid in full and without deduction or franchise even though such claims might impliedly be subject to limit deduction or franchise by reason of the terms of the insurance and/or Club entry against Protection and Indemnity risks.

Any costs incurred, with the consent of the majority (in amount) of the Underwriters hereunder, in determining the liability of the Assured to any third party or of any third-party (which expression shall include any other Underwriters) to the Assured or the Underwriters hereunder shall be payable by the latter without regard to any sum which may or may not be payable hereunder.

Underwriters liability under this Clause shall be limited to the amount insured hereunder any one accident or occurrence (including costs in addition) independently of all other claims arising hereunder.
Nevertheless these risks are subject to the Automatic Termination and Cancellation Provisions contained in the American Institute Hull War Risks and Strikes Clauses - December, 1 1977 including Addendum dated April 1, 1984.

11 August 2003

## WAR RISK TRADING WARRANTIES

**For use with Insurances on Vessels engaged in "World-Wide" Trade.**

1.  This coverage shall extend world-wide, but in the event of a vessel of craft insured hereunder sailing for, deviating towards, or being within the Territorial Waters of any of the Countries of places described in the Current Exclusions as set out below (including any port area that at the date of this notice constitutes part of such a country or place however it may hereafter be described) additional premium shall be paid at the discretion of insurers hereon.

    Information of such voyage or deviation shall be given to insurers as soon as practicable, and the absence of prior advice shall not affect the cover hereon. In the event of the assured not requiring continuation of coverage for a vessel proceeding into or remaining with an excluded area, he shall so advice insurers hereon before the commencement of such voyage, deviation or period, and it shall be at the insurers' discretion whether and on what terms the insurance shall be reinstated.

2.  **Current Exclusions**

    A)  Persian or Arabian Gulf and adjacent waters including the Gulf of Oman North of 24° N.
    B)  Angola (including Cabinda)
    C)  Israel
    D)  Lebanon
    E)  Libya (including Gulf of Sidre/Sirte)
    F)  Eritrea
    G)  Somalia
    H)  Congo, Democratic Republic of (formerly Zaire)
    I)  Liberia
    J)  Sri Lanka
    K)  Sierra Leone
    L)  Gulf of Aqaba and the Red Sea.
    M)  Republic of Yemen
    N)  Pakistan
    O)  Oman
    P)  Syria
    Q)  Algeria
    R)  Egypt
    S)  Indonesia excluding transiting vessels
    T)  Ivory Coast
    U)  Nigeria and the Bakassi Peninsular



## PERSONAL EFFECTS CLAUSE

It is hereby agreed that this Policy is extended, for the period stated hereunder, to cover the Personal Effects of the Assured and/or Assured's family and/or crew and/or passengers against all risks of whatsoever nature but excluding claims arising from:

1.     Damp, mould, mildew, moth, vermin, wear, tear and gradual deterioration.

2.     Breakages of articles of a brittle nature unless such is caused by burglars, thieves, fire, stress of weather, stranding, sinking or collision.

This cover only to operate whilst embarking/disembarking and on board, or used in connection with the insured vessel.

Total value to be insured USD 10,000 (Maximum value)

USD n/a any single article.

## AVERAGE CLAUSE

This insurance is subject to the conditions of average that is to say, if the property covered shall at the time of any loss be of greater value than the sum insured hereby, the Assured shall only be entitled to recover hereunder such proportion of the said loss as the sum insured bears to the total value of the said property.

## NON CONTRIBUTION CLAUSE

This insurance does not cover any loss or damage which at the time of the happening of such loss or damage is insured by or would but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

Subject to a deductible of USD 100 each and every loss.

## CANCELMENT NOTICE CLAUSE

Whereas (notwithstanding anything contained in this Policy to the contrary) credit has been given by BENFIELD LIMITED (hereinafter called the Brokers) for premium due to them hereon it is hereby agreed between the Assured and the Brokers that in the event of the premium or any instalment thereof not having been received by the Brokers as soon as it has become due to them and/or in the event of the Assured not having paid the premium or any instalment thereof prior to the expiry of the five days hereinafter mentioned the Brokers are hereby authorised by the Assured on the expiry of the five days from dispatch to the Assured of a telegram demanding payment to cancel risk under this Policy from expiry of the aforesaid five days or from any later date at the sole discretion of the Brokers and on such cancellation the Underwriters shall not be responsible for accidents that can be proved to have happened after such cancellation and the Brokers may collect and retain any return premium hereon. In such case Underwriters hereby agree to cancel and return to the Brokers any premium that may have been already received by the Underwriters in excess of pro-rata premium up to cancelling date or if the premium shall not then have been paid to the Underwriters they shall receive from the Brokers the balance of premium up to the said cancelling date. This clause shall not prejudice or affect the Brokers lien on this policy for any amount remaining due to them whether in connection with this Policy or otherwise or any right of the Brokers against the Assured.

## SEVERAL LIABILITY NOTICE

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscriptions of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

LSW 1001 (Insurance).



## MASTER/CREW ENDORSEMENT

The inclusion of the Master and/or Crew of the insured vessel as an additional assured under the Protection and Indemnity section of this policy, shall not affect their rights against any other named assured in this policy; nor will it affect any named assured's right of recovery under the terms of this insurance for any claim made by them or indemnification for any claim made against them.



## LLOYD'S PRIVACY POLICY STATEMENT

## UNDERWRITERS AT LLOYD'S, LONDON

We, the Certain Underwriters at Lloyd's, London that have underwritten this insurance want you to understand how we protect the confidentiality of non-public personal information we collect about you.

### INFORMATION WE COLLECT

We collect non-public personal information about you from the following sources:

(a)  Information we receive from you on applications or other forms;

(b)  Information about your transactions with our affiliates, others or us; and

(c)  Information we receive from a consumer-reporting agency.

### INFORMATION WE DISCLOSE

We do not disclose any non-public personal information about you to anyone except as is necessary in order to provide our products or services to you or otherwise as we are required or permitted by law (e.g., a subpoena, fraud investigation, regulatory reporting, etc.).

### CONFIDENTIALITY AND SECURITY

We restrict access to non-public personal information about you to our employees, our affiliates' employees or others who need to know that information to service your account. We maintain physical, electronic, and procedural safeguards to protect your non-public personal information.

### RIGHT TO ACCESS OR CORRECT YOUR PERSONAL INFORMATION

You have a right to request access to or correction of your personal information in our possession.

### CONTACTING US

If you have any questions about this privacy statement or would like to learn more about how we protect your privacy, please contact the agent/broker who handled this insurance. A more detailed statement of our information privacy practices is available upon request.

08/02
LSW1135A

**Security**

| | |
|---|---|
| 40.000% | Ace Underwriting Managing Agencies Limited Syndicate No. 2488 (AGM) |
| 20.000% | J.D. Robinson and Others Syndicate No. 958 (GSC) |
| 40.000% | Axis Specialty Europe limited, Ireland, UK Branch |
| ------------- | |
| 100.000% | |
| ======== | |

Yours faithfully
**BENFIELD LIMITED**

Authorised Signatory

Authorised Signatory

### DUTY OF DISCLOSURE

Every proposer when seeking new insurance or renewing an existing policy must disclose any information which might influence the underwriters in deciding whether or not to accept the risk, what the terms should be, or what premiums to charge. Insurance contracts being subject to a duty of the utmost good faith, failure to make full disclosure may render the insurance voidable from inception and entitle the underwriters to repudiate liability.

This cover note is our advice to you that a contract of insurance has been effected with the underwriters shown using the information which you have provided or agreed.

Please examine this cover note carefully to confirm that cover has been arranged in accordance with your requirements and that the security shown is acceptable. If not, please advise us immediately. This risk may have been placed under a Benfield Limited facility.

