

**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

2 5 APR 2005

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**   April 22, 2005

**TO:**   Keith Tait
Benfield Group

**FROM:**   Fredric A. Silberman

**RE:**   Varadam Foundation &/or Jaime Jalife
M/Y "MAMMA MIA"
A4BGLY181

**Number of pages including cover sheet:**   1

Dear Keith:

The captioned policy expires May 20, 2005. We requested renewal information from the assured and found that the vessel is located on the Caribbean side of Mexico, in Cancun. Current navigation is Pacific coastal waters of the U.S.A. and Mexico. Obviously, a lapse in communication between the owner and vessel manager has occurred.

We are still awaiting firm navigational plans for the coming year, but had to advise immediately of where the vessel is today and through the remainder of the policy period.

Respectfully await underwriters' wrath / advices.

Best regards,

Fredric A. Silberman

**EXHIBIT**

**N**

**– 3 MAY 2005**

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**    May 2, 2005

**TO:**    Keith Tait
Benfield Group

**FROM:**    Fredric A. Silberman

**RE:**    Varadam Foundation &/or Jaime Jalife
M/Y "MAMMA MIA"
A4BGLY181

**Number of pages including cover sheet:    1**

Dear Keith:

Further to your fax of 27 April, the insured has advised the following:

1. The vessel left Mexican waters on 24 February 2005 and transited the canal as previously notified on 12 March.
2. Please note we were inadvertently advised of the change of crew for this vessel. The crew remains the same and Capt. Arias and Engineer Alvarez were being put on a different vessel (see my letter dated today regarding Good Seas Ltd.).
3. With regard to the renewal of this account, please quote navigation as follows: East coast U.S. and Caribbean, including a transit of the Panama Canal hence west coast Mexico and U.S.A.

We regret the miscommunication regarding the crew and respectfully await underwriters' response.

Best regards,

Fredric A. Silberman

**EXHIBIT**

O

# BENFIELD [↗]

# Fax

| | | | |
|---|---|---|---|
| **To:** | Fredric A. Silberman – Alliance Marine Risk Managers, Inc., New York | **From:** | Keith Tait |
| **Fax No:** | 001 516 333 9529 | **Direct Tel:** | +44 [0]20 7712 8503 |
| **Date:** | 3 May 2005 | **Direct Fax:** | +44 [0]20 7578 7463 |
| **Our Ref:** | A4BGLY158 & A4BGYP066 | **Total Pages:** | 5 (including this page) |

## RE: Varadam Foundation and/or Jaime Jalife : "MAMMA MIA"

Dear Fred,

Further to your fax dated 2nd May.

Can advise having noted the contents of your fax and have discussed with Underwriters who have advised that require coverage be suspended from time of policy breach (24th February, 2005) until date of your fax advising of such breach (22nd April, 2005), as per the attached endorsement.

We will therefore process formal endorsement accordingly.

Further, have obtained Underwriters agreement to quote renewal with terms and conditions as per the attached.

Will await your further advices in due course.

Best regards,

Keith.

**Confidentiality Notice**

This fax and its contents are intended only for the use of the addressee(s) and may be confidential/privileged. No one else may review, disclose or otherwise use it or its contents. If you receive this fax in error, please contact the sender and return it as soon as possible

EXHIBIT

P

| BROKER | BROKER | CURRENCY INSD | | GROSS PREMIUM | |
|---|---|---|---|---|---|
| BEN | L.P.S.O. No.  875 | | | IN ALL | MARINE WAR |
| **ATTACHING TO POLICY No.** A4BGLY181 | **ENDORSEMENT REF.** | | TOTAL | | |
| **REGISTRATION** | **V.A.T.** | **T.O.C TRIBUNAL** | LLOYD'S | | |
| SERIAL | BINDING AUTHORITY REG. No & DATE | SETT. DUE DATE | DEF. | ADJ. | ILU | | |
| | | | | | LIRMA | | |
| **ASSURED/ACCOUNT** Varadam Foundation and/or Mr. Jaime Jalife. | | **LEADING U/WR** | OTHER COMPANIES | | |

<u>London, 3rd May, 2005</u>

**"MAMMA MIA"**

It is hereby noted and agreed, effective 24th February, 2005 coverage hereon is suspended in its entirety due to vessels breach of policy navigating limits.

It is further noted and agreed, effective 22nd April, 2005 coverage hereon re-attaches with navigating limits amended to read as follows :-

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Gulf of Mexico, the east coast of Mexico, Cancun, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti.

All other terms and conditions remaining unaltered.

Hon_Jalife.2004

| INITIAL | | | | | | | |
|---|---|---|---|---|---|---|---|
| SYND./COY | | | | | | | |
| | | | | | | | |

**L.P.S.O NUMBER & DATE**

**I.L.U. NUMBER & DATE**

**L.I.R.M.A NUMBER & DATE**

CONTRACT NO:

875 BEN

| | |
|---|---|
| **Type** | Marine Hull. |
| **Form** | MAR 91 |
| **Assured** | Varadam Foundation and/or Mr. Jaime Jalife. |
| **Additional Assured** | To be advised and agreed by Underwriters. |
| **Loss Payee** | To be advised and agreed by Underwriters. |
| **Vessel** | **"MAMMA MIA"** 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| **Period** | Twelve months at noon, 20th May, 2005, Local Standard Time. |
| **Interest** | Hull Machinery & Equipment valued: USD2,260,000 including personal effects valued total USD10,000; including Zodiac Projet 420 tender with 2001 70 h.p. Yamaha outboard valued total USD18,500; including electronics.<br>Increased Value: USD750,000<br>Protection & Indemnity USD1,000,000 Any One Person/Any One Accident.<br>Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident. (Including Named Assured).<br>Uninsured Boaters USD1,000,000 Any One Accident. |
| **Sum Insured** | 100% of Value and Limits. |
| **Order Hereon** | Hull, Machinery & Equipment; Increased Value; War Risks Hull : 100% of values and amounts.<br>Protection & Indemnity; Medical Payments; Uninsured Boaters; War Risks P&I : 100% of limits and amounts. |
| **Conditions** | American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted.<br>Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111.<br>Warranted Private Pleasure use only.<br>Omnibus Clause amended to include a paid Master or a paid member of the crew of the insured vessel while acting in their capacity as Captain and Crew of the insured vessel.<br>Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance.<br>This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any Government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of USD500,000.<br>Section "D" - Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured and signed onto the Yacht, ashore and afloat.<br>Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American Yacht Form R12.<br>Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the yacht.<br>Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found, without application of any deductible.<br>Uninsured Boaters Wording. |

CONTRACT NO:

875 BEN

American Institute Hull War Risks Clauses dated 1st December, 1977 87B-108 and Addendum dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht Form R.12. including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.
Deliberate Damage Clause 893CW00041.
War Protection and Indemnity Clause R.13 including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.
Subject to current war risk trading warranties.
Personal Effects Clause 893CW00132.
American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175.
Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03.
U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (CL. 370 - 10/11/03) USCAN B 29/01/04.
Institute Cyber Attack Exclusion Clause CL. 380 10/11/03.
Cancelment Notice Clause 893CW00105.
Institute Service of Suit Clause (USA) CL 355.
Including Master/Crew Endorsement 893CW00088.
Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.
Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:
a). towing to the nearest place where necessary repairs can be made;
b). delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.
The policy deductible does not apply to this coverage.
Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.
Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured.
U.S. Privacy Regulations Clause LSW1135A.

**Deductible**

USD30,000 as clauses; deductible in respect of Personal Effects USD100 as clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of Electronics, Communications and Navigation equipment USD5,000 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to Insuring Underwriters.

Twelve months in-commission use.

**Navigating**

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Gulf of Mexico, the east coast of Mexico, Cancun, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti; thence trip to the west coast of Mexico via the Panama Canal; thence navigating Pacific coastal waters of Mexico and the U.S.A. including the Sea of Cortez until expiry.

CONTRACT NO:                                                              875 BEN

**100%**
**Premium**        Hull: 1.025 % Cancelling Returns Only.
                   I/V:  0.425 % Cancelling Returns Only.
                   Plus additional premium in respect of war risks: 0.05 % in full ( 0.005% being in
                   respect of U.S. Terrorism Risk Insurance Act – 2002) on Total Sum Insured
                   USD3,010,000.
                   Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters, plus
                   USD500 in full per full-time paid crewmember, plus USD250 in full per part-time paid
                   crewmember.

**Information**    Coverage to include three (3) full-time paid crewmembers.

**U.S. Classification**    Non regulated.



CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**   May 18, 2005

**TO:**   Keith Tait
           Benfield Group

**FROM:**   Fredric A. Silberman

**RE:**   Varadam Foundation &/or Jaime Jalife
           M/Y "MAMMA MIA"
           A4BGLY181

**Number of pages including cover sheet:**   1

---

Dear Keith:

Please renew the captioned policy effective 20 May 2005, per your quote of 3 May.

Thanks for all your assistance on this account.

Best regards,

Fredric A. Silberman

**EXHIBIT**

tabbies

Q

BENFIELD ↗

# Fax

| | | | |
|---|---|---|---|
| **To:** | Fredric A. Silberman – Alliance Marine Risk Managers, Inc., New York | **From:** | Keith Tait |
| **Fax No:** | 001 516 333 9529 | **Direct Tel:** | +44 [0]20 7712 8503 |
| **Date:** | 19 May 2005 | **Direct Fax:** | +44 [0]20 7578 7463 |
| **Our Ref:** | A4BGLY181 | **Total Pages:** | 4 (including this page) |

## RE: Varadam Foundation &/or Jaime Jalife : "MAMMA MIA"

Dear Fred,

Further to your fax dated 18th May.

Can advise having obtained Underwriters agreement to bind renewal coverage as quoted, as requested and as per the attached.

Trusting you find everything to be in order, we will now process cover note etc. accordingly.

Best regards,

Keith.

**Confidentiality Notice**

This fax and its contents are intended only for the use of the addressee(s) and may be confidential/privileged. No one else may review, copy, disclose or otherwise use it or its contents. If you receive this fax in error, please contact the sender and return it as soon as possible.

55 Bishopsgate   London EC2N 3BD   T +44 (0)20 7578 7000   F +44 (0)20 7578 7001   www.benfieldgroup.co

Benfield Limited is authorised by the Financial Services Authority under the reference number 311884. Registered in England no 117 Registered office 55 Bishopsgate.

**EXHIBIT**

R

tabbies

CONTRACT NO:

875 BEN

| | |
|---|---|
| **Type** | Marine Hull. |
| **Form** | MAR 91 |
| **Assured** | Varadam Foundation and/or Mr. Jaime Jalife. |
| **Additional Assured** | To be advised and agreed by Underwriters. |
| **Loss Payee** | To be advised and agreed by Underwriters. |
| **Vessel** | "MAMMA MIA" 2001 85' Fibreglass Azimut Motor Yacht. Twin 1500 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| **Period** | Twelve months at noon, 20th May, 2005, Local Standard Time. |
| **Interest** | Hull Machinery & Equipment valued: USD2,260,000 including personal effects valued total USD10,000; including Zodiac Projet 420 tender with 2001 70 h.p. Yamaha outboard valued total USD18,500; including electronics.<br>Increased Value: USD750,000<br>Protection & Indemnity USD1,000,000 Any One Person/Any One Accident.<br>Medical Payments USD100,000 Any One Person/USD500,000 Any One Accident. (Including Named Assured).<br>Uninsured Boaters USD1,000,000 Any One Accident. |
| **Sum Insured** | 100% of Value and Limits. |
| **Order Hereon** | Hull, Machinery & Equipment; Increased Value; War Risks Hull : 100% of values and amounts.<br>Protection & Indemnity; Medical Payments; Uninsured Boaters; War Risks P&I : 100% of limits and amounts. |
| **Conditions** | American Yacht Form R12 893CW00059 with Section A – Exclusions 2, 3, 5 and 7 deleted.<br>Including Strikes, Riots, Civil Commotions, Vandalism and Malicious Mischief 893CW00111.<br>Warranted Private Pleasure use only.<br>Omnibus Clause amended to include a paid Master or a paid member of the crew of the insured vessel while acting in their capacity as Captain and Crew of the insured vessel.<br>Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance.<br>This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any Government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of USD500,000.<br>Section "D" - Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured and signed onto the Yacht, ashore and afloat.<br>Institute Additional Perils Clauses - Hulls (1/10/83) Cl.301, amended for use with American Yacht Form R12.<br>Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the yacht.<br>Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found, without application of any deductible.<br>Uninsured Boaters Wording. |

CONTRACT NO:

875 BEN

American Institute Hull War Risks Clauses dated 1st December, 1977 87B-108 and Addendum dated 1st April, 1984 amended to apply to war and Related Exclusions of the American Yacht Form R.12. including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Deliberate Damage Clause 893CW00041.

War Protection and Indemnity Clause R.13 including all claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to current war risk trading warranties.

Personal Effects Clause 893CW00132.

American Institute Increased Value and Excess Liabilities Clause (3/11/77) CL. A175. Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03.

U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (CL. 370 - 10/11/03) USCAN B 29/01/04.

Institute Cyber Attack Exclusion Clause CL. 380 10/11/03.

Cancelment Notice Clause 893CW00105.

Institute Service of Suit Clause (USA) CL 355.

Including Master/Crew Endorsement 893CW00088.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger.

Agreed to reimburse reasonable costs incurred, not to exceed a total of USD50,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained:

a). towing to the nearest place where necessary repairs can be made;

b). delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labor, while away from safe harbour.

The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than 12 passengers on board whilst alongside, at anchor or whilst under way at sea.

Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid Captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or breach is not committed with the consent, approval or knowledge of the Assured.

U.S. Privacy Regulations Clause LSW1135A.

**Deductible**

USD30,000 as clauses; deductible in respect of Personal Effects USD100 as clauses; deductible in respect of Tenders and Outboards/Watercraft USD250 each vessel as clauses; deductible in respect of Electronics, Communications and Navigation equipment USD5,000 each and every loss; but deductible not applicable to claims for Sue and Labour following an incident likely to produce a claim under the policy and where the Assured is attempting to mitigate loss to Insuring Underwriters.

Twelve months in-commission use.

**Navigating**

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Gulf of Mexico, the east coast of Mexico, Cancun, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti; thence trip to the west coast of Mexico via the Panama Canal; thence navigating Pacific coastal waters of Mexico and the U.S.A. including the Sea of Cortez until expiry.



CONTRACT NO:                                                875 BEN

| | |
|---|---|
| **100%**<br>**Premium** | Hull: 1.025 % Cancelling Returns Only.<br>I/V:  0.425 % Cancelling Returns Only.<br>Plus additional premium in respect of war risks: 0.05 % in full ( 0.005% being in respect of U.S. Terrorism Risk Insurance Act – 2002) on Total Sum Insured USD3,010,000.<br>Plus USD250 in full for Protection & Indemnity/Medical/Uninsured Boaters, plus USD500 in full per full-time paid crewmember, plus USD250 in full per part-time paid crewmember. |
| **Information** | Coverage to include three (3) full-time paid crewmembers. |
| **U.S. Classification** | Non regulated. |



**2 3 MAY 2005**

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
RISK MANAGERS, INC.

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**    May 20, 2005

**TO:**    Keith Tait
Benfield Group

**FROM:**    Fredric A. Silberman

**RE:**    
▬▬▬ - 20 May 2005

**Number of pages including cover sheet:    1**

Dear Keith:

Captioned insured would like to know renewal premium IF he elects to stay on the Caribbean / East Coast instead of returning through canal to west coast Mexico.

Await your advices.

Thanks and best regards,

Fredric A. Silberman

*NEW ANNUAL HULL RATE:* 0.95 %
*NEW ANNUAL I/V RATE:* 0.375 %

**EXHIBIT**

tabbies®

**S**



CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
RISK MANAGERS, INC.

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**   May 20, 2005

**TO:**   Karina Elizalde
       Performance Boats

**FROM:**   Fredric A. Silberman

**RE:**   Varadam Foundation - 'MAMMA MIA"
       Renewal of Cover Note A4BGYLY181

**Number of pages including cover sheet:**   1

Dear Karina:

Further to your fax of today, we have asked underwriters to re-quote based on east coast and Caribbean only. Will let you know early next week.

Regarding increasing the liability limit, **additional** premiums would be:

$1,000,000 excess of $1,000,000     $780
       OR
$2,000,000 excess of $1,000,000     $1,560

Please call if you have any questions.

Best regards,

Fredric A. Silberman

**EXHIBIT**

T



CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**   May 26, 2005

**TO:**    Keith Tait
           Benfield Group

**FROM:**  Fredric A. Silberman

**RE:**    Varadam Foundation &/or Jaime Jalife
           M/Y "MAMMA MIA"
           A5BGLY170 – 20 May 2005 Renewal

**Number of pages including cover sheet:**   4

---

Dear Keith:

Captioned insured has requested the following amendments to the 20 May renewal:

1. Vessel will stay on the Caribbean / East Coast instead of returning through canal to west coast Mexico.
2. He would like to bind $1,000,000 excess $1,000,000 P&I at an annual premium of $780.
3. There will be an additional crewmember (cook).

We calculate the new annual premiums to be $28,038 and $780.

Finally, attached is resume of Francisco Tomas Rodriguez Rodriguez, who is the new captain of "MAMMA MIA". Please review with underwriters and advise.

Thanks and best regards,

Fredric A. Silberman

**EXHIBIT**

tabbies®

$u$

# Cap. Francisco Tomas Rodriguez Rodríguez

## PERSONAL DATA

* Name : Francisco Tomas Rodriguez Rodriguez
* Nationality : Mexican
* Birth date : March 7 1969.
* Home address : Lomas de Mirador #85 Lomas del Valle de las Garzas, Manzanillo Colima
* Marital status : Married
* Telephone: 01 314335 5696  mobile: 6241 22 3237
* Passport number: 03240005693
* Visa: VBUSA4690008

## EDUCATION

School : Primary
Name : Gregorio Torres Quintero
Place : Manzanillo Colima

School : Secondary
Name : Mariano Miranda Fonseca
Place : Manzanillo, Colima

School : High School
Name : Centro de Estudios tecnológicos del Mar
Place : Campus Colima

## COURSES

* Merchant Sailor
* Maritime Security
* Fisherman Skipper
* Coastline Skipper

## WORK EXPERIENCE

* Vessel : "Juanito II"
* Charge : Sailor Skipper
* Length: 38'
* Time : April 1985 / October 1989

* Vessel : "Jennifer" Tuna Boat
* Charge : Sailor Fisher
* Length: 340'
* Time : Octubre1989 / September 1990

# Cap. Francisco Tomas Rodríguez Rodríguez

- Vessel : "Compremapro VII" Long Line
- Charge : Sailor Fisher
- Length: 145'
- Time :    September 1990 / February 1991

- Vessel :   "High Cotton"  Hatteras
- Charge :  Skipper boat
- Length:   45'
- Time :   March 1991 / March 1992

- Vessel :   "Kings Court"  Defever 63
- Charge :  Skipper boat
- Length:   63'
- Time :    March 1992 / December 1993

- Vessel :   "Zazil"  Sea Ray
- Charge :  Captain
- Length:   44'
- Time :    January 1994 / October 1997

- Vessel :   "Argonaut, My Mari Lu, Lady D"  Mikelson
- Charge :  Captain
- Length:   Argonaut 50', My Mari Lu 64', Lady D 78'
- Time :    November 1997 / June 1999

- Vessel :   "Andrea Lynn" Tuna boat
- Charge :   Captain
- Length:   135'
- Time :    June 1999 / February 2000

- Vessel :   "Remora I" Sport Fishing
- Charge :   Captain
- Length:   34'
- Time :    February 2000 / March 2001

# Cap. Francisco Tomas Rodríguez Rodríguez

- Vessel :     B/R Olivierssen Tug Boat
- Charge :   Firs Maid
- Length:    115'
- Time :       March 2001 / June 2001


- Vessel :     "Never say, Never again"  Baratuccy
- Charge :   Captain
- Length:    86'
- Time :       July 2001 / November 2001


- Vessel :     "Atrevida"  Viking
- Charge :   Captain
- Length:    72'
- Time :       November 2001 / April 2003


- Vessel :     "Tango"  Azimut
- Charge :   Captain
- Length:    85'
- Time :       April 2003 / September 2003


- Vessel :     "Atrevida, Kahuna, Cristal"  Viking, Nuarland, Est Coast
- Charge :   Captain
- Length:    72', 83', 115'.
- Time :       September 2003 / March 2005


## NAVIGATION EXPERIENCE

- Pacific Coast
- Golfo de California
- California South, Florida, Bahamas
- Waters of the Mediterranean Sea (Monaco, Cannes, Viareggio, San Remo.



# BENFIELD

## Fax

| | | | |
|---|---|---|---|
| **To:** | Fredric A Silberman – Alliance Marine Risk Managers, Inc., New York | **From:** | Keith Telt |
| **Fax No:** | 001 516 383 9529 | **Direct Tel:** | +44 (0)20 7712 8503 |
| **Date:** | 27 May 2005 | **Direct Fax:** | +44 (0)20 7578 7463 |
| **Our Ref:** | A5BGLY170 | **Total Pages:** | 2 (including this page) |

### RE: Varadam Foundation etc. : "MAMMA MIA"

Dear Fred,

Further to your fax dated 26th May.

Have noted the contents of your fax and have obtained Underwriters agreement to the attached endorsement which, I trust you will find to be in order.

We will therefore now process formal endorsement accordingly.

Can also advise having obtained Underwriters agreement to bind Excess P&I coverage as requested and as per the attached.

Warranted no known or reported losses as at 27th May, 2005.

Trusting you find everything to be in order, we will now process cover note etc. accordingly.

Further, can advise that Underwriters have seen and accepted resume of new Captain as submitted, subject to sight of a copy of his Captain's license and subject to confirmation that he has not previously been involved in any claims or incidents likely to give rise to a claim.

Will therefore await your further advices in due course.

Best regards,

Keith.

**Confidentiality Notice**

This fax and its contents are intended only for the use of the addressee(s) and may be confidential/privileged. No one else may review, copy, disclose or otherwise use it or its contents. If you receive this fax in error, please contact the sender and return it as soon as possible.

55 Bishopsgate   London EC2N 3BD   T +44 (0)20 7578 7000   F +44 (0)20 7578 7001   www.benfieldgroup.com

Benfield Limited is authorised by the Financial Services Authority under the reference number 311884. Registered in England no 1170753.
Registered office 55 Bishopsgate

**EXHIBIT**

V

| ATTACHING TO POLICY No. | ENDORSEMENT REF. | | | | IN ALL | MARINE WAR |
|---|---|---|---|---|---|---|
| A5BGLY170 | | | | | | |
| REGISTRATION | | | | TOTAL | | |
| | V.A.T. | T.O.C TRIBUNAL | | LLOYD'S | | |
| SERIAL | BINDING AUTHORITY REG. No A DATE | SETT. DUE DATE | DEF. | ADJ. | ILU | |
| | | | | | | |
| ASSURED/ACCOUNT | | LEADING UWR | | URMA | | |
| Varadam Foundation and/or Mr. Jaime Jalife | | | | OTHER COMPANIES | | |

London, 27th March, 2005

"MAMMA MIA"

It is hereby noted and agreed, effective inception, navigating limits hereon are amended to read as follows :-

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti. Warranted not south of the Tropic of Cancer between 1st June and 31st October inclusive.

New Annual Rates : Hull : 0.95 % Cancelling Returns Only
                    I/V :  0.375 % Cancelling Returns Only

It is further noted and agreed, effective inception, the number of full-time paid crewmembers covered hereon is increased from three (3) to four (4).

Additional Premium : USD500 in full.

All other terms and conditions remaining unaltered.


Hon_.Jalife 2005

6

CONTRACT NO:                                    675   BEN

| | |
|---|---|
| **Type** | Marine (Pandi) |
| **Form** | MAR 91 (Slip Policy) |
| **Assured** | Varadam Foundation and/or Mr. Jaime Jalife |
| **Additional Assured** | As Underlying policy. |
| **Vessel** | "MAMMA MIA" 2001 85' Fibreglass Azimut Motor Yacht. Twin 1600 h.p. MTU Diesel Engines. M.D.S. 28 Knots. |
| **Period** | Twelve months at noon, 20th May, 2005, Local Standard Time. |
| **Limit** | Excess Protection & Indemnity, including Excess Uninsured Boaters. |
| | USD1,000,000 Any One Person or Any One Accident. |
| | Excess of |
| | USD1,000,000 Any One Person or Any One Accident. |
| **Sum Insured** | 100% of limits |
| **Conditions** | As Underlying as far as applicable. Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03. U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (CL. 370 - 10/11/03) USCAN B 29/01/04. Institute Cyber Attack Exclusion Clause CL. 380 10/11/03. Warranted no known or reported losses as at 27th May, 2005. |
| **Premium** | USD760 in full, of which USD39 per annum and pro rata is in respect of U.S. Terrorism Risk Insurance Act – 2002, per the NMA 2989A and Extension Endorsement. |

TO

7

22 AUG 2005

⑥

**Keith Tait**

From:        Seymour, Peter [Peter.Seymour@ace-ina.com]
Sent:        22 August 2005 12:25
To:          Keith Tait
Cc:          Reynolds, Michael; Calms, Alan

Keith

I am now back from holiday and find a copy of a letter from Fred Silberman of Alliance Marine dated 9th August addressed to you, attached to which is a letter from Performance Boats. It would seem from this that my earlier e-mail is not sufficient for their needs so let me try again, and also take the opportunity to respond to one or two comments in this latest correspondence. As previously, please note that these comments must be strictly without prejudice to underwriters.

I have not met Fred but I have spoken with Ian Bell, who speaks very highly of him and I therefore trust that the comments related to mutual respect are known to be echoed from over here.

There seems to be a suggestion that an underwriting decision is being driven by a position on a claim, this is not true. Our claims adjusters have sought detail and fact on this loss from day one and have kept our underwriters informed of progress, they have full authority to deal with a loss and adjust according to policy terms and conditions. As a general rule I do not believe that correspondence from underwriters is necessary as part of this process, however in this case both Alliance and Performance are insisting that we make such comment.

For some reason I believe Performance feel it important for underwriters to state in writing that our main concern for risks south of the Tropic of Cancer between 1st June and 31st October is in respect of adverse weather conditions, and I am more than happy to confirm this. It is very important to note however that this clause is a material part of the navigational limits and use of the term "warranted" gives the clause special meaning regarding its materiality and importance. The warranty provision contained in the policy is of such importance and materiality that where there is a breach of the warranty, the policy is suspended and no loss which occurs during that time is covered, whether or not the loss is related to the warranty.

Why a number of clients are now asking about the intent of this provision I am not sure, but it is good to see they are fully aware of it and that Alliance and Performance are highlighting its' importance.

There are repeated references to the honesty of underwriters in dealing with this request. Perhaps I am being unduly sensitive but if there is a suggestion that we are being dishonest in any way I take this as a serious accusation and refute it entirely.

I am sure none of us involved want this to result in litigation, with all the expense that this involves, so I am very willing to assist in any way I can, but at this stage from an underwriting perspective I cannot see what else I can add.

Peter

> Tel          +44 (0) 20 7173 7637
> Fax          +44 (0) 1293 597134
> Mobile       +44 (0) 7766 994211
> *            peter.seymour@ace-ina.com
>
>

1

TOTAL P.02

EXHIBIT

W

# Performance Boats

Fuente de Tritones #26, Col. Tecamachalco
Naucalpan, Edo. México 53950
Tel. 5? 93 05 63 Ext. 173
Fax 5?94 7883
E-mail kelizalde@performance.com.mx

## Fax

| Para: | EDUARDO FIERRO | De: | Karina Elizalde |
|---|---|---|---|
| Fax: | 53 11 03 45 | Pages: | 08 con portada |
| Date: | June 1, 2005 | CC: | File |
| Re: | Seguro "MAMMA MIA" | | |

Buen Día Sr. Fierro:

Le envío copia del fax, que me enviaron de la aseguradora referente
al Seguro del barco "Mamma Mia".

Adjunto a este fax, sirva encontrar dos cartas, las cuales deben ser firmadas
y reenviadas a mi atención. La primera es para confirmar que no tuvieron
ninguna pérdida o daño en el periodo que se salieron de los límites de
navegación y la segunda es para el capitan, donde declara que no ha tenido
ningún percance.

Si tiene alguna duda, por favor avíseme.

Saludos.

*K.E.*

Karina Elizalde
Departamento de Operaciones.

La información contenida en este fax es para uso exclusivo del destinatario y puede contener información confidencial, o cue no se puede revelar.   A cualquier persona que no sea el destinatario, le esta prohibido leer, fotocopiar, distribuir o usar la información contenida en este.

**EXHIBIT**

X

/5



**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

Ms. Karina Elizalde
Performance Boats
Fuente de Tritones 26, Col. Tecamachalco
Naucalpan, Estado de Mexico 53950

RE:   Varadam Foundation and/or Mr. Jaime Jalife  -  *"MAMMA MIA"*
      Cover Note A5BGLY170 and Excess Liability Binder

Dear Karina:

Enclosed is an endorsement to the captioned renewal policy adding coverage for one extra crew member and amending the navigation limits of the captioned policy to the east coast U.S., Bermuda, the Bahamas, and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti.

**Important!**
1.  **The vessel must be north of the Tropic of Cancer between 1st June and 31st October.**
2.  **There is no coverage under this policy for navigation on the Pacific coast.**

Also enclosed is a binder evidencing $1,000,000 excess of $1,000,000 liability coverage for "MAMMA MIA".  As underwriters bound coverage today, but made it effective May 20, 2005, they require a statement signed by the boat owner or his representative, confirming that there have been no known or reported losses for the period May 20th to May 27th. For your convenience, the attached form may be used.

Regarding the new captain, underwriters have reviewed his resume and will accept him subject to confirmation that he has not been involved in any claims or incidents. The attached form may be used.

Our invoices, totaling a credit of $790.00, are attached. This leaves a balance of $28,818 due and  payable by May 30, 2005.

Please contact me if you have any questions.

Best regards,

ALLIANCE MARINE RISK MANAGERS, INC.

Fredric A. Silberman
President

FAS/jh
Enc.

| ATTACHING TO POLICY No. | | | | | GROSS PREMIUM | | MARINE WAR |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A5BGLY170 | | | | TOTAL | | | |
| REGISTRATION | | V.A.T. | T.O.C TRIBUNAL | | | | |
| | | | | LLOYD'S | | | |
| AERIAL | BINDING AUTHORITY REG. No & DATE | SETT. DUE DATE | DEF. ADJ. | ILU | | | |
| | | | | URIMA | | | |
| ASSURED/ACCOUNT | | LEADING UWR | | OTHER COMPANIES | | | |
| Varadom Foundation and/or Mr. Jaime Jalife | | | | | | | |

London, 27th March, 2005

"MAMMA MIA"

It is hereby noted and agreed, effective inception, navigating limits hereon are amended to read as follows :-

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti. Warranted not south of the Tropic of Cancer between 1st June and 31st October Inclusive.

New Annual Rates : Hull : 0.85 % Cancelling Returns Only
                    I/V :  0.375 % Cancelling Returns Only

It is further noted and agreed, effective inception, the number of full-time paid crewmembers covered hereon is increased from three (3) to four (4).

Additional Premium : USD500 in full.

All other terms and conditions remaining unaltered.

Hon_ Jalife 2005

CONTRACT NO:

| | |
|---|---|
| Type | Marine (Pandi) |
| Form | MAR 91 (Slip Policy) |
| Assured | Varodom Foundation and/or Mr. Jaime Jallife |
| Additional Assured | As Underlying policy. |
| Vessel | "MAMMA MIA" 2001 85' Fibreglass Azimut Motor Yacht. Twin 1800 h.p. MTU Diesel Engines. M.D.S. 29 Knots. |
| Period | Twelve months at noon, 20th May, 2005, Local Standard Time |
| Limit | Excess Protection & Indemnity, including Excess Uninsured Boaters. |
| | USD1,000,000 Any One Person or Any One Accident. |
| | Excess of |
| | USD1,000,000 Any One Person or Any One Accident |
| Sum Insured | 100% of limits |
| Conditions | As Underlying so far as applicable. Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause CL. 370 10/11/03. U.S.A. and Canada Endorsement for the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (Cl 370 - 10/11/03) USCAN B 20/01/04. Institute Cyber Attack Exclusion Clause CL. 380 10/11/03. Warranted no known or reported losses as at 27th May, 2005. |
| Premium | USD780 in full, of which USD39 per annum and pro rata is in respect of U.S. Terrorism Risk Insurance Act – 2002, per the NMA 2889A and Extension Endorsement. |

*18*

# INVOICE # 26650

Page 1

| ACCOUNT NO. | OP | DATE |
|---|---|---|
| **VARAD-1** | **JH** | **06/01/05** |

**ALLIANCE MARINE RISK MANAGERS, INC.**
1400 OLD COUNTRY ROAD, SUITE 307 • WESTBURY, NY 11590
516-333-7000

Yacht

POLICY # **A50GLY176**

COMPANY **Lloyds London**

| EFFECTIVE | EXPIRATION |
|---|---|
| **05/20/05** | **05/20/06** |

**Varadam Foundation**
3511 Silverside Rd; Ste 105
Wilmington, DE 19810

| AMOUNT PAID | AMOUNT DUE |
|---|---|
| | **$   -1,570.00** |

PLEASE RETURN TOP PORTION WITH REMITTANCE.

| Eff Date | Description | Amount |
|---|---|---|
| INVOICE # 26650 | | |
| 05/20/05 | Return Premium | $   -1,570.00 |

Change in navigation area of "MAMMA MIA"

**Invoice Balance:**   **$   -1,570.00**



**ALLIANCE MARINE RISK MANAGERS, INC.**
1400 OLD COUNTRY ROAD, SUITE 307 • WESTBURY, NY 11590
516-333-7000

**Varadam Foundation**
3511 Silverside Rd; Ste 105
Wilmington, DE 19810

| INVOICE # | 26651 |
|---|---|

| ACCOUNT NO. | OF | DATE |
|---|---|---|
| VARAD-1 | JH | 06/01/05 |

**Excess Protection & Indemnity**

| POLICY # |
|---|
| TBA |

| COMPANY |
|---|
| Lloyds London |

| EFFECTIVE | EXPIRATION |
|---|---|
| 05/20/05 | 05/20/06 |

| AMOUNT PAID | AMOUNT DUE |
|---|---|
|  | $   780.00 |

PLEASE RETURN TOP PORTION WITH REMITTANCE.

| Eff Date | Description | Amount |
|---|---|---|
| INVOICE # | 26651 | |
| 05/20/05 | Excess Liability | $   780.00 |

$1,000,000 excess $1,000,000 P&I - "MAMMA MIA"

**Invoice Balance:**   $   780.00

**Varadam Foundation and/or Mr. Jaime Jalife**

Regarding insurance on "MAMMA MIA", this will confirm that there have been no known or reported losses for the period May 20, 2005 to May 27, 2005.

P.A. E.FIERRO

_____          6 | 1 | 2005
Signature of owner or owner's respresentative        Date

X-Originating-IP: [217.169.45.221]
X-Server-Uuid: A26ACC22-378D-4BCE-8407-33C86E6B3AE6
Subject: 235124. Varadam Foundation. "MAMMA MIA"
Date: Tue, 14 Jun 2005 15:00:47 +0100
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: 235124. Varadam Foundation. "MAMMA MIA"
Thread-Index: AcVw6XbIpzZ26R+XRguDBvvHAl/PYQ==
From: "Mark Froggitt" <Mark.Froggitt@benfieldgroup.com>
To: "Allmond, Kevin" <Kevin.Allmond@ace-ina.com>,
       "John Gaughan" <john.gaughan@xchanging.com>,
       "Rann, Colin" <Colin.Rann@axiscapital.com>
cc: "Michael Maginnis" <m.maginnis@maginnis.gs.net>,
       "John Higham" <John.Higham@omegauw.com>,
       "Robert Williams" <Robert.Williams@benfieldgroup.com>,
       amrm-ny@worldnet.att.net,
       "R. Joel Sparrow" <sparrowmarine@bellsouth.net>
X-OriginalArrivalTime: 14 Jun 2005 14:00:48.0205 (UTC)
 FILETIME=[775AAFD0:01C570E9]
X-WSS-ID: 6EB03C9B1VW1215249-01-01

Gentlemen,

Attached hereto is the latest from the assured and the surveyor.

To aid with the deliberations over whether or not coverage should be afforded, my colleague and I
have wrangled with the internet to provide some additional information to support the comments of
the assured.

You will find additionally attached hereto our information on the weather between the time of the
endorsement changing the cruising limits and providing first advice of the warranty regarding being
North of the 'Tropic of Cancer' between the 1st June and 31st October. (27th May 2005) Actually our
weather information starts on the 28th May, because we believe it was reasonable to assume that
the assured could not just drop every thing and go that very day!

You will also find a map upon which you can locate both Cancun and Puerto Aventuras the assureds
Home port.

Thus far Mr Sparrow has managed to keep Bent marine on the hook as it were, until London's close
of business on Wednesday 15th June 2005.

Time is truly of the essence, so if there is any further information we can provide, please do not hesitate
in contacting either the undersigned or Mr Robert Williams, either of us will be more than glad assist.

Best regards,
Mark.

------------------------------------------------------------------------
This e-mail and its contents are intended for the use of the addressee(s) and may be
confidential/privileged. No-one else may review, copy, disclose or otherwise use it or its contents. If you
receive this e-mail in error, please contact the originator and delete it as soon as possible.
Benfield Limited is authorised by the Financial Services Authority under the reference number 311884.
Registered in England no 1170753. Registered office 55 Bishopsgate.

EXHIBIT
Y

**PATTON MARINE, INC.**
SURVEYORS, CONSULTANTS & SUPERVISION
P. O. Box 451135
Miami, Florida 33245-1135

| | |
|---|---|
| Office: | USA +1 (305) 854-3821 |
| Fax: | USA +1 (305) 854-3855 |
| e-mail: | PattonMar@aol.com |
| | PattonMarine@cs.com |

Our Time and Experience
is our Stock in Trade

June 10, 2005
File No.: 7937-05
Page 1 of 5

Mr. J. Jalife
email: jjalife@textivision.com
c/o Performance Boats
Roberto Aboumrad
raboumrad@performanceboats.com

RE: "MAMA MIA", Azimut 85 Hull #71
Preliminary Damage Survey Report

Dear Mr. Jalife:

This is to Certify that the undersigned independent marine surveyor did attend the 2002 twin screw fiberglass motor yacht "MAMA MIA", Azimut Hull No. 85/71, at Porto Aventura, Mexico on the 6th and 7th days of June 2005, subsequent to a grounding incident occurring at Porto Aventura, Mexico on June 5, 2005.

As of June 10, 2005 the yacht was still grounded on the reef. Representatives of Titan Salvage were in attendance and are reported to have removed all fuel and oils. Preliminary recommendations for salvage are indicated herein.

## VESSEL PARTICULARS:

| | |
|---|---|
| Vessel Name: | "MAM MIA" |
| Build & Hull No.: | Azimut Spa, Hull No: 85/71 |
| Date of delivery: | Not determined |
| Owners: | Baradam Foundation - Wilmington USA |
| Classification: | None |
| Length overall: | 26.25m |
| Length Waterline: | 22.9m |
| Beam: | 5.05m |
| Draft: | 1.3m |
| Hull Identification Number: | XAX85071E102 |
| Displacement: | 66.8 ton |
| Light Load: | 58 ton |
| Vessel Location: | 20.28N 87.12.5W on south side of channel |

EXHIBIT
Z

25

**A Patton Marine Preliminary Damage Survey**
**2002 Azimut Motoryacht "MAMA MIA"**

**File No. 7937-05**
**Page 2 of 5**

The following information is based on visual observation and statements taken from crew members:

| | |
|---|---|
| Time of grounding: | 14:55 - 5th June 2005 |
| Sea Condition: | 3' to 5' swell from SE |
| Winds: | 10 to 15 knots SE |
| Last Port: | Haciendo Del Mar, Cancun |
| Last Course Steered: | Generally SW from Cancun +6 hours |
| First Grounding: | 80' to seaward with bearing 115° magnetic from final resting place |
| First Contact: | Port propeller |
| Crew Locations: | Captain - flybridge |
| | (2) crew - at bow |

- All electronics online
- No prior radio communication able to be established with Marina. After grounding captain reportedly attempted radio communication to Marina and Navy; no immediate response. Response 20 minutes later.


## VISIBLE DAMAGE:

The yacht is resting on coral and rock on the south side of the channel. Water depths around the yacht appear to vary from 4½' to 5' to 2½'. The yacht is laying on her starboard side, with the stern facing southeast to the open sea.


## OBSERVED DAMAGE:

- All compartments flooded to level of 1.21m / 4' above lower deck accommodation sole starboard side, 3.5' /1.06m port side.

- Transom door fractured lower 60% missing.

- Tender and various deck hardware washed out of garage. Tender not located, side accommodation ladders, hand rails, etc. visible on hull bottom.

- Port hull bottom in way of rudder fractured.

- Starboard rudder stock and hull bottom not accessible for examinations. Rudder buried in rocks, steering compartment flooded, compartment unable to be opened.

- Port hull bottom breached - full perimeter of propeller strut backing block.

- Starboard hull bottom breached - full perimeter of propeller strut backing block.

**A Patton Marine Preliminary Damage Survey**
**2002 Azimut Motoryacht "MAMA MIA"**

**File No. 7937-05**
**Page 3 of 5**

- Divers report multiple breaches port hull bottom.

- Starboard hull bottom not inspectible - laying on rocks and coral.

## PARTIAL LIST OF SEA WATER DAMAGED EQUIPMENT:

Engine and Control Room, Steering Compartment and Forward Bilge:

- (2) MTU 12V 2000 main engines (M90)
- (2) ZF BW190A Ratio: 2.448:1 gearboxes
- (1) main distribution switchboard (Cantalupi)
- (1) Hydro/electric power pack - passarelle and transom door manufacturer: BCS
- (1) 24 volt DC service battery bank and switching
- (1) 24 volt DC power pack for trim tabs and swim ladder (BCS)
- (1) electric bilge pump Gianneschi & Ramacciotti _ ACM _ 311BT 220 VAC
- (1) electric fire pump Gianneschi & Ramacciotti _ ACM _ 311BT 24 VDC

27

A Patton Marine Preliminary Damage Survey                    **File No. 7937-05**
2002 Azimut Motoryacht "MAMA MIA"                           **Page 4 of 5**

## SUMMARY:

The yacht appears to have been driven approximately 80 feet further onto the reef from the original impact point and is securely grounded. Owing to the location and general hard bottom (coral and rock) and shallow depth of the water, it will not be possible to float or use lift bags or use other methods to remove the yacht from the reef.

Temporarily patching the known fractures in the hull bottom is not considered practical as the yacht cannot be re-floated without dragging it across the reef, which will undoubtedly result in more damage and patches being torn off with the possibility the yacht would then sink in the navigation channel.

The potential for damage to the reef should also be taken into consideration.

## RECOMMENDATION:

In order to minimize damage to the reef and preclude the possibility of the yacht blocking the navigation channel, it is recommended the yacht be removed from the reef using a jack up barge and a crane large enough to pick the yacht up off the reef and place it on the barge where upon it could be towed to a suitable location.

It should be noted the owners have taken immediate steps to minimize damage to the reef and surrounding area. Patton Marine surveyors were contacted immediately after the accident. A salvage team was assembled and flown at owner's expense to the vessel arriving at Porto Aventura at 11:00 am June 6, 2005. The owner authorized immediate removals of fuel and other possible contaminants in order to minimize the possibility of environmental damage. Fuel and lube oils were removed as soon as salvers were able to get onboard to set up pumps and remove the fuel and discharge it to a shore storage facility.

Note: This survey report is issued by the undersigned, who has exercised reasonable care in conducting a visual inspection of the accessible areas, in connection with the examination, of the subject vessel. All details and particulars in this report are believed to be true, but are not guaranteed accurate. All judgements, conclusions, and recommendations are expression of opinion of the undersigned, based on his skill, training, and experience, after a routine visual examination of the vessel's systems, and after discussions with owners, crew, and others familiar with the vessel. No part of this report is issued as an expressed or implied warranty of the condition, life expectancy, seaworthiness, or value of the vessel or its systems, machinery, or equipment. The undersigned has conducted his visual examinations and issued this report for the sole use of the specified requesting party for an agreed fee based upon the intended use of the report and legal liability of the undersigned. Accordingly, others are not to use this report, and not to rely upon the contents of this report, without payment to the undersigned of an additional agreed fee, based upon re-evaluation and examination of the same factors.

23

A Patton Marine Preliminary Damage Survey                    File No. 7937-05
2002 Azimut Motoryacht "MAMA MIA"                            Page 5 of 5

Further, the undersigned shall have no liability for consequential, no liability for personal injury damages, no liability for property loss damages, and no liability for punitive damages, all of which shall be deemed to have knowingly and voluntarily waived upon receipt and use of this report. Further, in no event shall the legal liability for the undersigned of this report, or Patton Marine, Inc. ever exceed the fee, less expenses, paid by the requesting party for the issuance of this report, regardless of the number of claims, or suits, and regardless of whether under theory of tort, contract, warranty, outrage, or otherwise.

This survey is prepared for Mr. Jalife, and as aforesaid does not expressly or impliedly warrant or any way guarantee the condition, seaworthiness, or value of the vessel. It is further agreed by the aforesaid Mr. Jalife that Patton Marine Incorporated and Mr. Ian S. Kerr, of Kerr Marine Inc., shall not be held liable or responsible for any errors, omissions, or oversights in the surveying of the above described vessel.


Respectfully submitted without prejudice,
PATTON MARINE, INC.


## Ian S. Kerr

Ian S. Kerr
Marine Surveyor


ISK:id

# MAGINNIS & HURLEY

### ATTORNEYS & COUNSELORS AT LAW
A PROFESSIONAL LAW CORPORATION

MICHAEL J. MAGINNIS
TIMOTHY P. HURLEY
JOSÉ R. COT*
SCOTT F. DAVIS
JULIE-ANN A. DUHÉ-KEATING*

*ALSO ADMITTED IN TEXAS

CANAL PLACE ONE
365 CANAL STREET
SUITE 2750
NEW ORLEANS, LA 70130

TEL: 504/524–5353
FAX: 504/524–5403

m.maginnis@maginnis.gs.net

June 10, 2005

*Via Certified Mail*

**VARADAM FOUNDATION**
3511 Silverside Road
Suite 105
Wilmington, DE 19818

*Via Telefax:* **011-52-55-5311-0355**
*Ext. 272*

**MR. JAIME JALIFE**
Ahuehuetes
110 Casa 67
Mexico D.F. 11000

Re:    Assureds:    Varadam Foundation
                      and/or Mr. Jaime Jalife
        Vessel: "MAMMA MIA"
        (Registration No.: 5378)
        Claim: Vessel grounded
        at Puerto Aventuras, Mexico
        D/L: June 5, 2005
        Policy No.: A5BGLY170
        Our File No.:    4640-60-5

## RESERVATION OF RIGHTS LETTER

Dear Sirs:

    This will serve to advise you that we have been retained by Certain Underwriters and Insurers at Lloyd's and in London, severally subscribing to Policy No. A5BGLY170 ("Underwriters"), providing hull and machinery and protection and indemnity insurance for Varadam Foundation and/or Mr. Jaime Jalife for the period May 20, 2005 to May 20, 2006, as per mutual agreement. The hull and machinery coverage provided by the aforementioned policy is pursuant to the American Yacht Form R12, subject to various conditions, warranties, endorsements and amendments as delineated in the policy.



EXHIBIT

AA

MAGINNIS & HURLEY

| | |
|---|---|
| **VARADAM FOUNDATION** | June 10, 2005 |
| **MR. JAIME JALIFE** | Page 2 |

## Reported Facts

We understand that on or about June 5, 2005, at approximately 1455 hrs., as the vessel was attempting to enter Puerto Aventuras, Mexico, an engine failed, as a result of which the captain lost direction and control of the vessel, and the vessel grounded in a reef outside of the main entrance to the port. The incident was reported to Underwriters, through Alliance Marine Risk Managers, Inc., on June 6, 2005. We understand that the assureds contacted Titan Maritime, LLC to remove the vessel from the stranded location and reportedly entered into a time and materials agreement (Standard Form of Salvage Agreement (1997)) with Titan Maritime, LLC, not to exceed USD $750,000.00. We further understand that the assureds also have an opportunity for a salvage sale of the vessel, "as is, where is" with a potential buyer, Bent Marine LLC.

## Policy Provisions

The hull and machinery coverage in policy no. A5BGLY170 issued by Underwriters to Varadam Foundation and/or Jaime Jalife, is subject to all terms, conditions, warranties, endorsements, exclusions and definitions contained in the policy. Based on the facts and circumstances of this incident as reported to Underwriters, Underwriters hereby direct your attention to the following pertinent policy endorsement with regard to this claim, as follows:

It is hereby noted and agreed, effective inception, navigating limits hereon are amended to read as follows:

Inland and coastal waters of the east and Gulf Coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Columbia and Haiti. **Warranted not south of the Tropic of Cancer between 1st June and 31st October inclusive.**

MAGINNIS & HURLEY

**VARADAM FOUNDATION**                                    June 10, 2005
**MR. JAIME JALIFE**                                          Page 3

Further noted and agreed, effective inception, the number of full-time paid crewmembers covered hereunder is increased from three (3) to four (4).

Therefore, in light of the aforementioned navigation warranty, please be advised that there may be no coverage for the referenced claim as a result of the assureds' apparent breach of this express warranty under the policy.

Nothwithstanding this potential coverage defense, Underwriters will continue to investigate and evaluate this claim under a complete reservation of rights under the policy. Specifically, Underwriters reserve their rights, under the policy and the applicable law, to continue their investigation and evaluation of any obligation they may have under the policy, and to later supplement the basis herein set forth for reserving rights and/or denying coverage, if such action is warranted. Please note, however, that Underwriters' investigation and evaluation of this claim should not be construed as a waiver of any of their rights to invoke the terms, conditions, warranties and limitations of the policy, and that all actions taken by Underwriters are done entirely without prejudice.

In addition, Underwriters reserve their rights to withdraw from their handling of this claim and to cease payment of any aspect of this claim should it be determined that no coverage is owed under the policy. Moreover, Underwriters reserve their rights to seek reimbursement from the assureds of any and all expenses paid to, or on behalf of, the assureds by Underwriters with respect to the aforementioned incident in the event there is a determination of no coverage within the policy. Underwriters also reserve their rights to institute a declaratory judgment proceeding against the assureds in connection with the aforementioned coverage issues.

In light of the foregoing reservation of rights, Underwriters strongly urge you to take all appropriate actions to mitigate this loss, including exercising your rights under your agreement with Titan Maritime, LLC and to choose the best course of action available to you.

Underwriters would also recommend that you retain counsel and a qualified marine surveyor/consultant to advise you of your rights in connection

7

MAGINNIS & HURLEY

**VARADAM FOUNDATION**
**MR. JAIME JALIFE**
June 10, 2005
Page 4

with this incident and to assist you in pursuing appropriate action as a prudent owner under the circumstances.

Should you have any questions with regard to this letter, please do not hesitate to contact the undersigned at (504) 524-5353.

Thank you for your attention to this matter.

Very truly yours,

MAGINNIS & HURLEY, APLC

MICHAEL J. MAGINNIS

MJM:JRC:lm

cc:    ALLIANCE MARINE RISK MANAGERS, INC.
       ATTENTION:    MR. VINCENT F. DEPAOLA