UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS )<br>UNDERWRITING AT LLOYD'S )<br>SEVERALLY SUBSCRIBING TO)<br>POLICY NO. A5BGLY170 )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>VARADAM FOUNDATION )<br>and )<br>JAIME JALIFE, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:05-cv-00413-SLR |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on July 30, 2007, which will send notification to all parties including those per the following service list:

Michael B. McCauley
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803

Michael J. Maginnis, T.A.
Jose J. Cot
Maginnis & Hurley, APLC
365 Canal Street, Suite 2750
New Orleans, LA 70130

**[SIGNATURE ON NEXT PAGE]**

2120441-1

Respectfully Submitted,

RAWLE & HENDERSON, LLP

**/s/ William J. Cattie, III -- #953**

William J. Cattie, III – I.D. No. 953
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

2120441-1