# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACE CAPITAL AND OTHERS | ) | |
| UNDERWRITING AT LLOYD'S | ) | |
| SEVERALLY SUBSCRIBING TO | ) | |
| POLICY NO. A5BGLY170 | ) | **Case No. 1:05-cv-00413-SLR** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VARADAM FOUNDATION | ) | |
| and | ) | |
| JAIME JALIFE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants' Cross-Motion for Summary Judgment, and having heard the parties thereon

IT IS HEREBY ORDERED that summary judgment is entered in favor of the Defendants and against the Plaintiff.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE