UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHER PARTICIPATING UNDERWRITERS AND INSURERS SEVERALLY SUBSCRIBING TO Policy No. A5BGLY170, <br>     Plaintiffs, <br><br> vs. <br><br> VARADAM FOUNDATION and JAIME JALIFE <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-413-SLR <br> (Lead Case) |

### STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF

WHEREAS, on June 29, 2007, Plaintiffs filed a motion for summary judgment (D.I. 32) and an opening brief in support (D.I. 33); and

WHEREAS on July 30, 2007, Defendants filed a cross-motion for summary judgment and a consolidated brief in support of their cross-motion and in opposition to Plaintiffs' motion (D.I. 39);

NOW, THEREFORE, it is hereby stipulated and agreed that Plaintiffs shall have until August 16, 2007, to file a reply brief in support of their motion and an answering brief in opposition to Defendants' cross-motion.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
mccauley@pbh.com
Attorneys for Plaintiffs

RAWLE & HENDERSON LLP

By: _____
William J. Cattie, III (ID 953)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
(302) 654-0500
wcattie@rawle.com
Attorneys for Defendants

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE