

25 APR 2005

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

DATE:   April 22, 2005

TO:     Keith Tait
        Benfield Group

FROM:   Fredric A. Silberman

RE:     Varadam Foundation &/or Jaime Jalife
        M/Y "MAMMA MIA"
        A4BGLY181

Number of pages including cover sheet:   1

---

Dear Keith:

The captioned policy expires May 20, 2005. We requested renewal information from the assured and found that the vessel is located on the Caribbean side of Mexico, in Cancun. Current navigation is Pacific coastal waters of the U.S.A. and Mexico. Obviously, a lapse in communication between the owner and vessel manager has occurred.

We are still awaiting firm navigational plans for the coming year, but had to advise immediately of where the vessel is today and through the remainder of the policy period.

Respectfully await underwriters' wrath / advices.

Best regards,

Fredric A. Silberman



EXHIBIT "A"

FLORIDA: 901 S.E. 17th Street, Suite 209, Ft. Lauderdale, FL 33316 • (954) 522-7755 • (800) 441-7755 • Fax (954) 522-7765
NEWPORT: P.O. Box 239, Newport, RI 02840 • (401) 848-4500 • (800) 976-2676 • Fax (516) 333-9529