| BROKER BEN | BROK L.P.S.O. No. 875 | CURRENCY INSD | | GROSS PREMIUM | |
|---|---|---|---|---|---|
| | | | | IN ALL | MARINE WAR |
| ATTACHING TO POLICY No. A4BGLY181 | ENDORSEMENT REF. | | TOTAL | | |
| REGISTRATION | V.A.T. | T.O.C TRIBUNAL | LLOYD'S | | |
| SERIAL | BINDING AUTHORITY REG. No & DATE | SETT. DUE DATE | DEF. ADJ. | ILU | |
| | | | | LIRMA | |
| ASSURED/ACCOUNT Varadam Foundation and/or Mr. Jaime Jalife. | | LEADING U/WR | | OTHER COMPANIES | |

London, 3rd May, 2005

"MAMMA MIA"

It is hereby noted and agreed, effective 24th February, 2005 coverage hereon is suspended in its entirety due to vessels breach of policy navigating limits.

It is further noted and agreed, effective 22nd April, 2005 coverage hereon re-attaches with navigating limits amended to [ ] as follows :-

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Gulf of Mexico, the east coast of Mexico, Cancun, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti.

All other terms and conditions remaining unaltered.

Hon_Jalife.2004

INITIAL

| SYND./COY | | | | | | |
|---|---|---|---|---|---|---|
| L.P.S.O NUMBER & DATE | | | | | I.L.U. NUMBER & DATE | |

EXHIBIT "B"