

**CORPORATE HEADQUARTERS:**
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:**   May 20, 2005

**TO:**   Keith Tait
Benfield Group

**FROM:**   Fredric A. Silberman

**RE:**   Varadam Foundation &/or Jaime Jalife
M/Y "MAMMA MIA"
Renewal of A4BGLY181 - 20 May 2005

**Number of pages including cover sheet:**   1

Dear Keith:

Captioned insured would like to know renewal premium IF he elects to stay on the
Caribbean / East Coast instead of returning through canal to west coast Mexico.

Await your advices.

Thanks and best regards,

Fredric A. Silberman

**EXHIBIT**
**"C"**