# Fax

| | | | |
|---|---|---|---|
| To: | Fredric A. Silberman – Alliance Marine Risk Managers, Inc., New York | From: | Keith Tait |
| Fax No: | 001 516 333 9529 | Direct Tel: | +44 [0]20 7712 8503 |
| Date: | 23 May 2005 | Direct Fax: | +44 [0]20 7578 7463 |
| Our Ref: | Renewal of A4BGLY181 | Total Pages: | 1 (including this page) |

**RE: Varadam Foundation etc. : "MAMMA MIA"**

Dear Fred,

Further to your fax dated 20th May.

Have obtained quote from Underwriters based on the following navigating limits :-

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti.
Warranted not south of the Tropic of Cancer between 1st June and 31st October inclusive.

New Annual Rates : Hull : 0.95 % C.R.O.
                   I/V : 0.375% C.R.O.

Will await your further advices if you wish us to endorse policy to amend navigating limits as per the above.

Best regards,

Keith.

[Handwritten calculations:]
2,260,000 × .95 = 21,470
IV  750,000 × .375 = 2,813.
Wм                    1,505
P&I                     250
crew                  1,500
                   _____
                    27,538

**Confidentiality Notice**
This fax and its contents are intended only for the use of the addressee(s) and may be confidential/privileged. No one else may review, copy, disclose or otherwise use it or its contents. If you receive this fax in error, please contact the sender and return it as soon as possible.

55 Bishopsgate   London EC2N 3BD   T +44 (0)20 7578 7000   F +44 (0)20 7578 7001   www.benfieldgroup.com

Benfield Limited is authorised by the Financial Services Authority under the reference number 311884. Registered in England no 1170753.
Registered office 55 Bishopsgate.

EXHIBIT "D"