

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE**
**RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

**DATE:** May 23, 2005

**TO:** Karina Elizalde
Performance Boats

**FROM:** Fredric A. Silberman

**RE:** Varadam Foundation - 'MAMMA MIA"
Renewal of Cover Note A4BGYLY181

**Number of pages including cover sheet:** 1

---

Dear Karina:

Underwriters have quoted as follows if the captioned vessel remains on the east coast and Caribbean instead of returning to the west coast:

Revised Navigation Area: Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti. **WARRANTED NOT SOUTH OF THE TROPIC OF CANCER BETWEEN 1ST JUNE AND 31ST OCTOBER, INCLUSIVE.**

The new annual premium, with a liability limit of $1,000,000., would be $27,538. instead of $29,608.

Regarding increasing the liability limit, *additional* premiums would be:
  $1,000,000 excess of $1,000,000     $780
  OR
  $2,000,000 excess of $1,000,000     $1,560

**Please advise immediately, as the premium is due by May 30, 2005.**

Best regards,

Fredric A. Silberman

EXHIBIT "E"