

CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

# Fax Cover Sheet

DATE: May 26, 2005

TO: Keith Tait
Benfield Group

FROM: Fredric A. Silberman

RE: Varadam Foundation &/or Jaime Jalife
M/Y "MAMMA MIA"
A5BGLY170 - 20 May 2005 Renewal

Number of pages including cover sheet:   4

---

Dear Keith:

Captioned insured has requested the following amendments to the 20 May renewal:

1. Vessel will stay on the Caribbean / East Coast instead of returning through canal to west coast Mexico.
2. He would like to bind $1,000,000 excess $1,000,000 P&I at an annual premium of $780.
3. There will be an additional crewmember (cook).

We calculate the new annual premiums to be $28,038 and $780.

Finally, attached is resume of Francisco Tomas Rodriguez Rodriguez, who is the new captain of "MAMMA MIA". Please review with underwriters and advise.

Thanks and best regards,

Fredric A. Silberman

EXHIBIT "F"