# BENFIELD

# Fax

| | | | |
|---|---|---|---|
| To: | Fredric A Silberman – Alliance Marine Risk Managers, Inc., New York | From: | Keith Tait |
| Fax No: | 001 516 333 9529 | Direct Tel: | +44 [0]20 7712 8503 |
| Date: | 27 May 2005 | Direct Fax: | +44 [0]20 7578 7463 |
| Our Ref: | A5BGLY170 | Total Pages: | 2 (including this page) |

**RE: Varadam Foundation etc. : "MAMMA MIA"**

Dear Fred,

Further to your fax dated 26th May.

Have noted the contents of your fax and have obtained Underwriters agreement to the attached endorsement which, I trust you will find to be in order.

We will therefore now process formal endorsement accordingly.

Can also advise having obtained Underwriters agreement to bind Excess P&I coverage as requested and as per the attached.

Warranted no known or reported losses as at 27th May, 2005.

Trusting you find everything to be in order, we will now process cover note etc. accordingly.

Further, can advise that Underwriters have seen and accepted resume of new Captain as submitted, subject to sight of a copy of his Captain's license and subject to confirmation that he has not previously been involved in any claims or incidents likely to give rise to a claim.

Will therefore await your further advices in due course.

Best regards,

Keith.

**Confidentiality Notice**
This fax and its contents are intended only for the use of the addressee(s) and may be confidential/privileged. No one else may review, copy, disclose or otherwise use it or its contents. If you receive this fax in error, please contact the sender and return it as soon as possible.

55 Bishopsgate   London EC2N 3BD   T +44 (0)20 7578 7000   F +44 (0)20 7578 7001   www.benfieldgroup.com

Benfield Limited is authorised by the Financial Services Authority under the reference number 311664. Registered in England no 1170753.
Registered office 55 Bishopsgate


EXHIBIT "G"