| BROKER | BROKER | CURRENCY INSD | | CROSS PREMIUM | |
|---|---|---|---|---|---|
| BBN | L.P.S.O. No. 875 | | | IN ALL | MARINE WAR |
| ATTACHING TO POLICY No. A5BGLY170 | ENDORSEMENT REF. | | TOTAL | | |
| REGISTRATION | V.A.T. | T.O.C TRIBUNAL | LLOYD'S | | |
| SERIAL | BINDING AUTHORITY REG. No & DATE | SETT. DUE DATE | DEF. ADJ. | ILU | |
| | | | | LIRMA | |
| ASSURED/ACCOUNT Varadam Foundation and/or Mr. Jaime Jalife | | LEADING UWR | | OTHER COMPANIES | |

London, 27th March, 2005

"MAMMA MIA"

It is hereby noted and agreed, effective inception, navigating limits hereon are amended to read as follows :-

Inland and coastal waters of the east and Gulf coast U.S.A. between Eastport, Maine and Brownsville, Texas, including Bermuda, the Bahamas and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti. Warranted not south of the Tropic of Cancer between 1st June and 31st October inclusive.

New Annual Rates : Hull : 0.95 % Cancelling Returns Only
                   I/V :  0.375 % Cancelling Returns Only

It is further noted and agreed, effective inception, the number of full-time paid crewmembers covered hereon is increased from three (3) to four (4).

Additional Premium : USD500 in full.

All other terms and conditions remaining unaltered.

Hon_Jalife 2005

EXHIBIT "H"