5/31  6/ ㅜ (



CORPORATE HEADQUARTERS:
1400 Old Country Road
Suite 307
Westbury, New York 11590

**ALLIANCE MARINE RISK MANAGERS, INC.**

NY (516) 333-7000
Nat'l (800) 976-2676
Fax (516) 333-9529

May 27, 2005

Ms. Karina Elizalde
Performance Boats
Fuente de Tritones 26, Col. Tecamachalco
Naucalpan, Estado de Mexico 53950

RE: Varadam Foundation and/or Mr. Jaime Jalife - *"MAMMA MIA"*
Cover Note A5BGLY170 and Excess Liability Binder

Dear Karina:

Enclosed is an endorsement to the captioned renewal policy adding coverage for one extra crew member and amending the navigation limits of the captioned policy to the east coast U.S., Bermuda, the Bahamas, and the Caribbean Sea, including Venezuela but excluding Cuba, Colombia and Haiti.

**Important!**
1. The vessel must be north of the Tropic of Cancer between 1st June and 31st October.
2. There is no coverage under this policy for navigation on the Pacific coast.

Also enclosed is a binder evidencing $1,000,000 excess of $1,000,000 liability coverage for "MAMMA MIA". As underwriters bound coverage today, but made it effective May 20, 2005, they require a statement signed by the boat owner or his representative, confirming that there have been no known or reported losses for the period May 20th to May 27th. For your convenience, the attached form may be used.

Regarding the new captain, underwriters have reviewed his resume and will accept him subject to confirmation that he has not been involved in any claims or incidents. The attached form may be used.

Our invoices, totaling a credit of $790.00, are attached. **This leaves a balance of $28,818 due and payable by May 30, 2005.**

Please contact me if you have any questions.

Best regards,

ALLIANCE MARINE RISK MANAGERS, INC.


Fredric A. Silberman
President

FAS/jh
Enc.

**EXHIBIT "I"**