1    .

            UNITED STATES DISTRICT COURT
2                 DISTRICT OF DELAWARE

3           CASE NO. 1:05-CV-00413-SLR

4

ACE CAPITAL AND OTHERS
5    UNDERWRITING AT LLOYD'S
     SEVERALLY SUBSCRIBING TO
6    POLICY NUMBER A5BGLY170,

7         Plaintiffs,

8    vs.                                    **COPY**

9    VARADAM FOUNDATION,

10        Defendant.

11   _____

12

13

14                   DEPOSITION

15                       OF

16         FRANCISCO TOMAS RODRIGUEZ

17

18
                  Moore & Company, P.A.
19                355 Alhambra Circle
                      Suite 1100
20                Coral Gables, Florida

21

22
              Monday, February 13th, 2006
23                   10:00 a.m.

24

25                                          EXHIBIT
                                              "J"

1                        APPEARANCES

2

For the Plaintiffs:

3
              JOSE R. COT, ESQ.
4             Maginnis & Hurley, P.A.
              Canal Place One
5             365 Canal Street
              Suite 2750
6             New Orleans, Louisiana  70130

7   For the Defendant:

8             SCOTT A. WAGNER, ESQ.
              Moore & Company, P.A.
9             355 Alhambra Circle
              Suite 1100
10            Coral Gables, Florida  33134

11  Also present:  Pilar Oberheiser, Interpreter

12                      I N D E X

13

14

| Witness | Direct | Cross |
| --- | --- | --- |
| Francisco T. Rodriguez | 3 | 13 |

15

16

17

                  E X H I B I T   I N D E X

18

19

| Defendant's | Description | Page No. |
| --- | --- | --- |
| 1 | Ship Repair Log | 17 |
| 2 | Ship Repair Log | 17 |
| 3 | Inspection Order | 33 |
| 4 | Claim Voucher | 44 |
| 5 | Statement | 45 |

20

21

22

23

24

25

```
 1              (Thereupon, Pilar Oberheiser was sworn
 2         to interpret from English to Spanish and from
 3         Spanish to English to the best of her ability
 4         and knowledge.)
 5    THEREUPON:
 6                   TOMAS RODRIGUEZ,
 7    a witness named in the notice heretofore filed,
 8    having been first duly sworn, deposes and says as
 9    follows:
10                   DIRECT EXAMINATION
11    BY MR. WAGNER:
12         Q.    Please state and spell your name, for
13    the record.
14         A.    Francisco Tomas Rodriguez.
15         Q.    How do you spell that?
16         A.    F-R-A-N-C-I-S-C-O  T-O-M-A-S
17    R-O-D-R-I-G-U-E-Z.
18         Q.    And, what your current address?
19         A.    Lomas del Mirador.  Number 85, Colonia
20    Lomas del Valle.  Manzanillo, Colima, Mexico.
21         Q.    What is your occupation?
22         A.    I'm a yacht captain.
23         Q.    Who do you work for?
24         A.    Recently, I haven't been.  I had been
25    working for Mr. Jaime Jalife.
```

1    Q.    And, how long have you worked for Jaime

2  Jalife?

3    A.    I only lasted three months.

4    Q.    When did you begin working for Jaime

5  Jalife?

6    A.    For Jaime Jalife, let me think about

7  this.  The accident was in June, so it was about

8  two weeks before the accident.

9    Q.    And, do you remember when the accident

10  occurred?

11    A.    Yes, sir.

12    Q.    When was that?

13    A.    It was June 5th at about seven in the

14  evening.

15    Q.    Could describe where you were at the

16  time of the accident?

17    A.    I was driving the boat.

18    Q.    And, can you describe the conditions

19  when you were driving the boat?

20    A.    It was windy and the wind was coming

21  from the southeast and the tide was going up five

22  or seven feet, the waves.  There were some areas

23  that were calm, and then again the waves would

24  come in.  I tried to go into the Puerto Aventuras

25  Marina, and that's when I had problems getting in,

 1  and that's when a wave hit me and threw me onto

 2  the rocks.

 3      Q.    When you say that you had problems

 4  coming in, what type of problems did you

 5  experience coming in?

 6      A.    I felt that the machine on the port side

 7  stopped for like a moment, and when I tried to fix

 8  the problem, that's when the wave hit me, and then

 9  I go over on to the rocks.  At that moment, I

10  talked on the radio so that the people from the

11  marina would come out to help me to get the boat

12  out.

13          Unfortunately, by the time they arrived,

14  it was a little bit too late and that's when I

15  talked to the owner and the owner was with the

16  broker, and they told me over the phone to stop,

17  that they were coming over there to help me.

18          From there, I got the crew off and I,

19  too, disembarked and that's it.

20      Q.    How many crew members were on board at

21  the time of the incident?

22      A.    Two.  My machinist and my cook were on

23  board.

24      Q.    And, when you say the machine stopped

25  and froze, do you mean the engine?

1      A.    The main engine, yes.

2      Q.    What type of engines do you have on this

3   vessel?

4      A.    They were German motors.  They were

5   Lamont M.T.U.s.

6      Q.    How many M.T.U. engines were on board

7   the vessel?

8      A.    Two.

9      Q.    And, where are they located on the boat?

10      A.    In the engine room.

11      Q.    And, had you ever had any problems with

12   the engines prior to this incident?

13      A.    There had been problems in the boat's

14   history, in addition to which I had an alarm on

15   the boat that was going off.  There was a problem

16   with the transmission before.  There was a problem

17   with the transmission turning off, and in

18   reality -- well, at that moment, I don't really

19   know exactly what it was that happened, but I lost

20   control.

21      Q.    Where was the boat coming from before it

22   got to Puerto Aventuras?

23      A.    From Cancun.  The marina's name was

24   Marina Hacienda del Mar.

25      Q.    And, how long did it take you to get

1  from Hacienda del Mar to Puerto Aventuras?

2      A.    Six hours.

3      Q.    And, were you coming back to pick up

4  anybody?

5      A.    Well, Puerto Aventuras was its base at

6  that moment.  We were going to start to examine

7  the problems that the engine had and give

8  maintenance to the entire ship.  We were going to

9  paint it and fix it up.  We were going to do some

10  work on the dingy, as well.

11      Q.    When you arrived at Puerto Aventuras,

12  was the port open or closed?

13      A.    It was closed.

14      Q.    And, why was it closed?

15      A.    At that moment, I didn't know that it

16  was closed.  However, later on, after the

17  accident, I realized that it was closed.

18      Q.    Do you know why the port was closed?

19      A.    Because of the bad weather.

20      Q.    And, was anybody available at the radio

21  station at the port?

22      A.    I always kept the radio on sixteen.  At

23  no time did I hear any comment about the port

24  being closed, but then, after the accident had

25  happened, I used the radio to ask for help, and

1    that's when the Mexican Marine came over to help

2    me and also the people from that place.

3        Q.    What place?

4        A.    The people from the Puerto Aventuras

5    Marina, the local people.

6        Q.    How many people came over to help you

7    out?

8        A.    About some twenty people.

9        Q.    And, after the boat grounded on the

10    rocks, what happened to the boat?

11        A.    Well, waves and more waves were coming

12    on to it, so it was becoming more and more

13    damaged.  They were hitting it, and then it would

14    go further in and onto the rocks.

15        Q.    Where was the boat located after the

16    incident?

17        A.    It stayed there the entire time.

18        Q.    And, was the boat ever brought in to be

19    fixed?

20        A.    Well, lately, yes, it's in the marina,

21    in the boat yard.

22        Q.    Where is the boat at this time?

23        A.    It's in Isla Mujeres right now, at the

24    boat yard there at Isla Mujeres.

25        Q.    How long had you worked on boats before

1    working on this vessel?

2        A.    Sixteen years.

3        Q.    And, you talked about the engine room;

4    is that correct?

5        A.    Yes, sir.

6        Q.    Where is the engine room located on this

7    boat?

8        A.    Right in the middle of the vessel.

9        Q.    And, what else is in the engine room

10   besides the two M.T.U. engines?

11       A.    There are two generators; we have the

12   air conditioning unit compressors; and we have

13   pumps for salt water, as well as for regular

14   water.

15       Q.    Anything else?

16       A.    Then, there's tanks for fuel.  There's

17   an oil tank.  There's also a system in case

18   there's a fire, like an anti-inciendary device,

19   and all kinds of accessories, like tools and what

20   have you.

21       Q.    When you say you lost control of the

22   vessel, describe in more detail how you lost

23   control.  I mean, what could you and what could

24   you not do?

25       A.    When I tried to get into the canal,

1    that's when it supposedly was calm.  Then, I tried

2    to go in, but that's when the first wave comes and

3    it starts pushing me.  I start to go faster, but

4    that's when I lose the port side.

5        Q.    The port side is the left side of the

6    ship?

7        A.    I'm talking about the port side engine,

8    yes, sir.

9        Q.    And, could you describe for me how the

10   port is set up and how you would maneuver into the

11   port?

12       A.    It's like just going through two

13   breakwaters and you go past two of them, and then

14   you lean a little bit toward the left side, and

15   then you maneuver back toward the right, and then

16   that's when you're already inside the marina.

17       Q.    Did you ever get inside the marina?

18       A.    Oh, yeah.

19       Q.    So, you were coming from the north or

20   the south?

21       A.    I was coming from the north.

22       Q.    And, when you came into port, did you go

23   into it through the north entrance of the port or

24   the south entrance of the port?

25       A.    Right in the center.

1      Q.      There's an entrance in the center of the

2  port?

3      A.      It's only the two breakwaters and I'm

4  right in the middle.

5      Q.      And, what is on either side of the

6  entrance to the port?

7      A.      Beaches.  On the north side, there's a

8  beach and, on the south side, that's where the

9  rocks are, and then there's another beach, but

10 it's a very shallow beach.

11     Q.      Is that where you were pushed to?

12             Is that where the boat was pushed to?

13     A.      That's where I got on the rocks, where I

14 got stuck.

15     Q.      That's on the south side of the

16 entrance?

17     A.      Yes.

18     Q.      And, that's on the port side of the

19 boat?

20     A.      The left side.

21     Q.      And, you were trying to use the port

22 side engine to go right?

23     A.      It's just that the vessel moves with

24 both engines.  It's easier that way.  When I felt

25 that I was losing control, I wanted to go in

1    reverse and get out of the area, but that's when

2    the wave pushed me in.

3        Q.    The engines had stalled at that point?

4        A.    Yes, sir.  Just one engine had stalled,

5    but later, when I touched the rocks, I lost both

6    engines.

7        Q.    And, at that point, you're right by the

8    entrance to the marina or you're in the entrance

9    to the marina?

10       A.    I'm inside the marina.  I'm at the

11   entrance to the marina.

12       Q.    How long did it take for the people at

13   Puerto Aventuras to assist you?

14       A.    An hour.

15       Q.    And, how many people came to assist you?

16       A.    Between the marina people and the

17   Mexican Marina.

18       Q.    And, how did they help you?

19       A.    They tried to push the vessel and to get

20   me out of the area, out of the rocks, but it was a

21   little bit dangerous, because the waves were still

22   coming in and they were hitting the vessel pretty

23   hard and, when I talked to the owner, with the

24   advise from the broker, he told me that it was

25   best to leave everything just the way that it was,

1    because they were coming to see the vessel and

2    they were bringing people from Miami to help and

3    to get the vessel out of the there, to get it out

4    from there, from the rocks.

5         Q.    On the trip down, the six hour trip

6    down, did you experience any problems, up to that

7    point, with your engines, just on that trip?

8         A.    No.

9              MR. WAGNER:  I have nothing further.

10             Thank you very much.

11                    CROSS-EXAMINATION

12   BY MR. COT:

13        Q.    Captain Rodriguez, good morning.

14        A.    Good morning.

15        Q.    My name is Jose Cot, and I represent

16   London Underwriters.

17        A.    Hello.

18        Q.    Did I understand you correctly to say,

19   sir, that you were on your way from Cancun to

20   Puerto Aventuras for purposes of performing

21   maintenance to the vessel?

22        A.    Yes.

23        Q.    Could you please tell me, specifically,

24   what maintenance was scheduled to be performed on

25   the vessel that you were intending to perform at

 1  Puerto Aventuras?

 2      A.    One of the most important things was

 3  working on the port side engine.

 4      Q.    Anything else?

 5      A.    The other thing we were going to do was

 6  painting maintenance, repairs to the dingy and --

 7  I have a list here of work to be done, if you want

 8  to see that.

 9      Q.    Sure.  That would be fine.

10      A.    It's this one.

11      Q.    Could I see it, please?

12      A.    Sure.

13      Q.    Thank you.

14      A.    This is another one.

15      Q.    Thank you.

16      A.    He is the vessel's previous captain.  He

17  was on the vessel for three years before I was.

18  He, himself, made this checklist of what

19  maintenance was needed to be performed on the

20  vessel for me once I had acquired the position of

21  captain on the boat.

22      Q.    Thank you.

23            And, am I correct that you became the

24  captain of the Mamma Mia, did you say, very

25  shortly before June 5th?

 1          Did I understand that correctly?

 2      A.    Yes.

 3      Q.    When, exactly, did you become the

 4  captain?

 5      A.    Before June the 5th some time.  I'm

 6  going to check the paperwork right now.  There are

 7  some copies here of the vessel's history.  May 3rd

 8  is when I took command of the vessel, but I was

 9  there a week before.

10          We were, therefore, there together for

11  one week while he turned the vessel over to me.

12  But, officially, I took command over the vessel on

13  May 23rd.

14          MR. COT:  Let's go off the record,

15      please.

16                  - - -

17          (Thereupon, a brief discussion was held

18      off the record, after which time the

19      following transpired:)

20                  - - -

21          MR. COT:  Let's go back on the record,

22      please.

23  BY MR. COT:

24      Q.    Captain Rodriguez, you have shown me

25  here a list which you have referred to as a work

**Ace Capital vs. Varadam**

1  list; is that correct?

2      A.    Yes, sir.

3      Q.    And, as I understand it, these are the

4  items that you intended to perform once the Mama

5  Mia got to Puerto Aventuras; is that correct?

6      A.    That's correct.

7      Q.    And, as I further understand your

8  testimony, captain, these items were items that

9  had been prepared or had been put together by the

10 previous captain; is that correct?

11     A.    That list, yes.  This is the one that I

12 made.

13     Q.    Let's make sure that we understand which

14 one was prepared by the previous captain and which

15 one was prepared by you.

16     A.    Yes, sir.

17     Q.    This one is signed or not signed, but

18 the one that indicates that it was prepared by

19 Captain Julian Solis, is that the previous

20 captain?

21     A.    Yes.

22          MR. COT:  I'm going to mark that as

23      exhibit number one, Captain Rodriguez one.

24                   - - -

25          (Thereupon, a Ship Repair Log was marked

1    as Plaintiff's Exhibit number 1 for

2    Identification.

3    - - -

4  BY MR. COT:

5    Q.    Am I correct, captain, that this is the

6  original one?

7    A.    Yes, sir.

8    Q.    And, then, there was a second list that,

9  as I understand it, is the one that you prepared;

10  is that correct?

11    A.    That's correct.

12    Q.    And, that's the same one as the one that

13  you prepared?

14    A.    Yes.

15       MR. COT:  We will mark that one as

16    Capacity Rodriguez number two.

17    - - -

18       (Thereupon, a Ship Repair Log was marked

19    as Plaintiff's Exhibit number 2 for

20    Identification.

21    - - -

22  BY MR. COT:

23    Q.    Now, I see a name at the bottom that is

24  not your name.

25    A.    Right.

Ace Capital vs. Varadam

1    Q.    Who is that person?

2    A.    He was the worker who was going to be

3    performing the work.

4    Q.    Okay.  But, the list was the list that

5    you prepared; is that correct?

6    A.    Yes, sir.

7    Q.    Is it fair to say that these are the

8    items that you had discussed with the worker,

9    Mr. Ruben Aguilar?

10   A.    Yes, sir.

11   Q.    In fact, this list, which we previously

12   marked as Captain Rodriguez number two,

13   essentially indicates Propuesto de Trabajo de

14   Pintura y Mantenimiento, meaning that it's like a

15   proposal for work to be done; is that correct?

16   A.    Yes, it is.

17   Q.    And, can you go through those items,

18   please, and explain to us what work was to be

19   performed on the Mamma Mia when it got to Puerto

20   Aventuras?

21   A.    What was going to be done?

22   Q.    Right, the work to be performed on the

23   vessel.

24   A.    Yes.

25   Q.    Could you tell me what those items are?

```
 1        A.    Yes.  Number one was cleaning and
 2   painting of the frames and combat doors.
 3        Q.    What are combat doors?
 4        A.    It is an access door, like an entry
 5   door.  They're made of metal and they were rusted
 6   out.  We had to take everything down, clean it and
 7   paint it.  Cleaning, maintenance and painting of
 8   the dingy barrel.  It had a few little scratches
 9   on the hull.  Gel coat.  That had to be repaired.
10   We had to paint the scratches over it with the gel
11   coat.  Maintenance and cleaning and painting of
12   all of the pipes on the -- let me make a
13   correction.  We were going to repair the dingy
14   handles.
15        Q.    The rails?
16        A.    Rails, yes, sir.
17        Q.    Handrails?
18        A.    Handrailings, yes.
19        Q.    Go ahead.
20        A.    Maintenance of the non-slippery areas of
21   the covered area where the controls are located.
22   That like the pilot station.
23        Q.    The fly bridge?
24        A.    The fly bridge, yes, sir.
25        Q.    Go ahead.
```

Ace Capital vs. Varadam

1    A.    Change and place new silicone in some

2  areas of the window frames.  In this budget, I did

3  not include the engines that needed to be

4  replaced, because we had already discussed the

5  fact that the -- that is, the owner was handling

6  it directly with M.T.U.

7    Q.    And, when you say "the owner," are you

8  referring to Jaime Jalife?

9    A.    Not with him directly, but with the

10  attorney, Eduardo Fiero.  He's like a manager,

11  like a supervisor, and he had already authorized

12  the parts to be ordered and the M.T.U. person was

13  going to go to Puerto Aventuras to check the

14  problem with the engines.  However, since he was

15  already out there, he was going to check

16  everything at that time on both of them.

17    Q.    And, the one engine that you referred to

18  as having problems was the port engine; is that

19  correct?

20    A.    That's correct.

21    Q.    And, so, if I understand you correctly,

22  Captain Rodriguez, there was to be an M.T.U.

23  representative in Puerto Aventuras to meet you

24  when you got there to be able to inspect the

25  engines and, specifically, the port engine; am I

Case 1:05-cv-00413-SLR    Document 41-11    Filed 08/16/2007    Page 21 of 62

Page 21
Ace Capital vs. Varadam                                    February 13, 2006

1    correct?

2        A.    That's correct.

3        Q.    And, am I correct, as well, that it had

4    been coordinated with Mr. Jalife's manager, el

5    Licensiado Eduardo Fiero?

6        A.    That's correct.

7        Q.    And, were you involved in those

8    conversations, as well?

9        A.    Yes.

10       Q.    Okay.

11       A.    Together with my machinist.

12       Q.    And, who was your machinist on this

13   vessel?

14       A.    Jose Luis -- I've got it here somewhere.

15   Jose Luis Hernandez Aramburu.

16       Q.    Is he still employed by Mr. Jalife?

17       A.    No, sir.

18       Q.    And, as I understand it, you are not

19   currently employed by Mr. Jalife, either; is that

20   correct?

21       A.    That's correct.

22       Q.    Were you able to speak to the M.T.U.

23   representative?

24       A.    No, sir.  Not directly, no, sir.

25       Q.    Okay.  But, was it your understanding

**Ace Capital vs. Varadam**

1  that Mr. Fiero was discussing the work that was to

2  be done with the M.T.U. representative; is that

3  correct?

4      A.    Yes, that's correct.  And, with Jose

5  Luis, my machinist.

6      Q.    In your estimation, how long was it

7  scheduled to take to conduct all of these

8  different repairs and maintenance that had been

9  scheduled for the Mamma Mia?

10     A.    Fifteen days.

11     Q.    Okay.  And, am I correct that the

12  maintenance and the repair work, as you have

13  outlined, was scheduled to begin on June the 5th?

14     A.    On the Monday after, which was the 6th.

15     Q.    So, that would have been June 6th, 2005;

16  is that correct?

17     A.    That's correct, sir.

18     Q.    So, it would have taken fifteen days

19  from June the 6th, 2005; is that correct?

20     A.    That's correct.

21     Q.    And, the work would have been performed

22  at Puerto Aventuras?

23     A.    Yes, sir.

24     Q.    Now, you mentioned earlier that the

25  vessel had had some problems with the port engine

www.mydepos.com
www.myreporters.com                Taylor, Jonovic, White & Gendron /           305-358-9047
                                   Florida Realtime Reporting                   Fax 305-371-3460

1    before you were bringing it from Cancun to Puerto

2    Aventuras; is that correct?

3         A.    Yes, that's correct.

4         Q.    Could you describe for me the extent of

5    the problems that you were experiencing with the

6    port engine of the Mamma Mia prior to the time

7    when you brought it from Cancun to Puerto

8    Aventuras?

9         A.    Well, the first week that I started to

10   work on it, it was in conjunction with Captain

11   Solis.  Mr. Jalife arrived there with his family

12   and we went out for a ride for four days.

13        Q.    Was that in Cancun?

14        A.    No.  We started in Puerto Aventuras, and

15   then we went to Cancun, Isla Mujeres and Holbosh,

16   which is part of the area.

17              In those four days, that's when the

18   problems started with an alarm that was sounding

19   off every once in a while.  It was just going on

20   and going off.  It would make noise every so

21   often.  The owner was on board when that happened.

22   He knew of the problems.  He realized there was a

23   problem.

24        Q.    You're talking about Mr. Jalife?

25        A.    Yes, sir.

Case 1:05-cv-00413-SLR    Document 41-11    Filed 08/16/2007    Page 24 of 62

Page 24
**Ace Capital vs. Varadam**                                    February 13, 2006

 1        Q.     Go ahead.

 2        A.     That's when he's told that there are

 3   problems, but he stated that once he left, later

 4   on, he was going to send over the mechanic from

 5   M.T.U. so that he could check everything out and

 6   look at all the problems we were having with the

 7   boat, and that's when I started to see what

 8   problems the ship was having, as far as paint and

 9   maintenance and what have you.  The engines, the

10   generators; everything.  I just wanted to be up to

11   date, as far as what problems the boat was having,

12   and get up to speed.

13        Q.     As you were familiarizing yourself with

14   the Mamma Mia and the problems that the vessel was

15   having, were you discussing these problems with

16   the previous captain, Captain Solis?

17        A.     Yes, sir.

18        Q.     And, is it fair to say that the problems

19   that you were both discussing are reflected in the

20   list prepared by Captain Solis?

21        A.     That's correct.

22        Q.     And, that's the exhibit we previously

23   labeled as Captain Rodriguez number one; is that

24   correct?

25        A.     That's correct.

1    Q.    Could you go through that list, Captain

2    Rodriguez, please, and describe for me the

3    problems that you had discussed with Captain

4    Solis?

5    A.    Okay.  First of all, we have the

6    generators.  Install the temperature gauges and

7    oil pressure gauges.  It also needed a change of

8    injector service, because it had already gotten to

9    the four thousand hours.  Therefore, that meant

10   you had to change the injectors, the fuel pumps,

11   the impellers and whatever the mechanic found

12   should be repaired.

13        The other thing was the hull and the

14   engines.  We had to put it up in the boat yard and

15   paint the bottom part of it.  We had to take the

16   water intake out.  Everything that had to do with

17   the hull and with the water intake and the water

18   that goes out of the pumps had to be checked.  We

19   also had to check the rudders.  We had to again

20   put it in the back and into the rudders.  That's

21   so that water doesn't go on in.  We had to repair

22   the brakes in the back part of the boat.

23   Q.    In the stern?

24   A.    That's the stern, yes, sir.  That's what

25   it's called.  As we can see here, it was having

1    problems, a little bit of problems, in the hull,

2    as well.

3        Q.    What is the extent of those problems or

4    what was the extent of those problems?

5        A.    There were little scratches in the

6    hull's gel coat.

7        Q.    Anything else?

8        A.    The main door to go into the boat,

9    sometimes the door would get stuck, and the

10    supports where the cover goes on to the fly

11    bridge, as well.

12        Q.    I'm not so sure I understand what you

13    mean.

14        A.    Well, in the hull, you have the shaft

15    and the propellers, and then in the place where

16    the shaft goes in, it's supposed to have a kind of

17    packing in there.

18        Q.    Like a seal?

19        A.    A seal, yes.  That was also going to be

20    changed on the boat.

21        Q.    Okay.

22        A.    We had to review and repair certain

23    problems with rust in areas that had been

24    previously welded.  There was also corrosion or

25    rust in some of the pipes that were there to get

Case 1:05-cv-00413-SLR    Document 41-11    Filed 08/16/2007    Page 27 of 62

Page 27
**Ace Capital vs. Varadam**                                    February 13, 2006

1  water out of the vessel.  There was also

2  maintenance and painting of the secondary doors,

3  which is also mentioned on my list, as well as

4  maintenance and paint in the dingy's hull and its

5  railings.  Installation of the weather facts

6  equipment.  The boat did not have that.  We also

7  had to replace or renew the wind direction device

8  and repair some parts of the wood on the vessel.

9  These were all minor repairs.  These were all

10 small jobs.  Also, we had to repair the teak wood

11 on the steps.

12      Q.    Let me interrupt you for a second.

13      A.    Sure.

14      Q.    I just want to make sure that I'm

15 following you correctly.

16            When you say that they were small jobs,

17 do you mean in addition to the ones you have

18 already described, which are not small; is that

19 correct?

20      A.    That's right.

21      Q.    So, there were other miscellaneous or

22 smaller jobs?

23      A.    Yes.

24      Q.    Please go on.

25      A.    Okay.  The last thing was to check all

1   of the equipment that was anti-fire or

2   anti-inciendary equipment.

3       Q.    Did any of those items -- were any of

4   these items or repairs performed prior to June 5th

5   of 2005?

6       A.    No.

7       Q.    So, once again, as you were bringing the

8   vessel from Cancun to Puerto Aventuras, was it

9   your intention or was it the purpose of that trip

10  that all these different items that you have

11  testified to would be performed in Puerto

12  Aventura?

13      A.    That's correct.  People would come over

14  the weekend.  They would arrive on Wednesday and

15  they would be there until Sunday, and so we only

16  had Monday and Tuesday to clean and wash the

17  vessel and be ready for when, once again, other

18  people would come over to go out on the boat.

19          Then, on June 6th, the boat was going to

20  be docked for fifteen days to do all of these

21  repairs.

22      Q.    Okay.  When you say you that -- well,

23  you were describing the timetable where you would

24  have -- where you would be able to do some

25  maintenance on the boat, and then you stated that

Ace Capital vs. Varadam    February 13, 2006

1    you would have people that came and visited the

2    vessel, as well.

3        A.    Yes, of course.

4        Q.    Are you talking about Mr. Jalife and his

5    family?

6        A.    Yes, sir.

7        Q.    Anyone else, other than Mr. Jalife and

8    his family?

9        A.    Yes.  The last time, a friend of his

10   came over with his family.

11       Q.    Okay.  And, so, when you were bringing

12   the vessel to Puerto Aventuras on June 5th, 2005,

13   as I understand your testimony, the vessel was to

14   be laid out for fifteen days in order to complete

15   all of the maintenance and repairs that had been

16   scheduled; is that correct?

17       A.    Together with the mechanic who was going

18   to check the engine.  He was going to check both

19   motors.

20       Q.    And, that is the M.T.U. representative

21   that you have previously made reference to in your

22   testimony; is that correct?

23       A.    Yes, sir.

24       Q.    And, was there a specific facility at

25   Puerto Aventuras where the repairs or the

1  maintenance were to take place?

2      A.    What do you mean?

3      Q.    Was there like a boat yard there or

4  something like that?

5      A.    No.  It was just a marina, because all

6  of the repairs were going to be done in water.

7  This list over here is to get the boat up in the

8  boat yard, and then this list was just going to be

9  done in the ocean.

10     Q.    For the record, you're referring to

11 exhibit number two as the items that would have

12 been performed while the vessel was in the water;

13 is that correct?

14     A.    Yes, sir.

15     Q.    And, that's as it relates to those items

16 listed on exhibit number one that would have taken

17 place at a boat yard; is that correct?

18     A.    Yes, sir.

19     Q.    Is it your testimony, Captain Rodriguez,

20 that those items in that list would have required

21 dry docking?

22     A.    Certain of them would have required dry

23 dockage, yes.

24     Q.    And, where in Puerto Aventuras would

25 that have occurred?

1      A.      It would all have been done in Isla

2   Mujeres.

3      Q.      Again, I just want to make sure that I

4   understand you correctly, Captain Rodriguez.

5      A.      Yes, sir.

6      Q.      So, then, from June the 5th, 2005

7   through the ensuing fifteen days that you had

8   scheduled in which to conduct all of these

9   repairs, at some point, you were contemplating

10   bringing the vessel to Isla Mujeres for dry

11   docking; is that correct?

12      A.      No.   Those fifteen days were only for

13   this.

14      Q.      So, the fifteen day period you've

15   described following June 5th, 2005 would have been

16   to address the items listed on your list, exhibit

17   number two only; is that correct?

18      A.      Yes, that's correct.

19      Q.      And, those items or those repairs would

20   have taken place at Puerto Aventuras; is that

21   correct?

22      A.      Yes.

23      Q.      And, is it your testimony that following

24   those items, meaning those repairs or those items

25   of maintenance, as delineated in exhibit number

1  two, that you would have then performed the items

2  delineated in exhibit number one; is that correct?

3      A.    That's correct.

4      Q.    And, that would have taken place at Isla

5  Mujeres?

6      A.    Or in Miami, yes, sir.

7      Q.    Okay.  And, do you know where it was

8  scheduled to take place?

9      A.    Since I started working, I spoke to

10  Mr. Jaime Jalife and I asked him to explain to me

11  his entire schedule, like what he had programmed,

12  to see how much time -- to see how much time he

13  wanted to spend in Mexico or in Cancun, because he

14  had told me that he wanted to bring the boat here

15  to Miami to be here for like six months, and then

16  later on, he wanted to go to New York, and then

17  maybe go to Europe.

18      Q.    But, again, you knew that the items

19  listed on your list were to be performed starting

20  on June the 5th; is that correct?

21      A.    Yes, sir.

22      Q.    For a period of approximately fifteen

23  days thereafter; is that correct?

24          MR. WAGNER:  Objection to form.

25          THE WITNESS:  That's correct.

```
 1              MR. COT:  Let's mark this document as

 2         exhibit number three, please.

 3                     -  -  -

 4              (Thereupon, an Inspection Order was

 5         marked as Plaintiff's Exhibit number 3 for

 6         Identification.

 7                     -  -  -

 8    BY MR. COT:

 9         Q.    And, then, at some point after that, the

10    items listed on exhibit number one, which were the

11    items that would require dry docking, were to be

12    performed on the vessel; is that correct?

13         A.    Yes, sir.

14         Q.    And, you just do not know where those

15    repairs or maintenance items were to be performed;

16    is that correct?

17         A.    That's correct.

18         Q.    Do you know or did you discuss with

19    Mr. Jalife how long it was going to take to

20    conduct those repairs?

21         A.    Not with him, personally, but I've been

22    around long enough to know that that work takes

23    from between fifteen to twenty days, because I've

24    done it on other vessels, but Mr. Jalife had not

25    yet made up his mind as to whether it would be
```

```
 1    done in Isla Mujeres or if it were to be done here

 2    in Miami.

 3        Q.    Do you know why he had not made a final

 4    decision on that point?

 5        A.    No, sir.

 6        Q.    Did you ever discuss that with

 7    Mr. Jalife?

 8        A.    Yes.

 9        Q.    But, he didn't tell you why he had not

10    decided?

11                MR. WAGNER:   Objection to form.

12                THE WITNESS:   I spoke many times with

13          Mr. Eduardo Fiero, his representative, and I

14          also explained to him that I have a tourist

15          visa and that, in order to take the ship, I

16          needed a marine visa.  That's the C1.  That's

17          what you call it.  It takes a while.

18                I have to get back to Guadalajara, to

19          the consulate there, and I have to be given

20          the other visa, so I explained all of that to

21          him.  I explained to him that it all has to

22          be done with enough time.

23                That's why I needed for him to tell me

24          when it was that he planned to take the boat,

25          so that I could know how much time I was
```

1    going to need, but he didn't know.  He would

2    say to me:  We'll talk about it later, later.

3  BY MR. COT:

4    Q.    Okay.  On June the 5th, 2005, did you

5  have a marine visa that would have allowed you to

6  bring the vessel to The United States?

7    A.    No.

8    Q.    Did you, at any point subsequent to June

9  5th, 2005, get a marine visa that would have

10  allowed you to sail the vessel to The United

11  States?

12    A.    Well, after June the 5th, the accident

13  happened, and so it never came up.  Up to now, I

14  have not gotten it.

15    Q.    So, as you sit here today, Captain

16  Rodriguez, you never did obtain a visa to travel

17  to The United States; is that correct?

18    A.    Well, I do have my tourist visa.

19    Q.    You're right.  I apologize.  I stand

20  corrected.  I meant your marine visa.

21    A.    Not the marine visa, no, sir.  I never

22  actually got that.

23    Q.    And, to this day, have you been able to

24  ascertain from Mr. Jalife why he was unable to

25  give you a schedule or to plan for you when he

1  would perform the repairs and in what location and

2  so forth?

3      A.    He's a very busy man and I would only

4  talk to Eduardo, really, but his family also

5  wanted to use the ship.  He has daughters who are

6  adults.  They're grown and married.  He has sons

7  who are married and have their own families, as

8  well.  So, they would always be going to the boat.

9  One weekend, it would be one family, and then

10  another weekend, it would be another family, and

11  so I was always busy and he wasn't able to say to

12  me when things would be done.

13      Q.    Okay.  Following the accident on June

14  5th, 2005, when did you stop working for

15  Mr. Jalife?

16      A.    I went home on July 30th, and they

17  continued to send me my bimonthly checks until

18  November 15th.  That was it.  I didn't get paid

19  anymore after that.

20      Q.    So, after November 15th, 2005, you were

21  no longer getting checks from Mr. Jalife; is that

22  correct?

23      A.    That's correct.

24      Q.    Did you, following the accident on June

25  5th, 2005, remain in Puerto Aventuras?

1    A.    I left on July 30th.

2    Q.    During that period of time, what did you

3  do in Puerto Aventuras?

4    A.    I would just check the ship.  I did all

5  of the documentation and paperwork for the repairs

6  with the Mexican government.

7    Q.    Did I understand correctly that there

8  was an inquiry by the Mexican government with

9  respect to some environmental issues?

10    A.    Yes.

11    Q.    And, did you coordinate that on behalf

12  of Mr. Jalife?

13    A.    What do you mean by coordinate?

14    Q.    What exactly did you do as it relates to

15  any inquiries by the Mexican government with

16  respect to environmental concerns?

17    A.    At the place where I had the accident,

18  if there would have been coral there, we would

19  have had serious problems.  I would have gone to

20  jail.  Coral is very much protected in that whole

21  area.

22    Q.    Was it determined that no coral was

23  involved in this incident?

24    A.    No, sir.  There was no coral involved.

25    Q.    Was your involvement, at the time,

```
 1    limited to discussing the incident with the

 2    Mexican authorities?

 3         A.    Yes.  They had me make out a report.

 4    They made me write out a report about the incident

 5    and stating what the problem was and why it

 6    happened.

 7         Q.    And, did you submit written reports or

 8    statements regarding the accident?

 9         A.    They're all right here, sir.

10         Q.    And, you have copies of those here

11    today?

12         A.    That's corrects.

13              MR. COT:  Could we go off the record

14         for a moment?

15              Do you mind making copies of all this

16         for me?

17              MR. WAGNER:  Of course not.  No

18         problem.

19                     -  -  -

20              (Thereupon, a brief break was had, after

21         which time the following transpired:)

22                     -  -  -

23              MR. COT:  Let's go back on the record,

24         please.

25    BY MR. COT:
```

1    Q.    Captain Rodriguez, thank you for letting

2    us copy these documents.  I'm going to ask that we

3    attach them as a global exhibit or a composite

4    exhibit.

5         I know that these are documents that

6    have to do with the inquiry made by the Mexican

7    government and, as I understand it, there's also a

8    statement that you gave in response to a set of

9    questions posed to you by the Mexican authorities;

10   is that correct?

11   A.    Yes, that's correct.

12   Q.    Do you know what the ultimate

13   disposition was of this inquiry?

14   A.    No, because I was sent home, and then

15   after that, they did not talk to me again, as far

16   as me going back.

17   Q.    Once you went home on July the 30th,

18   have you had any other conversations with

19   Mr. Jalife or his agent, Eduardo Fiero, since that

20   time?

21   A.    No, sir.

22   Q.    Okay.

23   A.    I was simply informed that I had to come

24   over to give a statement and I did.  The dates

25   have been changed, and now I've had more contact

1  with Captain Julian, and he's the one who has kept

2  me abreast of how things have been going.  He told

3  me that I had to go over there and I went over

4  there with him.

5      Q.    Is it your understanding, Captain

6  Rodriguez, that Captain Julian has continued to

7  work with Mr. Jalife?

8      A.    Yes, I think so.

9      Q.    Okay.  But, you have not been involved

10 in any of the salvage or repairs or anything

11 having to do with the Mamma Mia vessel since you

12 left the area on July 30th, 2005; is that correct?

13     A.    That's correct.  I've had nothing to do

14 with them.  Julian returned and he was dealing

15 with the salvaging of the boat to take it over to

16 Isla Mujeres.  I was not contacted at any time or

17 asked anything at all.

18     Q.    Do you know why not?

19     A.    No, I do not know.

20     Q.    Are you surprised about that?

21     A.    No, because since I was working or when

22 I was working, I guess I should say, when I wanted

23 to make a decision with regard to the boat, as far

24 as what kind of maintenance was going to be

25 performed, I had to talk to Mr. Eduardo Fiero and

1    Mr. Eduardo Fiero would talk to Julian in order to

2    see if that maintenance was necessary or not.

3    Everything was always communicated through Julian.

4        Q.    Okay.

5        A.    He always talked to Julian about

6    everything.

7        Q.    Is this the first time that you have had

8    an incident like this happen to you, captain?

9        A.    Yes, sir.  During my entire record, I

10    had never had it happen.

11        Q.    You had never been involved in any

12    grounding of a vessel before?

13        A.    No, sir, not at all.

14        Q.    And, have you ever been involved in any

15    other accidents or any other incidents at all?

16        A.    None.

17        Q.    Now, there is a statement that you

18    prepared dated June the 6th, 2005.  I'm going to

19    show it to you.

20        A.    Okay.

21        Q.    Is that your signature, Captain

22    Rodriguez?

23        A.    Yes, it is.

24        Q.    And, as I understand it, this is just a

25    brief statement along the lines of what you have

```
 1   testified to describing the incident on June the
 2   5th, 2005; is that correct?
 3       A.    Yes.  I gave the statement before the
 4   port captain.
 5       Q.    And, was that a requirement under
 6   Mexican law, like some sort of local requirement;
 7   that you notify the port captain?
 8       A.    Yes, that's correct.
 9       Q.    Did you submit any other written reports
10   or statements in addition to this one?
11       A.    I made that one, and then later on, the
12   port captain made another one with my statement.
13   It's this one.
14       Q.    And, is that part --
15       A.    This is my statement.
16       Q.    So, it's that, together with the other
17   document that you previously provided us; is that
18   correct?
19       A.    That's correct.
20       Q.    Okay.
21       A.    This one is for the port captain, and
22   then this one is for the environmental office.
23       Q.    So, it's the one that is a typed
24   document, with a heading in Spanish that states:
25   Alta Administrativa?
```

1        A.     That one is from the port captain, sir.

2        Q.     And, then, there's the one that is a

3   handwritten form?

4        A.     Both of them are.

5        Q.     The two handwritten forms, is this your

6   handwriting, sir?

7        A.     No.  Only this one is my handwriting.

8   This is my letter.  All of this is from the

9   officer of the ministry.

10       Q.     So, where you signed it at the bottom,

11  that is your handwriting and your signature on

12  there; is that correct?

13       A.     Yes, sir, that's correct.

14       Q.     And, again, Captain Rodriguez, so that

15  I'm clear on this, beyond these documents and

16  these reports that you submitted, you haven't had

17  any further contact with either Mexican agency; is

18  that correct?

19       A.     That's correct.

20       Q.     And, was there any action taken against

21  you, personally, or against your license as a

22  result of this incident?

23       A.     No, sir, not as of yet.

24       Q.     Do you know what the relationship is

25  between Mr. Jalife and the company denominated

1    Varadam Foundation?

2        A.    No, sir, I do not.

3        Q.    Were you involved in any of the aspects

4    pertaining to insurance coverage for the Mamma

5    Mia?

6        A.    No, only what you sent me to have me

7    sign it.

8        Q.    And, you are referring now to a document

9    faxed to you, at the request of underwriters,

10   regarding a disclosure to the effect that you had

11   had no prior accidents or incidents; is that

12   correct?

13       A.    It's this one.

14            MR. COT:  Let's mark that one as

15        exhibit number four, please.

16                    - - -

17            (Thereupon, a Claim Voucher was marked

18        as Plaintiff's Exhibit number 4 for

19        Identification.

20                    - - -

21            MR. COT:  Then, let's mark the statement

22        dated June the 6th, 2005 and exhibit number

23        five.

24                    - - -

25            (Thereupon, a Statement was marked as

```
1          Plaintiff's Exhibit number 5 for
2          Identification.
3                       - - -
4   BY MR. COT:
5          Q.    The gentleman whom you have referred to
6   previously, the Licensiado Eduardo Fiero, as a
7   manager for Mr. Jalife and his businesses, where
8   does he reside?
9          A.    Mexico City.
10         Q.    Okay.
11         A.    He's inside the company where Mr. Jaime
12  Jalife's office is, as well.  His office is close
13  to the other office, Mr. Jalife's office.
14         Q.    Do you know the name of Mr. Jalife's
15  company in Mexico City?
16         A.    No, I don't.
17         Q.    Okay.
18         A.    I only went once to Mexico City, but
19  they waited for me and they took me over to the
20  office, and that's when I talked to and met
21  Mr. Jalife for the first time.  That's when he
22  gave me the job, as well.
23         Q.    There's a company referred to as
24  Performance Boats.
25               Do you know who they are?
```

www.mydepos.com
www.myreporters.com

Taylor, Jonovic, White & Gendron /
Florida Realtime Reporting

305-358-9047
Fax 305-371-3460

1    A.    Yes.

2    Q.    Who are they?

3    A.    They are or he is Roberto Abunrad.  He's

4  the broker or the manager, and he's the person who

5  sells boats in Mexico City.

6    Q.    Earlier in your testimony, when you used

7  the word "broker," is he the person you were

8  referring to?

9    A.    Yes, sir.  Roberto Abunrad.

10          MR. WAGNER:  How do you spell that last

11      name?

12          THE WITNESS:  A-B-U-N-R-A-D.

13          MR. WAGNER:  Thank you, sir.

14  BY MR. COT:

15    Q.    Okay.

16    A.    Its origin is Jewish.

17    Q.    Now, did you know Mr. Abunrad before you

18  went to work for Mr. Jalife?

19    A.    Yes.

20    Q.    How did you know him?

21    A.    I got another job about two years before

22  and I went to Europe, and I went to Azimud Company

23  in Italy, in Villa Reggio, Italy, and that's when

24  I met the boat's owner and Mr. Abunrad.

25    Q.    You mean the boat owner for a prior

```
 1   vessel, not Mr. Jalife?

 2        A.    Not Mr. Jalife, but another one.

 3        Q.    Did Mr. Abunrad introduce you to

 4   Mr. Jalife?

 5        A.    Yes.

 6        Q.    And, so, was it Mr. Abunrad who

 7   basically suggested to Mr. Jalife that you could

 8   work for him as a captain as it relates to the

 9   Mamma Mia?

10        A.    He and Captain Julian, yes, sir.

11        Q.    Julian Solis?

12        A.    Yes.

13        Q.    And, how do you know Captain Julian

14   Solis?

15        A.    I've known him for about ten years.  I

16   met him about ten years ago in San Diego,

17   California.  He was bringing another boat there,

18   and he was on another boat and we were very close

19   to one another, and so we started talking to each

20   other and, ever since then, we just became

21   friends.

22        Q.    And, so, when you met Mr. Jalife, then,

23   you knew both Mr. Abunrad and Captain Julian

24   Solis?

25        A.    Yes, sir.
```

```
 1        Q.     And, did you understand at that time,
 2   when you went to work for Mr. Jalife, that you
 3   would be replacing Captain Solis?
 4        A.     Yes.
 5        Q.     And, do you know why it was that you
 6   were replacing him?
 7        A.     Because Captain Julian had personal
 8   reasons why he didn't want the job anymore.  He
 9   wanted to be close to his family.  He wanted to be
10   in Puerto Vallarta, and this ship was coming to
11   Miami, it was going to Europe, it was going to New
12   York, et cetera.  He was just going to be farther
13   and farther away from his family and he didn't
14   want that.
15        Q.     And, yet, nevertheless, it appears as
16   though Captain Julian Solis stayed in Mr. Jalife's
17   employment, notwithstanding the fact that they had
18   hired you to captain the Mamma Mia; is that
19   correct?
20        A.     Well, since Julian Solis had been
21   employed for over three years with Mr. Jalife,
22   there was more of a friendship between them, and
23   they were closer to one another.
24               When I started to work for him, he was
25   no longer earning his salary with Mr. Jalife, but
```

```
 1   when the accident occurred, then Mr. Jalife called

 2   him again or he called him back, and that's when

 3   he returned back to work.  He went back to work

 4   with him.

 5        Q.    Okay.  And, as I understand it, Captain

 6   Rodriguez, at the time of the accident, on June

 7   5th, 2005, in addition to you, Jose Luis Hernandez

 8   Aramburu was also on the vessel; is that correct?

 9        A.    Yes.

10        Q.    And, Juan Alfredo Colmenares was also on

11   the vessel; is that correct?

12        A.    That's correct.

13        Q.    He was the cook; is that right?

14        A.    Yes, sir.

15        Q.    And, Mr. Hernandez Aramburu was a deck

16   hand; is that correct?

17        A.    He was a seaman and a machinist or a

18   mechanic.

19        Q.    It's hard to keep up with this

20   dichotomy.

21        A.    The translation is a little bit hard.  I

22   know that.

23        Q.    Do you know if Mr. Hernandez and/or

24   Mr. Ostegeda Colmenares are still employed by

25   Mr. Jalife?
```

1        A.     No, sir.

2        Q.     You don't know or no, they're not?

3        A.     No, they're not employed by him.  He

4    only has just one other person.

5        Q.     And, who is that person, if you know?

6        A.     It's somebody that -- he knows exactly

7    the name.  I don't know.  Julian knows the name.

8    I don't remember.  I remember his nickname.

9        Q.     What's his nickname?

10       A.     Ruso.  I'm so sorry, but I don't know

11   what his real name is.  I only remember his

12   nickname.

13       Q.     Do you know where Mr. Hernandez is

14   and/or where Mr. Ostegeda Colmenares is currently

15   or where they are?

16       A.     Hernandez is in Puerto Vallarta and

17   Ostegeda Colmenares is in Costa Rica, on another

18   ship.

19       Q.     Are you able to get in touch with them

20   if we had to contact them?

21       A.     Yes.  I mean, I can try to find out for

22   you.  Julian can help me.

23       Q.     What would be the best way to track them

24   down?

25              Would it be through Captain Julian

1  Solis?

2      A.    Yes, because since they were Julian's

3  crew for over three years, there's a good

4  likelihood that he has more contact with them than

5  me.

6      Q.    Do you know if either one of them

7  provided any written statements to the Mexican

8  authorities?

9      A.    This one to the port captain, but that

10 was just the mechanic, Mr. Hernandez.  It's on the

11 second to last and the last page, like from here

12 down.

13          MR. WAGNER:  And, that's part of

14     exhibit number three; is that right?

15          MR. COT:  That's correct.

16 BY MR. COT:

17     Q.    Other than that, are you aware of any

18 other statements or any other written documents

19 submitted by either of them to anyone?

20     A.    No, sir.

21     Q.    Did you, in addition to the documents

22 that we have looked at today and the statement

23 that you have provided to us and which bears your

24 signature, provide any other written statements or

25 oral statements to anyone?

```
 1        A.    No, sir.

 2        Q.    Have you ever given any recorded

 3   statements?

 4              MR. WAGNER:  Object to form.

 5              THE WITNESS:  No, sir.

 6   BY MR. COT:

 7        Q.    Have you spoken to anyone over the

 8   telephone about the incident?

 9        A.    No, sir.

10        Q.    Okay.

11        A.    No.  I am embarrassed and ashamed to

12   talk about it.

13        Q.    I understand.

14        A.    It's no fun to have something like this

15   happen to you.

16        Q.    I understand that.

17              I just want to ask you a few more

18   questions, captain, if you can just bear with me,

19   specific to the actual accident and your way to

20   describe it or the way it's described in your

21   statement.

22        A.    Okay.

23        Q.    In fact, if you can refer to that, that

24   would probably be easier.

25        A.    Yes, sir.
```

1      Q.    I want to direct your attention to a

2   part of the statement that indicates that, at the

3   critical point of the entrance maneuver, the port

4   engine -- and you used the words "se paro," which

5   means it stopped; is that correct?

6      A.    Yes, sir.

7      Q.    Is it your testimony that that engine

8   simply stopped running?

9      A.    That's correct.

10     Q.    Now, what I want to make sure I

11  understand, captain, is this:  Is it your

12  testimony that it stopped before the vessel

13  grounded or after?

14     A.    It's a little bit hard to know exactly

15  if I made contact first, and then the motor

16  stopped, because the wave comes in and it pushes

17  me, and then when I go on reverse with both

18  engines and I accelerate, the engine isn't

19  responding to me by then.

20     Q.    Is it possible that the propeller made

21  contact first?

22     A.    Possibly.  Since it was all so quick,

23  like less than five seconds, I don't really

24  recall.  When I realized what happened is when I

25  yelled at Jose Luis that "I don't have control

1    anymore," and he was at the bowel, and he comes

2    back running over to the engine room, and he has

3    to press a button so as to reset it, and then we

4    again tried to turn on the engine, but it was too

5    late by the time he did that.  I had already

6    started to get onto the rocks and gotten grounded

7    there.

8         Q.    Now, you said that you shifted to

9    reverse; is that correct?

10        A.    Yes, sir.

11        Q.    Was that before you grounded or was that

12   as you were grounding?

13        A.    I started making contact with the bowel,

14   and then when I tried to get the vessel out,

15   that's when more waves came in and they pushed me,

16   and that's when I made contact, but the engines,

17   both of them, no longer were working, because the

18   propellers were already making contact with the

19   rocks.

20        Q.    And, at that point, both engines went

21   out?

22        A.    Yes, sir, they stopped.

23        Q.    Were you at all familiar with Puerto

24   Aventuras?

25        A.    No, but I had gone in there three times

1  before.

2      Q.    So, this would have been your fourth

3  time to go into that channel?

4      A.    Yes, sir.

5      Q.    On the three prior occasions that you

6  had entered this channel, what kind of boats were

7  you the captain of?

8      A.    The same one, Mamma Mia.

9      Q.    It was on the same vessel, the Mamma

10  Mia, that you had made that entrance on three

11  prior occasions?

12      A.    The first time, I did it together with

13  Captain Julian, and he was teaching me or showing

14  me the place, and then the two other times, I did

15  it alone, by myself, and then this was the fourth

16  time.

17      Q.    Now, you said earlier that you were in

18  Cancun before getting to Puerto Aventuras; is that

19  correct?

20      A.    Yes, because we would get people on at

21  Puerto Aventuras, and then we would go to Isla

22  Mujeres, to Chetumal, and then at the end, we'd

23  stop at Cancun, at Hacienda del Mar, the marina

24  there, and that's when people would get on a cab

25  and go to the airport and I would go back to

1   Puerto Aventuras.

2       Q.    I appreciate you explaining that to me,

3   captain, because that's what I was trying to

4   figure out.

5             On the day of the accident, June 5th,

6   2005, your day started in Puerto Aventuras; is

7   that correct?

8       A.    No, not on the 5th.

9       Q.    Would you explain to me, then, where you

10  were on the 5th?

11      A.    Before the accident?

12      Q.    Yes, sir.

13      A.    At Hacienda del Mar in Cancun.

14      Q.    And, had you spent the night there from

15  the previous day?

16      A.    Yes, sir.

17      Q.    Okay.  And, so, then you were on your

18  way back to Puerto Aventuras?

19      A.    Yes, sir.

20      Q.    Okay.  How long had you been at Hacienda

21  del Mar?

22      A.    I was in Cancun, at the Hacienda del Mar

23  Marina.

24      Q.    How long had you been there?

25      A.    I had been there for two nights with the

1    people on board the ship.  They left on Sunday

2    morning, and then, at ten thirty in the morning, I

3    left for Puerto Aventuras.

4         Q.    And, that's when the accident occurred,

5    that afternoon; is that correct?

6         A.    That afternoon, yes, sir.

7         Q.    Now, you said earlier -- well, what was

8    the weather like in Hacienda del Mar Marina before

9    you left toward Puerto Aventuras?

10        A.    It's about sixty-five miles from Cancun

11   to Puerto Aventuras, but it's funny, because

12   there's like some micro climates there, because

13   when I leave Cancun, it's a little bit windy, but

14   not very and the sea is pretty calm.

15             However, when I was like half way

16   through there, then the water becomes a little bit

17   rockier, and then when I try to go into the

18   marina, it's even a little bit more rocky.  There

19   were four foot, five foot waves, and there was

20   winds that were about twenty kilometers.

21             However, when the accident happens, then

22   later it starts to get windier and windier.  The

23   wind gets stronger and stronger and the waves are

24   higher, much higher.

25        Q.    And, if I understand your testimony

1  correctly, Captain Rodriguez, I think you said

2  earlier that it takes approximately six hours to

3  go from Hacienda del Mar Marina in Cancun to

4  Puerto Aventuras; is that correct?

5  　　A.　　Yes.

6  　　Q.　　And, what rate of speed is your typical

7  or normal cruising speed in order to make that

8  journey?

9  　　A.　　Normally, in all vessels, I go from ten

10  to eleven knots.

11  　　Q.　　Did you, before leaving Cancun, check on

12  the weather?

13  　　A.　　No, sir.

14  　　Q.　　And, did you, at any point during the

15  journey, before you got to the entrance to Puerto

16  Aventuras, check on the weather?

17  　　A.　　Well, by then, the weather had started

18  to get really bad.

19  　　Q.　　Did you, at any point, radio Puerto

20  Aventuras Marina to inquire about the weather

21  conditions there?

22  　　A.　　I used the radio, yes, sir.  I had it on

23  sixteen the entire time, but when I was already

24  going to arrive there, I spoke to the harbor

25  master, but it was a Sunday, so he wasn't there.

www.mydepos.com
www.myreporters.com
Taylor, Jonovic, White & Gendron /
Florida Realtime Reporting
305-358-9047
Fax 305-371-3460

 1          When I had the accident, I continued to

 2    ask for help over the radio, but the harbor master

 3    arrived after an hour.  However, I had already

 4    received responses from other vessels and they

 5    tried to help me out, too.

 6          Q.     In fact, Captain Rodriguez, as you

 7    testified earlier, you did not even know that

 8    Puerto Aventuras was closed, is that correct?

 9          A.     Yes, that's correct.  I honestly didn't

10    know.

11          Q.     And, you did not become aware of the

12    fact that the marina was closed until you had the

13    accident and you started trying to radio the

14    harbor master to come out and assist you; is that

15    correct?

16          A.     That's correct.

17          Q.     Did you make any notations, Captain

18    Rodriguez, on the vessel's log?

19          A.     By "the log," do you mean the previous

20    notations from Captain Julian?

21          Q.     Yes, sir.

22          A.     I would only make notations for long

23    trips.  You know, like Puerto Vallarta, the Panama

24    Canal, and then Cancun, those trips that were

25    close ones, I did not keep a log on.

1   Q.   Okay.  Did you make any notes pertaining

2  to the accident?

3   A.   Not in the boat logbook.  That's when we

4  got our personal belongings off.  There was

5  confusion.

6   Q.   The engine problems that you had

7  experienced or that the vessel was experiencing

8  before June 5th, 2005, were they noted on the

9  vessel's log, as far as you know?

10   A.   Yes, sir.

11   Q.   Okay.

12   A.   The mechanic was the person who was in

13  charge of those records, but they were in the

14  boat's computer, like in the laptop.  There were

15  records there with regard to oil changes, when a

16  part was changed; everything.

17   Q.   So that if we looked at those logs with

18  those computer records, they would reflect the

19  problem with the port side engine?

20   A.   Yes, sir.

21      MR. COT:  Okay.  Captain Rodriguez,

22    that's all the questions I have for now.

23      I really appreciate your candor here

24    today and your taking the time to meet us up

25    here.

Case 1:05-cv-00413-SLR   Document 41-11   Filed 08/16/2007   Page 61 of 62

Page 61
Ace Capital vs. Varadam   February 13, 2006

```
 1              THE WITNESS:  No problem, sir.

 2          It's my pleasure.

 3              MR. WAGNER:  I just have one question,

 4      and then we're done.

 5              THE WITNESS:  Yes, sir.

 6                  REDIRECT EXAMINATION

 7   BY MR. WAGNER:

 8      Q.    I only have one follow-up question for

 9   you.

10      A.    Okay.

11      Q.    Is it ultimately Jaime Jalife who makes

12   all the decisions as to where and when the boat

13   goes?

14      A.    Yes, sir.

15              MR. WAGNER:  I have no further

16       questions.

17          Thank you very much.

18          THE WITNESS:  Thank you, sir.

19              MR. WAGNER:  You have the right to read

20       the deposition or waive its reading.

21              THE WITNESS:  I waive.

22          (Thereupon, the deposition was

23       concluded.)

24

25
```

```
 1                      CERTIFICATE

 2   STATE OF FLORIDA     )
                          :  SS.
 3   COUNTY OF DADE       )

 4      I, ALIVETTE ADELSTEIN, a Court Reporter and

 5   Notary Public in and for the State of Florida at

 6   Large, do hereby certify that I reported in

 7   shorthand the deposition of FRANCISCO TOMAS

 8   RODRIGUEZ, a witness called in the above-styled

 9   cause; that the witness was first duly sworn by

10   me; that the reading and signing of the deposition

11   were waived by the witness; and that the foregoing

12   pages, numbered 1 to 62, inclusive, constitute a

13   true record thereof.

14      I further certify that I am not an attorney

15   or counsel of any of the parties, nor related to

16   any of the parties, nor financially interested in

17   the action.

18           WITNESS my Hand and Official Seal this

19   February 20th, 2006.

20

21

22   _____
              ALIVETTE ADELSTEIN,
23              Court Reporter

24

25
```

ALIVETTE ADELSTEIN
Notary Public - State of Florida
My Commission Expires Aug 21, 2007
Commission # DD243966
Bonded By National Notary Assn.