IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS  :
UNDERWRITING AT LLOYD'S  :
SEVERALLY SUBSCRIBING TO  :
POLICY NO. A5BGLY170  :
                                         :
     v.                               :        Case No. 1:05-cv-00413-SLR
                                         :
VARADAM FOUNDATION and  :
JAIME JALIFE  :

**DEFENDANTS MOTION FOR EXTENSION OF TIME TO
FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants, Varadam Foundation and Jaime Jalife, respectfully move this Court to extend the deadline for filing their Reply to Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment filed on August 16, 2007 and state as grounds the following:

1. The deadline to file motions for summary judgment was June 30, 2007 [DE 28].

2. As the Court is aware, Defendants served a Request for Production upon the Plaintiffs on May 17, 2007, with responses being received on June 29, 2007, the day before the motion deadline.

3. As a result of the production and in light of outstanding discovery issues, to include depositions that the parties agreed to conduct, a Motion for Extension of Time to File Motions for Summary Judgment was filed by counsel for the defendants on June 29, 2007. [DE 34].

4. That Motion was granted by the Court on July 25, 2007. [DE 38].

5. On June 29, 2007, Plaintiffs' filed their Motion for Summary Judgment [DE 32] and Brief in Support of Plaintiffs' Motion for Summary Judgment. [DE 33].

6. In light of the above noted discovery issues and lead counsel for Defendants' involvement in another matter in which trial was scheduled to begin on Monday July 23, 2007, Defendants filed a Motion to Extend Time to File Response to Plaintiffs' Motion for Summary Judgment. [DE 36].

7. That Motion was granted by the Court on July 25, 2007. [DE 38].

8. Subsequently, Defendants' Answering Brief and Cross-Motion for Summary Judgment was filed on July 30, 2007. [DE 39].

9. Via stipulation submitted on August 9, 2007 [DE 40] and approved by the Court on August 14, 2007, Plaintiffs' were provided until August 16, 2007 to file their Reply Brief in Support of their Motion for Summary Judgment and Answering Brief in Opposition to the Cross-Motion for Summary Judgment.

10. On August 16, 2007, Plaintiffs' filed their combined Answering and Reply Brief. [DE 41].

11. Due to a conflict which arose, which resulted in defendants' lead counsel being out of the office, Defendants respectfully request an extension of the deadline to Reply to Plaintiffs' Response to the Cross-Motion until August 31, 2007.

12. The undersigned attempted to contact local counsel for the Plaintiffs' prior to filing the present Motion, requesting a stipulation as to the extension requested in this Motion. Defense counsel has not yet received a response as to whether the Plaintiffs agree with extending the time for filing the Reply Brief to the Response in opposition to the Cross-Motion for Summary Judgment.

13. Defendants will supplement this motion when said response from Plaintiffs' counsel is received indicating whether this motion is opposed.

2137868-1

WHEREFORE, Defendants respectfully move this Court to extend the time to file their Reply to Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment.

Date: August 27, 2007                             Respectfully Submitted,

                                                  RAWLE & HENDERSON, LLP

                                                  /s/ William J. Cattie, III  #953
                                                  William J. Cattie, III – I.D. No. 953
                                                  300 Delaware Ave., Suite 1015
                                                  P.O. Box 588
                                                  Wilmington, DE  19899
                                                  (302) 778-1200

2137868-1