IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170 | : : : : : |
| v. | :   Case No. 1:05-cv-00413-SLR |
| VARADAM FOUNDATION and JAIME JALIFE | : : : |

## ORDER

**THIS CAUSE** is before the Court upon Defendants' Motion for Extension of Time to file Reply to Plaintiffs' Response to Defendants' Cross-Motion for Summary Judgment. Upon review of the motion and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Extension of Time to file Reply to Plaintiffs' Response to Defendants' Cross-Motion for Summary Judgment is **GRANTED**. The Defendants shall have until _____, 2007 to file the motions for summary judgment.

**DONE AND ORDERED** in Chambers, at Wilmington, Delaware, this ____ day of August, 2007.

_____
SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

2137895-1