# RAWLE & HENDERSON LLP



WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

August 28, 2007

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE   19801

      RE:    ACE Capital v. Varadam Foundation et al.
               Civil Action No. 05-413
               Our File No:  300966

Dear Judge Robinson:

      Please allow this correspondence to supplement paragraph 12 of *Defendants' Motion for Extension of Time to File Reply to Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment* (DI # 42).  Subsequent to the filing of the Motion, counsel was advised by Mr. Cot's office that Plaintiffs had no objection to the extension requested in the Motion.  Accordingly, Defendants, Varadam Foundation and Jaime Jalife, respectfully request their Motion be granted as unopposed.

                            Respectfully submitted,

                            RAWLE & HENDERSON LLP

                            By: *[signature: George T. Lees for]*
                                William J. Cattie, III
                                Bar ID No 3647

GTL/lmm
cc:    Clerk
        Michael B. McCauley, Esq.
        Jose R. Cot, Esq.
        Michael J. Maginnis, Esq.