IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS     :
UNDERWRITING AT LLOYD'S    :
SEVERALLY SUBSCRIBING TO   :
POLICY NO. A5BGLY170      :
                            :
      v.                :     Case No. 1:05-cv-00413-SLR
                            :
VARADAM FOUNDATION and    :
JAIME JALIFE               :

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of Defendants' Reply Brief in

Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants'

Cross-Motion for Summary Judgment was served via electronic filing on August 31,

2007, to all parties per the following service list:

Michael T. Moore                    Michael B. McCauley
Moore & Company, P.A.            Palmer Biezup & Henderson, LLP
355 Alhambra Circle, Suite 1100    1223 Foulk Road
Coral Gables, FL  33134           Wilmington, DE 19803

Michael J. Maginnis, T.A.
Jose J. Cot
Maginnis & Hurley, APLC
365 Canal Street, Suite 2750
New Orleans, LA 70130

RAWLE & HENDERSON, LLP

/s/ William J. Cattie, III  #953
William J. Cattie, III – I.D. No. 953
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE  19899
(302) 778-1200