IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACE CAPITAL AND OTHERS  :
UNDERWRITING AT LLOYD'S :
SEVERALLY SUBSCRIBING TO :
POLICY NO. A5BGLY170 :
 :
v. : Case No. 1:05-cv-00413-SLR
 :
VARADAM FOUNDATION and :
JAIME JALIFE :

### ORDER

**THIS CAUSE** is before the Court upon Defendants' Motion for Extension of Time to file Reply to Plaintiffs' Response to Defendants' Cross-Motion for Summary Judgment. Upon review of the motion and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Extension of Time to file Reply to Plaintiffs' Response to Defendants' Cross-Motion for Summary Judgment is **GRANTED**. The Defendants shall have until _September 6_, 2007 to file the motions for summary judgment.

**DONE AND ORDERED** in Chambers, at Wilmington, Delaware, this 6th day of September [August stricken], 2007.

_____
SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

2137895-1