IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>    Plaintiffs,<br><br>v.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-413-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

# O R D E R

At Wilmington this 31th day of March, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for summary judgment (D.I. 32) is granted.

2. Defendants' motion for summary judgment (D.I. 39) is denied.

3. The Clerk of Court is directed to enter judgment in favor of plaintiffs and against defendants.

 

_____
United States District Judge