IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br><br>    Plaintiffs,<br><br>    v.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-413-SLR<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of March 31, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Ace Capital and Others Underwriting at Lloyd's Severally Subscribing to Policy No. A5BGLY170 and against Varadam Foundation and Jaime Jalife.

                                                                _____
                                                                United States District Judge

Dated: April 1, 2008

                                                                _____
                                                                (By) Deputy Clerk