UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170<br><br>Plaintiffs,<br><br>vs.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br><br>Defendants. | Case No. 1:05-cv-00413-SLR |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants, in the above named case, hereby appeal to the United States Court of Appeals for the 3rd Circuit the District Court's Order Denying Defendants' Motion for Summary Judgment [DE 52] as to the sole issue of the court's legal interpretation of 10-day tail period for cancellation of coverage within the insurance contract.

Dated: April 25, 2008        Respectfully Submitted,

RAWLE & HENDERSON, LLP

/s/ William J. Cattie, III -- #953

William J. Cattie, III – I.D. No. 953
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

Of Counsel:

/s/ Scott A. Wagner, Esq.

Michael T. Moore, Esq.

Scott A. Wagner, Esq.
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
Counsel for Jaime Jalife and Varadam Foundation