UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS  )<br>UNDERWRITING AT LLOYD'S )<br>SEVERALLY SUBSCRIBING TO)<br>POLICY NO. A5BGLY170       )<br>                                                )<br>         Plaintiffs,                    )<br>                                                )<br>vs.                                          )<br>                                                )<br>VARADAM FOUNDATION       )<br>and                                         )<br>JAIME JALIFE,                         )<br>                                                )<br>         Defendants.                  )<br>                                                ) | Case No. 1:05-cv-00413-SLR |

## NOTICE OF RECORD DESIGNATION

Defendants, Varadam Foundation and Jaime Jalife, by and through the undersigned counsel, hereby give notice of designating record on the attached Civil Docket Sheet.

Dated: May 5, 2008                    Respectfully Submitted,

                                                    RAWLE & HENDERSON, LLP

                                                    /s/ William J. Cattie, III -- #953

                                                    William J. Cattie, III – I.D. No. 953
                                                    300 Delaware Avenue, Suite 1015
                                                    P.O. Box 588
                                                    Wilmington, DE 19899
                                                    (302) 778-1200

                                                    Of Counsel:

                                                    /s/ Scott A. Wagner, Esq.

                                                    Michael T. Moore, Esq.
                                                    Scott A. Wagner, Esq.
                                                    Moore & Company, P.A.

355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

Counsel for Jaime Jalife and Varadam Foundation