APPEAL, CLOSED, LEAD, MEDIATION

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00413-SLR

| | |
|---|---|
| ACE Capital v. Varadam Foundation et al | Date Filed: 06/20/2005 |
| Assigned to: Judge Sue L. Robinson | Date Terminated: 04/01/2008 |
| Member case: (View Member Case) | Jury Demand: None |
| Case in other court: Third Circuit, 08-02232 | Nature of Suit: 120 Contract: Marine |
| Cause: 28:2201 Declaratory Judgment | Jurisdiction: Federal Question |

**Plaintiff**

**ACE Capital**
*and other Participating Underwriters
and Insurers Severally Subscribing to
Policy No. A5BGLY170*

represented by **Michael B. McCauley**
Palmer, Biezup & Henderson
1223 Foulk Rd.
Wilmington, DE 19803
(302) 594-0895
Email: mccauley@pbh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose R. Cot**
Pro Hac Vice
Email: j.cot@maginnishurley.com
*ATTORNEY TO BE NOTICED*

**Michael J. Maginnis**
Pro Hac Vice
Email:
m.maginnis@maginnishurley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Varadam Foundation**

represented by **Peter B. Ladig**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4219
Fax: (302) 658-6395
Email: bankserve@bayardfirm.com
*TERMINATED: 01/19/2006*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William J. Cattie, III**
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Email: wcattie@rawle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Kevin Astin**
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
Email: dastin@foxrothschild.com
*TERMINATED: 01/19/2006*
*ATTORNEY TO BE NOTICED*

**Julie M. Sebring**
New Castle County Law Dept.
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302) 395-5130
Fax: (302) 395-5150
Email: jmsebring@nccde.org
*TERMINATED: 05/09/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jamie Jalife**                    represented by **William J. Cattie, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie M. Sebring**
(See above for address)
*TERMINATED: 05/09/2006*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2005 | 1 | COMPLAINT filed against Varadam Foundation, Jamie Jalife - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 139675.) - filed by ACE Capital. (Attachments: # 1 Civil Cover Sheet # 2 |

| | | Acknowledgement of Consent Form)(mwm, ) (Entered: 06/21/2005) |
|---|---|---|
| 06/20/2005 | | Summons Issued as to Varadam Foundation on 6/20/2005; Jamie Jalife on 6/20/2005. (mwm, ) (Entered: 06/21/2005) |
| 06/29/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (bkb, ) (Entered: 06/29/2005) |
| 07/18/2005 | 2 | ANSWER to Complaint by Varadam Foundation by Scott A. Wagner, Esq., Coral Gables, FL(fmt, ) (Entered: 07/25/2005) |
| 07/21/2005 | 3 | MOTION to Transfer Case to Southern District of FL - filed by Varadam Foundation, Scott A. Wagner, Esq., Coral Gables, FL (fmt, ) (Entered: 07/25/2005) |
| 07/26/2005 | 4 | NOTICE by the Court issued to Scott A. Wagner, Esq., Coral Gables, FL re 2 Answer to Complaint, 3 MOTION to Transfer Case to Souther District of FL enclosing Local Rule 83.5 re: time to obtain local counsel (fmt, ) (Entered: 07/26/2005) |
| 08/01/2005 | 5 | MOTION for Pro Hac Vice Appearance of Attorney Michael J. Maginnis and Jose R. Cot - filed by ACE Capital. (Attachments: # 1 Certification by Counsel# 2 Text of Proposed Order)(McCauley, Michael) (Entered: 08/01/2005) |
| 08/04/2005 | | SO ORDERED, re 5 MOTION for Pro Hac Vice Appearance of Attorney Michael J. Maginnis and Jose R. Cot filed by ACE Capital, . Signed by Judge Sue L. Robinson on 8/4/05. (rld, ) (Entered: 08/04/2005) |
| 08/05/2005 | 6 | ANSWERING BRIEF in Opposition re 3 MOTION to Transfer Case to Souther District of FL filed by ACE Capital.Reply Brief due date per Local Rules is 8/12/2005. (Attachments: # 1 Certificate of Service# 2 Text of Proposed Order # 3 Letter to Clerk Enclosing Courtesy Copy) (McCauley, Michael) (Entered: 08/05/2005) |
| 08/08/2005 | 7 | NOTICE of Appearance by Peter B. Ladig on behalf of Varadam Foundation, Jamie Jalife (Ladig, Peter); enclosing Pro Hac Vice Motion of Michael T. Moore and Scott Wagner - docketed and filed as D.I. 8 Modified on 8/8/2005 (fmt, ). (Entered: 08/08/2005) |
| ~~08/08/2005~~ | ~~8~~ | ~~MOTION for Pro Hac Vice Appearance of Attorney Michael T. Moore and Scott A. Wagner - filed by Varadam Foundation, Jamie Jalife. (Ladig, Peter) (Entered: 08/08/2005)~~ |
| 08/09/2005 | 9 | CORRECTED NOTICE of Appearance by Peter B. Ladig on behalf of Varadam Foundation (Ladig, Peter) Modified on 8/9/2005 (rbe, ). (Entered: 08/09/2005) |
| 08/09/2005 | 10 | CORRECTED MOTION for Pro Hac Vice Appearance of Attorney Michael T. Moore and Scott A. Wagner - filed by Varadam Foundation. (Ladig, Peter) Modified on 8/9/2005 (rbe, ). Additional attachment(s) added on 8/9/2005 (fmt, ). (Entered: 08/09/2005) |
| | | |

| | | |
|---|---|---|
| 08/09/2005 | | CORRECTING ENTRY: Certifications of Michael Moore and Scott Wagner have been attached to D.I. 10 (corrected motion) (fmt, ) (Entered: 08/09/2005) |
| 08/15/2005 | 11 | REPLY BRIEF re 3 MOTION to Transfer Case to Souther District of FL filed by Varadam Foundation. (Ladig, Peter) (Entered: 08/15/2005) |
| 08/16/2005 | 12 | DEFICIENCY NOTICE by the Court issued to Peter Ladig, Esq. re 10 MOTION for Pro Hac Vice Appearance of Attorney Michael T. Moore and Scott A. Wagner; Pro Hac Vice fee not yet paid (fmt, ) (Entered: 08/16/2005) |
| 08/17/2005 | | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Michael T. Moore and Scott A. Wagner filed by Varadam Foundation, . Signed by Judge Sue L. Robinson on 8/17/05. (rld, ) (Entered: 08/17/2005) |
| 08/22/2005 | 13 | MOTION for Leave to File *Surreply to Varadam Foundation?s Reply Brief* - filed by ACE Capital. (Attachments: # 1 Certificate of Service# 2 Cover Letter to Clerk Enclosing Courtesy Copy)(McCauley, Michael) (Entered: 08/22/2005) |
| 10/06/2005 | 14 | MEMORANDUM OPINION. Signed by Judge Sue L. Robinson on 10/6/05. (rld, ) (Entered: 10/06/2005) |
| 10/06/2005 | 15 | ORDER dismissing 3 Motion to Transfer Case . Signed by Judge Sue L. Robinson on 10/6/05. (rld, ) (Entered: 10/06/2005) |
| 12/27/2005 | 16 | NOTICE to Take Deposition of Captain Tomas Rodriquez on 1/18/06 by Varadam Foundation.(fmt, ) (Entered: 12/29/2005) |
| 12/30/2005 | 17 | MOTION for The Bayard Firm to Withdraw as Attorney - filed by Varadam Foundation. (Ladig, Peter) (Entered: 12/30/2005) |
| 01/13/2006 | 18 | NOTICE of Appearance by Julie M. Sebring on behalf of Varadam Foundation, Jamie Jalife (Sebring, Julie) (Entered: 01/13/2006) |
| 01/19/2006 | 19 | ORDER granting 17 Motion to Withdraw as Attorney. Attorney Daniel Kevin Astin and Peter B. Ladig of The Bayard Firm terminated. On or before 2/28/06 deft. Varadam Foundation shall inform the court whether it intends to actively defend itself in this litigation and, if so, through what counsel. Signed by Judge Sue L. Robinson on 1/19/06. (rld, ) (Entered: 01/19/2006) |
| 01/19/2006 | | Remark: Exit copies of the court's 1/19/06 order (D.I. 19) to The Bayard Firm counsel (P. Ladig and D. Astin) and to deft. Varadam Foundation (c/o Michael T. Moore, Esq., Moore & Co., P.A., 355 Alhambra Circle, Suite 1100, Coral Gables, FL, 33134 - as noted on the certificate of service attached to D.I. 17), mailed on 1/19/06. (rld, ) (Entered: 01/19/2006) |
| 05/09/2006 | 20 | NOTICE OF SUBSTITUTION OF COUNSEL re all defendants: Entry of appearance of attorney William J. Cattie, III. Attorney Julie M. Sebring terminated. (Cattie, William) (Entered: 05/09/2006) |

| | | |
|---|---|---|
| 05/15/2006 | 21 | Joint STIPULATION Stipulation to Consolidate by Jaime Jalife. (Cattie, William) (Entered: 05/15/2006) |
| 06/02/2006 | 22 | ORDER granting re 21 Stipulation to consolidate this action with Civ. No. 05-868-KAJ; lead case shall be Civ. No. 05-413-SLR, all future filings shall be made in the lead case ONLY. Signed by Judge Sue L. Robinson on 6/2/06. (rld, ) (Entered: 06/02/2006) |
| 06/02/2006 | 23 | ORDER, Setting Hearings: Scheduling TeleConference set for 6/28/2006 08:30 AM before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 6/2/06. (rld, ) (Entered: 06/02/2006) |
| 06/22/2006 | 24 | Joint MOTION to Continue *Scheduling Conference* - filed by Jamie Jalife. (Cattie, William) (Entered: 06/22/2006) |
| 06/22/2006 | 25 | PROPOSED ORDER to Continue Scheduling Conference re 24 Joint MOTION to Continue *Scheduling Conference* by Jamie Jalife. (Cattie, William) (Entered: 06/22/2006) |
| 06/28/2006 | 26 | ORDER granting 24 Motion to Continue Scheduling conference; ReSet Scheduling TeleConference to September 28, 2006 at 8:30 a.m. Signed by Judge Sue L. Robinson on 6/28/06. (rld, ) (Entered: 06/28/2006) |
| 06/28/2006 | | ReSet Deadlines/Hearings: Scheduling TeleConference reset for 9/28/2006 08:30 AM before Honorable Sue L. Robinson. (rld, ) (Entered: 06/28/2006) |
| 09/27/2006 | | ReSet Deadlines/Hearings: Scheduling TeleConference reset for 10/4/2006 08:30 AM before Honorable Sue L. Robinson. (rld, ) (Entered: 09/27/2006) |
| 10/02/2006 | 27 | Proposed Discovery Plan by ACE Capital, Varadam Foundation, Jamie Jalife.(McCauley, Michael) (Entered: 10/02/2006) |
| 10/04/2006 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Scheduling TeleConference held on 10/4/2006. (Court Reporter n/a.) (rld, ) (Entered: 10/05/2006) |
| 10/06/2006 | 28 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Joinder of Parties due by 1/2/2007. Amended Pleadings due by 1/2/2007. Discovery due by 5/31/2007. Dispositive Motions due by 6/30/2007. Signed by Judge Sue L. Robinson on 10/4/06. (rld, ) (Entered: 10/06/2006) |
| 10/11/2006 | | CASE REFERRED to Mediation. (cab, ) (Entered: 10/11/2006) |
| 10/11/2006 | 29 | Order Setting Teleconference: Telephone Conference set for 11/28/2006 09:30 AM before Honorable Mary Pat Thynge to discuss ADR. Signed by Judge Mary Pat Thynge on 10/11/2006. (cab, ) (Entered: 10/11/2006) |
| 12/05/2006 | 30 | ORDER Setting Mediation Conferences:Mediation Conference set for 6/18/2007 09:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 12/5/2006. (cak) (Entered: 12/05/2006) |

| | | |
|---|---|---|
| 06/07/2007 | 31 | ORDER The mediation scheduled for 6/18/2007 at 9:00 AM with Judge Thynge is canceled. Signed by Judge Mary Pat Thynge on 6/7/2007. (cak) (Entered: 06/07/2007) |
| 06/29/2007 | 32 | MOTION for Summary Judgment - filed by ACE Capital. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(McCauley, Michael) (Entered: 06/29/2007) |
| 06/29/2007 | 33 | OPENING BRIEF in Support re 32 MOTION for Summary Judgment filed by ACE Capital.Answering Brief/Response due date per Local Rules is 7/19/2007. (Attachments: # 1 Exhibit A)(McCauley, Michael) (Entered: 06/29/2007) |
| 06/29/2007 | 34 | MOTION for Extension of Time to *File Motions for Summary Judgment* - filed by Varadam Foundation, Jamie Jalife. (Attachments: # 1 Certificate of Service# 2 Text of Proposed Order)(Cattie, William) (Entered: 06/29/2007) |
| 07/19/2007 | 35 | MEMORANDUM in Opposition re 34 MOTION for Extension of Time to *File Motions for Summary Judgment* filed by ACE Capital.Reply Brief due date per Local Rules is 7/30/2007. (McCauley, Michael) (Entered: 07/19/2007) |
| 07/19/2007 | 36 | MOTION for Extension of Time to *File Response to Plaintiffs' Motion for Summary Judgment* - filed by Varadam Foundation, Jamie Jalife. (Attachments: # 1 Certificate of Service# 2 Text of Proposed Order) (Cattie, William) (Entered: 07/19/2007) |
| 07/20/2007 | 37 | STIPULATION to Amend Caption by ACE Capital, Varadam Foundation, Jamie Jalife. (McCauley, Michael) (Entered: 07/20/2007) |
| 07/25/2007 | 38 | ORDER, Motions terminated: Granting 34 MOTION for Extension of Time to *File Motions for Summary Judgment* filed by Jamie Jalife, Varadam Foundation. ReSetting Scheduling Order Deadlines: Dispositive Motions due by 7/30/2007. Signed by Judge Sue L. Robinson on 7/25/07. (rld) (Entered: 07/25/2007) |
| 07/25/2007 | | SO ORDERED, re 36 MOTION for Extension of Time to *File Response to Plaintiffs' Motion for Summary Judgment* filed by Jamie Jalife, Varadam Foundation (SEE Court's Order of same day, D.I. 38). Signed by Judge Sue L. Robinson on 7/25/07. (rld) (Entered: 07/25/2007) |
| 07/25/2007 | | SO ORDERED, re 37 Stipulation to Amend Caption filed by Jamie Jalife, Varadam Foundation, ACE Capital. Signed by Judge Sue L. Robinson on 7/25/07. (rld) (Entered: 07/25/2007) |
| 07/30/2007 | 39 | ANSWERING BRIEF in Opposition re 32 MOTION for Summary Judgment *and Defendants' Cross-Motion for Summary Judgment and Opening Brief in Support of Cross-Motion* filed by Varadam Foundation, Jamie Jalife.Reply Brief due date per Local Rules is 8/9/2007. (Attachments: # 1 Brief in Opposition to Plaintiffs' Motion for Summary Judgment and In Support of Defendants' Cross-Motion for Summary Judgment# 2 Exhibit A-E# 3 Exhibit F-M# 4 Exhibit N-AA# 5 |

| | | |
|---|---|---|
| | | Certificate of Service# 6 Text of Proposed Order)(Cattie, William) Modified on 7/31/2007 (fmt, ). (Entered: 07/30/2007) |
| 07/30/2007 | | CROSS MOTION for Summary Judgment (SEE D.I. 39 FOR THIS MOTION) - filed by Varadam Foundation, Jamie Jalife. (fmt) (Entered: 07/31/2007) |
| 08/09/2007 | 40 | STIPULATION TO EXTEND TIME to file Reply Brief to August 16, 2007 - filed by Varadam Foundation. (Cattie, William) (Entered: 08/09/2007) |
| 08/14/2007 | | SO ORDERED, re 40 STIPULATION TO EXTEND TIME unitl August 16, 2007 filed by Varadam Foundation, ReSet Briefing Schedule: Pltf.'sReply Brief due 8/16/2007. Pltf.'s answering brief due 8/16/07. Signed by Judge Sue L. Robinson on 8/14/07. (rld) (Entered: 08/14/2007) |
| 08/16/2007 | 41 | BRIEF (Combined Answering and Reply) re MOTION for Summary Judgment, 32 MOTION for Summary Judgment filed by ACE Capital.Reply Brief due date per Local Rules is 8/27/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J) (McCauley, Michael) (Entered: 08/16/2007) |
| 08/27/2007 | 42 | MOTION for Extension of Time to *File Reply to Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment* - filed by Varadam Foundation, Jamie Jalife. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Cattie, William) (Entered: 08/27/2007) |
| 08/28/2007 | 43 | Letter to The Honorable Sue L. Robinson from William J. Cattie, III regarding Supplement to paragraph 12 of Defendants' Motion for Extension of Time to File Reply to Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment - re 42 MOTION for Extension of Time to *File Reply to Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment*. (Cattie, William) (Entered: 08/28/2007) |
| 08/31/2007 | 44 | ANSWERING BRIEF in Opposition re 32 MOTION for Summary Judgment, MOTION for Summary Judgment *and in Support of Defendants' Cross-Motion for Summary Judgment D.I. 39* filed by Varadam Foundation, Jamie Jalife.Reply Brief due date per Local Rules is 9/13/2007. (Attachments: # 1 Certificate of Service)(Cattie, William) Modified on 9/4/2007 (fmt, ). (Entered: 08/31/2007) |
| 09/06/2007 | 45 | ORDER resetting briefing schedule,motions terminated: granting 42 MOTION for Extension of Time to *File Reply to Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment* filed by Jamie Jalife, Varadam Foundation.Reply Brief due 9/6/2007. Signed by Judge Sue L. Robinson on 9/6/07. (rld) (Entered: 09/06/2007) |
| 02/13/2008 | 46 | ORDER - re pending summary judgment motions. SEE ORDER FOR COMPLIANCE DETAILS AND DEADLINES. Signed by Judge Sue L. Robinson on 2/13/2008. (nfn) (Entered: 02/13/2008) |

| 02/29/2008 | 47 | STATEMENT re 46 Order *Submission of Jaime Jalife and Varadam Foundation, Inc. to Undisputed Facts and Legal Issues Upon which Judgment is Sought* by Varadam Foundation, Jamie Jalife. (Cattie, William) (Entered: 02/29/2008) |
| 02/29/2008 | 48 | STATEMENT re 46 Order *Statement of Uncontested Material Facts and Legal Issues Upon Which Judgment is Sought* by ACE Capital. (McCauley, Michael) (Entered: 02/29/2008) |
| 03/21/2008 | 49 | STATEMENT re 46 Order *Defendants Response to Plaintiffs Submission in Compliance with Court Order* by Varadam Foundation, Jamie Jalife. (Cattie, William) (Entered: 03/21/2008) |
| 03/21/2008 | 50 | STATEMENT re 46 Order *Plaintiffs' Response to Defendants' Statement of Facts and Legal Issues* by ACE Capital. (McCauley, Michael) (Entered: 03/21/2008) |
| 03/31/2008 | 51 | MEMORANDUM OPINION. Signed by Judge Sue L. Robinson on 3/31/2008. (fmt) (Entered: 03/31/2008) |
| 03/31/2008 | 52 | ORDER granting 32 Motion for Summary Judgment ; denying 39 Motion for Summary Judgment. The Clerk of Court is directed to enter judgment in favor of plaintiffs and against defendants. Signed by Judge Sue L. Robinson on 3/31/2008. (fmt) (Entered: 03/31/2008) |
| 04/01/2008 | 53 | JUDGMENT (CASE CLOSED). Signed by Judge Sue L. Robinson on 4/1/08. (fmt) (Entered: 04/01/2008) |
| 04/25/2008 | 54 | NOTICE OF APPEAL of 52 Order on Motion for Summary Judgment,. Appeal filed by Varadam Foundation, Jamie Jalife. (Cattie, William) (Entered: 04/25/2008) |
| 04/25/2008 | | APPEAL - Credit Card Payment of $ 455.00 received re 54 Notice of Appeal (Third Circuit) filed by Jamie Jalife, Varadam Foundation. ( Filing fee $ 455, receipt number 03110000000000438873.) (Cattie, William) (Entered: 04/25/2008) |
| 04/30/2008 | 55 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 54 Notice of Appeal (Third Circuit) filed by Jamie Jalife, Varadam Foundation. USCA Case Number 08-2232. USCA Case Manager: Carmella Wells DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF)(cw, ) (Entered: 04/30/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/05/2008 12:58:41 | | | |
| **PACER Login:** | mo0799 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00413-SLR Start date: 1/1/1970 End date: 5/5/2008 |

| Billable Pages: | 5 | Cost: | 0.40 |