UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| ACE CAPITAL AND OTHER PARTICIPATING UNDERWRITERS AND INSURERS SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170 | : <br> : <br> : <br> : <br> : <br> : |
| v. | :  Case No. 08-2232 |
| VARADAM FOUNDATION and JAIME JALIFE | : <br> : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of THE TRANSCRIPT PURCHASE ORDER FORM was served via First Class Mail, postage prepaid on July 15th, 2008, to all parties per the following service list:

Michael T. Moore, Esq.
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

Michael B. McCauley, Esq.
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803

Michael J. Maginnis, T.A., Esq.
Jose J. Cot
Maginnis & Hurley, APLC
365 Canal Street, Suite 2750
New Orleans, LA 70130

RAWLE & HENDERSON, LLP

William J. Cattie, III – I.D. No. 953
George T. Lees II – I.D. No. 3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

2475671-1